# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OS AMERICA

VS

Martin Shkreli
_____
DEFENDANT

NOTICE OF APPEARANCE

DOCKET # Cr 15-637

DATE: 12/17/15

For Bail Only

PLEASE NOTICE, that I have been retained by Martin Shkreli above name defendant. I was admitted to practice is this District on Admitted but unsure of date.

SIGNATURE Baruch Weiss

PRINT NAME BARUCH WEISS

BAR CODE** BW5075

OFFICE ADDRESS ARNOLD + PORTER 601 Massachusetts Ave NW Washington DC 20001

PHONE NUMBER 202 942 6819

***NOTICE TO ATTORNEY***

**BAR CODE THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.