# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OS AMERICA

VS

NOTICE OF APPEARANCE

DOCKET # CR 15-637

DATE: 12/17/15

Martin Shkreli
_____
DEFENDANT

PLEASE NOTICE, that I have been retained by Martin Shkreli for initial appearance + bail only. above name defendant. I was admitted to practice is this District on _____.

Admitted New York + SDNY. Will apply to be admitted in EDNY

SIGNATURE _____

PRINT NAME Marcus Asner

BAR CODE** _____

OFFICE ADDRESS Arnold + Porter LLP
399 Park Ave.
NY, NY 10022

PHONE NUMBER 212-715-1789

***NOTICE TO ATTORNEY***

**BAR CODE THE ATTORNEY'S INITIALS AND LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER MUST APPEAR ON ALL PLEADINGS.**