# ARNOLD & PORTER LLP

**Marcus A. Asner**
Marcus.Asner@aporter.com

+1 212.715.1789
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

January 18, 2016

**BY HAND & ECF**

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **United States v. Martin Shkreli, et ano**
       **Criminal Docket No. 15-637 (KAM)**

Dear Judge Matsumoto:

  We currently serve as counsel to defendant Martin Shkreli in the above-referenced matter.  Mr. Shkreli has indicated that he wishes to replace our firm as counsel and is in the process of retaining new counsel.

  A court conference is scheduled for this Wednesday, January 20, 2016.  We respectfully request a two-week continuance of the scheduled conference so that Mr. Shkreli can finalize his engagement of new counsel and we can properly transition the matter to the new attorneys.  Mr. Shkreli consents to the exclusion of time under the Speedy Trial Act.  This is his first such request for an adjournment.

  We have conferred with the Government and counsel for defendant Evan Greebel and have been advised that both parties consent to the proposed continuance.  Mr. Greebel further consents to the exclusion of time under the Speedy Trial Act.

  We are conferring with counsel to determine alternative dates during the week of February 1, and expect to propose such dates to the Court shortly.

  We recognize that Your Honor's rules require that requests for adjournment be made two business days prior to the scheduled conference.  The need to request an adjournment arose over the course of this holiday weekend, however.  Accordingly, we respectfully request that we be permitted to submit our request today.

ARNOLD & PORTER LLP

Honorable Kiyo A. Matsumoto
January 18, 2016
Page 2

       We are available to discuss this matter further at the Court's convenience.

                                    Respectfully submitted,

                                    */s/ Marcus A. Asner*

                                    Marcus A. Asner
                                    Baruch Weiss

cc:      All counsel (*via ECF*)