## WITNESS DECLARATION

Pursuant to 28 U.S.C. 1746, I, Martin Shkreli, do hereby, respectfully affirm that, under advice of counsel, I will be asserting the Fifth Amendment Privilege Against Compelled Self-Incrimination if called before the House of Representatives' Committee on Oversight and Government Reform to testify. I will not waive this privilege under any questioning by the Committee. I will not be making any statements before the Committee other than to identify myself and then assert the Fifth Amendment Privilege. I would be happy to answer and cooperate in any way if immunized pursuant to 18 U.S.C. 6005. I declare and certify, under penalty of perjury, that the foregoing is true and correct.

Executed on January 21, 2016

_____
MARTIN SHKRELI