UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          Plaintiff

    -v-                                      NOTICE OF APPEARANCE

MARTIN SHKRELI                    Docket No. 15 Cr 00637 (KAM)

          Defendant,

-----------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Benjamin Brafman, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant MARTIN SHKRELI in the above-captioned matter.

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: bbrafman@braflaw.com

Dated: New York, New York
        February 2, 2016