UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

               **Plaintiff**

   -v-                                      NOTICE OF APPEARANCE

MARTIN SHKRELI               Docket No. 15 Cr 00637 (KAM)

               **Defendant,**

-----------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo of Counsel to Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant MARTIN SHKRELI in the above-captioned matter.

                                                                   Marc Agnifilo, Esq.
                                                                   Brafman & Associates, P.C.
                                                                   767 Third Avenue, 26th Floor
                                                                   New York, New York 10017
                                                                   Phone: (212) 750-7800
                                                                   Fax: (212) 750-3906
                                                                   E-mail: magnifilo@braflaw.com

Dated: New York, New York
         February 2, 2016