UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

          **Plaintiff**

      -v-                               **NOTICE OF APPEARANCE**

MARTIN SHKRELI                    **Docket No. 15 Cr 00637 (KAM)**

          **Defendant,**

--------------------------------------------------------X

      TO: CLERK OF COURT

      PLEASE TAKE NOTICE that Andrea Zellan, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant MARTIN SHKRELI in the above-captioned matter.

                                             Andrea Zellan, Esq.
                                             Brafman & Associates, P.C.
                                           767 Third Avenue, 26th Floor
                                           New York, New York 10017
                                           Phone: (212) 750-7800
                                           Fax: (212) 750-3906
                                           E-mail: azellan@braflaw.com

Dated: New York, New York
       February 2, 2016