UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff

-v-                                    NOTICE OF APPEARANCE

MARTIN SHKRELI                Docket No. 15 Cr 00637 (KAM)

        Defendant,

-----------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Andrea Zellan, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant MARTIN SHKRELI in the above-captioned matter.

*Andrea Zellan (by MA)*
Andrea Zellan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: azellan@braflaw.com

Dated: New York, New York
         February 2, 2016