# Delaware
### The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "MSMB CAPITAL MANAGEMENT LP" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF LIMITED PARTNERSHIP, FILED THE TENTH DAY OF SEPTEMBER, A.D. 2009, AT 11:09 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED PARTNERSHIP, "MSMB CAPITAL MANAGEMENT LP".



Jeffrey W. Bullock, Secretary of State

4729883  8100H
SR# 20164450301

Authentication: 202488112
Date: 06-14-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:09 AM 09/10/2009
FILED 11:09 AM 09/10/2009
SRV 090844735 - 4729883 FILE

# STATE OF DELAWARE
## CERTIFICATE OF LIMITED PARTNERSHIP

- The Undersigned, desiring to form a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act, 6 Delaware Code, Chapter 17, do hereby certify as follows:

- First: The name of the limited partnership is MSMB Capital Management LP.

- Second: The address of its registered office in the State of Delaware is One Commerce Center - 1201 Orange St. #600 in the city of Wilmington Zip code 19899. The name of the Registered Agent at such address is InCorp Services, Inc.

- Third: The name and mailing address of each general partner is as follows:

> MSMB Investors LLC
> 111 Broadway 4th Floor, Suite 405
> New York, NY 10006

- In Witness Whereof, the undersigned has executed this Certificate of Limited Partnership as of 10th day of September, A.D. 2009.

MSMB INVESTORS LLC

By: _____
General Partner

Name: Marek L. Biestek
(type or print name)

# MSMB Capital Management LLC

111 Broadway, 4th Floor
New York, NY 10006

To Whom It May Concern,

      This letter is to confirm the allowance of the filing and registration of MSMB Capital Management LP, solely owned by Marek L. Biestek. Mr. Biestek is also the owner and operator of MSMB Capital Management LLC.

Thank you,

*[signature]*

Marek L. Biestek



# Delaware

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "MSMB CAPITAL MANAGEMENT LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE FOURTH DAY OF SEPTEMBER, A.D. 2009, AT 12:09 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "MSMB CAPITAL MANAGEMENT LLC".



4727909  8100H
SR# 20164450168

Jeffrey W. Bullock, Secretary of State
Authentication: 202488038
Date: 06-14-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 12:09 PM 09/04/2009*
*FILED 12:09 PM 09/04/2009*
*SRV 090835357 - 4727909 FILE*

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

**First:** The name of the limited liability company is  MSMB Capital Management LLC

**Second:** The address of its registered office in the State of Delaware is One Commerce Center-1201 Orange St. #600 in the City of Wilmington. Zip code 19899. The name of its Registered agent at such address is InCorp Services, Inc.

**Third:** (Use this paragraph only if the company is to have a specific effective date of dissolution: "The latest date on which the limited liability company is to dissolve is _____.")

**Fourth:** (Insert any other matters the members determine to include herein.)

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 4th day of September, 2009.

By: _____
Authorized Person (s)

Name: Marek L. Biestek