U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/JMK/AES
F.#2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 28, 2017

By ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States v. Martin Shkreli, et al.
> Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      On March 27, 2017, the government filed a memorandum of law in support of a motion for a preliminary hearing in the above-captioned matter. See Docket No. 176. The government seeks permission from the Court to withdraw the original memorandum of law and to file an amended memorandum, which corrects typographical errors in the original.

      Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:  /s/
Winston M. Paes
Jacquelyn M. Kasulis
Alixandra E. Smith
Assistant U.S. Attorneys
(718) 254-6023/6103/6370

cc: All counsel (via ECF)