UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

                                  Ind. No. 15 CR 637(S-1) (KAM)

MARTIN SHKRELI,
EVAN GREEBEL,

              Defendants.
------------------------------------------------------------X

## DEFENDANT MARTIN SHKRELI'S REQUEST TO CHARGE

By:   **Brafman & Associates, PC**
*Attorneys for Martin Shkreli*
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel - 212-750-7800
Fax – 212-750-3906
bbrafman@braflaw.com

Of Counsel:   Benjamin Brafman
                   Andrea Zellan
                   Marc Agnifilo
                   Jacob Kaplan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA         :
                                 :
                                 :
        -against-                :
                                 :   Ind. No. 15 CR 637(S-1) (KAM)
                                 :
MARTIN SHKRELI,                  :   **REQUEST TO CHARGE**
EVAN GREEBEL,                    :
                                 :
        Defendants.              :
-------------------------------------------------------------X

Martin Shkreli respectfully requests that the Court charge the jury using the below instructions from Sand, Modern Federal Jury Instructions. In addition, Martin Shkreli reserves the right to request additional or different charges based on the trial evidence.

a. Function of the Court, the Jury, and Counsel

b. Role of the Court

c. Role of the Jury

d. Juror Obligations

e. The Government as a Party

f. Improper Considerations

g. Publicity

h. Jury to Consider Only This Defendant

i. Indictment Is Not Evidence

j. The Charges

k. Consider Only the Charges

2

l.  Multiple Counts – One Defendant

m.  The Statutes

    Count One: Conspiracy to Commit Securities Fraud
    Title 18, United States Code, Sections 371

    Count Two: Conspiracy to Commit Wire Fraud
    Title 18, United States Code, Sections 1349

    Count Three: Securities Fraud
    Title 15, United States Code, Sections 78j(b) and 78ff;

    Count Four: Conspiracy to Commit Securities Fraud
    Title 18, United States Code, Sections 371

    Count Five: Conspiracy to Commit Wire Fraud
    Title 18, United States Code, Sections 1349

    Count Six: Securities Fraud
    Title 15, United States Code, Sections 78j(b) and 78ff;

    Count Seven: Conspiracy to Commit Wire Fraud
    Title 18, United States Code, Sections 1349

    Count Eight: Conspiracy to Commit Securities Fraud
    Title 18, United States Code, Sections 371

n.  Scienter

o.  Presumption of Innocence and Burden of Proof

p.  Reasonable Doubt

q.  Number of Witnesses and Uncontradicted Testimony

r.  General Evidence Instructions

s.  Charts and Summaries

t.  Witness Credibility

    u.    Law Enforcement Witness

    v.    Good Faith Defense; and

    w.    Reliance on Counsel Defense

Dated:    New York, New York
            April 21, 2017

                                            Respectfully submitted,

                                            Benjamin Brafman
                                            Marc Agnifilo
                                            Andrea Zellan
                                            Jacob Kaplan

                                            **Brafman & Associates, P.C.**
                                            *Attorneys for Martin Shkreli*
                                            767 Third Avenue, 26th Fl.
                                            New York, NY 10017
                                            (212) 750 -7800

To:    The Court (via hand delivery)
        All Counsel (via ECF)