UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA       :
        :
        :
   -against-       :
        :   Ind. No. 15 CR 637(S-1) (KAM)
        :
MARTIN SHKRELI,       :
EVAN GREEBEL,       :
        :
     Defendants.   :
-------------------------------------------------------------X


## DEFENDANT MARTIN SHKRELI'S PROPOSED JURY QUESTIONNAIRE


By:   **Brafman & Associates, P.C.**
*Attorneys for Martin Shkreli*
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel - 212-750-7800
Fax – 212-750-3906
bbrafman@braflaw.com


Of Counsel:   Benjamin Brafman
           Andrea Zellan
           Marc Agnifilo
           Jacob Kaplan

Pursuant to Rule 24 of the Federal Rules of Criminal Procedure and this Court's Amended Scheduling Order (Dkt. No. 147) defendant Martin Shkreli respectfully requests that the Court include the following questions when examining prospective jurors in this case:

1.

2.

3.

4.

5.



6.

7.

8.

9.



10.

11.

12.

13.

14.



15.

16.



Dated:      New York, New York
            April 21, 2017

                              Respectfully submitted,

                              Benjamin Brafman
                              Marc Agnifilo
                              Andrea Zellan
                              Jacob Kaplan

                              **Brafman & Associates, P.C.**
                              *Attorneys for Martin Shkreli*
                              767 Third Avenue, 26th Fl.
                              New York, NY 10017
                              (212) 750 -7800

To:         The Court (via hand delivery)
            All Counsel (via ECF)

5