4517

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA,      : 15-CR-00637(KAM)
 4                                  :
                                    :
 5                                  :
          -against-                 : United States Courthouse
 6                                  : Brooklyn, New York
                                    :
 7                                  :
                                    : Friday, July 21, 2017
 8   MARTIN SHKRELI,                : 9:00 a.m.
                                    :
 9           Defendant.             :
                                    :
10   - - - - - - - - - - - - - - X
```

            TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
11          BEFORE THE HONORABLE KIYO A. MATSUMOTO
12          UNITED STATES DISTRICT JUDGE AND A JURY

13                  A P P E A R A N C E S :

14   For the Government:   BRIDGET M. ROHDE, ESQ.
                           Acting United States Attorney
15                         Eastern District of New York
                           271 Cadman Plaza East
16                         Brooklyn, New York 11201
                      BY:  JACQUELYN M. KASULIS, ESQ.
17                         ALIXANDRA ELEIS SMITH, ESQ.
                           G. KARTHIK SRINIVASAN, ESQ.
18                         Assistant United States Attorneys

19   For the Defendant:    BRAFMAN & ASSOCIATES, P.C.
                           767 Third Avenue
20                         New York, New York 10017
                      BY:  BENJAMIN BRAFMAN, ESQ.
21                         MARC AGNIFILO, ESQ.
                           ANDREA ZELLAN, ESQ.
22                         JACOB KAPLAN, ESQ.

23   Court Reporter:   Richard W. Barry, RPR
                       Official Court Reporter
24                     E-mail:  rwbarrycourtreporter@gmail.com

25   Proceedings recorded by computerized stenography.  Transcript
     produced by Computer-aided Transcription.

Merrill - Direct - Srinivasan                    4518

1          THE COURT:  Are there other issues we need to

2    address.

3          MS. SMITH:  Your Honor, we do have a number of

4    issues we want to raise, I think maybe it makes sense to put

5    the witness on, finish with the jury and discuss them.

6          THE COURT:  Good point.

7          Are they all here?

8          COURTROOM DEPUTY:  We were waiting on one.

9          (Pause.)

10         (Jurors entering.)

11         THE COURT:  All our jurors are present.  Please have

12   a seat everybody.

13         Thank you.  Is the Government ready to proceed?

14         MR. SRINIVASAN:  Yes, Your Honor, we call Amy

15   Merrill to the stand.

16   AMY MERRILL, having been first duly sworn, took the stand and

17   testified as follows:

18         THE COURT:  Thank you.  Good morning.

19         You may proceed.

20         MR. SRINIVASAN:  Thank you, Your Honor.

21   DIRECT EXAMINATION BY MR. SRINIVASAN:

22   Q    Morning Ms. Merrill.

23   A    Good morning.

24   Q    Where do you live?

25   A    Salt Lake City, Utah.

Merrill - Direct - Srinivasan                    4519

1    Q    How long have you lived there?

2    A    My whole life.

3              MR. BRAFMAN:  It is very hard to hear the witness.

4              THE COURT:  I will adjust your microphone a little

5    bit.

6              THE WITNESS:  Thank you.

7    Q    Can you please briefly describe your educational

8    background?

9    A    After high school, I went to college.

10   Q    What did you study?

11   A    Design.

12   Q    Did you get a degree or certificate in design?

13   A    Yes.

14   Q    What did you do after that?

15   A    I went to work for a payroll company who owned a transfer

16   agency, and then I started working for the transfer agency.

17   Q    Where do you work now?

18   A    Standard Registrar and Transfer.

19   Q    What is Standard Registrar?

20   A    We are a stock transfer company.

21   Q    You mentioned "transfer agency" a minute ago, is that the

22   same as a stock transfer company?

23   A    Yes, it is.

24   Q    What is your position at Standard Registrar?

25   A    I am the manager.

1    Q    Do you have a supervisory role there?

2    A    Yes, I do.

3    Q    How many people do you supervise?

4    A    Two.

5    Q    What is your role at the company?

6    A    I take care of all the records and the clients and manage

7    the transfers with the stock transfer agents.

8    Q    What is a transfer agent or a stock transfer agent?

9    A    We issue a transfer stock for companies and hold their

10   shareholder records.

11   Q    What kinds of companies are the clients of Standard

12   Registrar?

13   A    We typically deal with smaller companies.

14   Q    You mentioned a second ago, the company issues and

15   transfers shares; is that right?

16   A    That's right.

17   Q    Can you please walk the jury through the process for

18   issuing shares?

19   A    For an issuance, we get documents from the company

20   requesting the issuance of shares with backup documents.  Once

21   we have everything that is required, we issue the stock.

22   Q    Let's break that down a little bit.

23        Who can make a request for the issuance of shares?

24   A    A director of the company, counsel for the company.

25   Q    Can an officer of the company?

Merrill - Direct - Srinivasan                    4521

1    A    Yes.

2    Q    A CEO for example?

3    A    Yes.

4    Q    What kinds of documents?

5    A    Agreements, legal opinions, letters of instruction and

6    others.

7    Q    What are letters of instruction?

8    A    It can be an E-mail or a written letter instructing us to

9    issue shares.

10   Q    I take it that comes from one of the people you mentioned

11   earlier?

12   A    Yes.

13   Q    What is the role that you were mentioning of a legal

14   opinion or an agreement?

15   A    A legal opinion is a directive to issue shares, free

16   trading typically.

17   Q    Are those documents that Standard typically collects

18   before issuing shares?

19   A    Yes.

20            THE COURT:  May I ask what she meant.

21            MR. SRINIVASAN:  Yes.

22            THE COURT:  What do you mean, it is a legal opinion

23   to issue shares pre-trading.

24            THE WITNESS:  Free trading.

25            THE COURT:  Free trading, I'm sorry.  Thank you.

Merrill - Direct - Srinivasan                4522

1   Q    On that point, do the documents that you receive specify

2   whether shares are restricted or free trading?

3   A    Yes.

4   Q    Now, there is also, I think you mentioned a transfer of

5   shares.  Does that run along similar lines?

6   A    A transfer of shares, we would get a stock certificate

7   with a stock power endorsed with a medallion guarantee and

8   instructions to transfer the shares to new individuals.

9   Q    So who would turn in the stock certificate?

10  A    It could be the company or a shareholder or a broker.

11  Q    What is a stock power and medallion guarantee?

12  A    A stock power is an assignment to a new shareholder

13  endorsed by the current shareholder and the medallion

14  guarantees the signature.

15  Q    Is the medallion a special kind of document?

16  A    A medallion is a stamp that would be on the stock power.

17  Q    Now, does Standard Registrar maintain all the documents

18  that we have been talking about in the company's files?

19  A    Yes.

20  Q    Who maintains the files?

21  A    I do.

22  Q    How are those files organized?

23  A    By company and by transaction.

24  Q    How soon after a stock request comes in are Standard's

25  files created?

Merrill - Direct - Srinivasan                    4523

1   A    As soon as we have everything required that is maintained

2   immediately.

3   Q    When you say, it is maintained immediately, Standard's

4   files?

5   A    Created, yes.

6   Q    How quickly does Standard Registrar process an issuance

7   or transfer of stock?

8   A    Within 72 hours.

9   Q    What are the ways that stock certificates are issued?

10  A    There is physical and electronic.

11  Q    And, what are the shares that are issued electronically

12  called?

13  A    Book entry.

14  Q    How about the physical version?

15  A    Certificates.

16  Q    Is that a piece of paper, a stock certificate?

17  A    Yes, it is.

18  Q    Does Standard issue stock in both formats?

19  A    Yes.

20  Q    Now, does Standard Registrar do stock transfers after two

21  entities merge together?

22  A    Yes.

23  Q    In your experience, does it take time for the name of the

24  company to change after a merger?

25  A    Yes.

Merrill - Direct - Srinivasan                    4524

1   Q    Again, in your experience, does Standard Registrar do

2   stock transactions before that name change happens?

3   A    Yes.

4   Q    Ms. Merrill, do you know an individual named Martin

5   Shkreli?

6   A    Yes.

7   Q    How do you know him?

8   A    Through Retrophin, he was an officer of the company.

9   Q    How did you communicate with Mr. Shkreli in the past?

10  A    By telephone and E-mail.

11  Q    Are you familiar with the name Desert Gateway?

12  A    Yes.

13  Q    How are you familiar with it?

14  A    That was one of the companies he represented.

15  Q    What if anything was the relationship between Desert

16  Gateway and Retrophin?

17  A    There was a merger of the companies.

18  Q    Did Standard Registrar do stock transactions for Desert

19  Gateway?

20  A    Yes.

21  Q    Did it continue to do stock transactions for Retrophin

22  after the merger?

23  A    Yes.

24  Q    Ms. Merrill, before you testified today, did you collect

25  any documents from Standard Registrar's files?

Merrill - Direct - Srinivasan                    4525

1   A    Yes.

2   Q    Now there is a large binder in front of you.  The binder

3   contains documents that are marked for identification as

4   Government Exhibits 125-1 through 125-30; 123-31 and 125-32,

5   through 125-46.

6          Ms. Merrill, have you reviewed the documents in the

7   binder before appearing today?

8   A    Yes.

9   Q    What are these documents?

10  A    They are transfer documents.

11  Q    When you say, transfer documents, what do you mean?

12  A    It would be any transfer-- well, not any transfer,

13  transfers in and the backup documentation and issuance

14  documents.

15  Q    For stock?

16  A    Yes.

17  Q    Do these relate to Desert Gateway and Retrophin?

18  A    Yes.

19  Q    Were these records made at or near the time of the

20  relevant stock transfer activity?

21  A    Yes.

22  Q    Were these records kept in the ordinary course of

23  Standard Registrar's business?

24  A    Yes.

25          MR. SRINIVASAN:  Your Honor, we move Government

Merrill - Direct - Srinivasan                    4526

1   Exhibits 125-1 through 125-30; 123-31 and 125-32 through
2   125-46 into evidence.
3          THE COURT:  46 did you say?
4          MR. SRINIVASAN:  46, yes, Judge.
5          We are seeking to admit 125-22, 125-30, 125-32,
6   125-40, 125-43, 125-44, 125-45, and 125-46, subject to
7   connection.
8          THE COURT:  Any objection from the defense?
9          MS. ZELLAN:  Based on the Court's rulings yesterday
10  and subject to connection on the ones mentioned by Mr.
11  Srinivasan, no.
12         THE COURT:  Thank you.  We will admit Government
13  Exhibit 125-1 through 125-30; 123-31, and 125-32 through
14  125-46, and subject to connection 125-22, 125-30, 125-32,
15  125-40, 125-43, 125-44, 125-45 and 125-46 subject to
16  connection.
17         (So marked.)
18         MR. SRINIVASAN:  Thank you, Your Honor.
19  BY MR. SRINIVASAN:
20  Q    Ms. Merrill, let's discuss a few of the documents.
21         I am showing you what is in evidence as Government
22  Exhibit 125-1, that is tab one in your binder.
23  A    Okay.
24  Q    What is this document?
25  A    This is an activity report for Retrophin.

RB        OCR

Merrill - Direct - Srinivasan                    4527

1   Q    What is an activity report?

2   A    It is a transaction log for issuance and transfers of the

3   company.

4   Q    Of stock?

5   A    Yes.

6   Q    Ms. Merrill, if we can zoom in on the first three lines

7   of the document at the very top of the page.

8          Is the name of the company indicated here?

9   A    Yes.

10  Q    Retrophin?

11  A    Yes.

12  Q    What time period does this document cover?

13  A    December 1, 2012, through November 12, 2014.

14  Q    Ms. Merrill, for what purpose was this document created?

15  A    It was for the company so they could see their

16  transaction history.

17  Q    Was this generated by Standard Registrar for Retrophin?

18  A    Yes.

19  Q    If we can focus on the table on the bottom half of the

20  page, please.

21          Ms. Merrill, let's start with the very first line in

22  the table.  What does the number 79738 represent?

23  A    That is a transmittal number.

24  Q    What is a transmittal number?

25  A    It is a transaction number.

Merrill - Direct - Srinivasan                4528

1   Q    And, does each transaction get a unique number?

2   A    Yes, it does.

3   Q    Now, there are a number of entries that I see here.  Did

4   all of these transactions happen under this one transmittal?

5   A    Yes.

6   Q    Is this exhibit a summary of all the stock transfers that

7   Standard Registrar processed during this time period?

8   A    Yes.

9   Q    Earlier you mentioned that Standard Registrar gets backup

10  documentation.  Are there underlining files and backup

11  documentation for the entries in this summary document?

12  A    Yes.

13  Q    So, let's take a look at the supporting documents for

14  transmittal number 79738.  Can you go to tab two of the

15  binder, Government Exhibit 125-2.

16           Ms. Merrill let's walk through the first page of

17  this exhibit.  Looking at the page as a whole, what is this

18  document?

19  A    This is a transmittal.

20  Q    What is a transmittal?

21  A    It is a transaction that has been completed.

22  Q    Does this summarize the activity that took place in this

23  transaction?

24  A    Yes.

25  Q    So let's start with the top right corner of the document.

RB        OCR

Merrill - Direct - Srinivasan                    4529

1    If you can zoom in on that, please.

2            So if you look at the top right corner there, again

3    what is the 79738?

4    A    That is the transaction number.

5    Q    Is that the same number we saw a minute ago?

6    A    Yes.

7    Q    What is the date on this transaction?

8    A    December 13th, 2012.

9    Q    And, on the left-hand side, there is a phrase

10   "transmittal for", what does that mean?

11   A    That is who presented the request.

12   Q    When you say, presented the request, is it presented to

13   Standard Registrar?

14   A    Yes.

15   Q    And who is that for this document?

16   A    Desert Gateway.

17   Q    Now, if we look at the table.  There are a number of

18   column headings here.  Can you please walk the jury through

19   what the column headings, a certificate, name and number of

20   shares mean?

21   A    Yes.  The "certificate" is the certificate number that is

22   issued.  The "name" is who the shares are issued to.  And the

23   "number of shares" is the number of shares issued to the

24   individual.

25   Q    Does each stock certificate have a unique number?

Merrill - Direct - Srinivasan                4530

1    A    Yes.

2    Q    What is the parenthesis "R" mean?

3    A    Restricted stock.

4    Q    I see that there is a book entry here.  What is book

5    entry again?

6    A    Electronic shares.

7    Q    Now, if we look at the very first entry there.  The

8    certificate number is 1555(R).  And the book entry is for

9    Martin Shkreli.  Do you see that?

10   A    Yes.

11   Q    What are the number of shares in this book entry?

12   A    2,577,755.

13   Q    Is that the electronic record of the shares for that

14   individual?

15   A    Yes.

16   Q    Now, if we go to the third page of this exhibit, which is

17   Bates number Standard 00424.  At the top there, it is an

18   E-mail from Evan Greebel dated December 13th, 2012, to Amy at

19   Standard Registrar.  Who is Amy at Standard?

20   A    That is me.

21   Q    Do you know who Evan Greebel was?

22   A    Yes, he was counsel for Retrophin.

23   Q    Now, the E-mail says, Amy, as you maybe aware, Desert

24   Gateway DGTE, and Retrophin executed the attached merger

25   agreement and filed the attached certificate of merger

Merrill - Direct - Srinivasan                    4531

1    yesterday.  In connection with that merger, restricted stock

2    should be issued to the people set forth on the attached

3    spreadsheet in the amounts set forth thereon.  Do you prefer

4    to issue the stock in book entry or certificated form?

5            Please confirm that stock in DGTE will be issued and

6    advise the timing for issuance.

7            If you have any questions or comments, please call

8    me, best regards, Evan.

9            There is one other term here that is new.  It says

10   "certificated".  What does certificated mean?

11   A    That would be putting the shares in a certificate format

12   rather than electronic.

13   Q    What is related in this E-mail?

14   A    It is a request to issue stock.

15   Q    Is this one of the instruction letters you were

16   mentioning earlier?

17   A    Yes.

18   Q    There are attachments to this E-mail, are the documents

19   part of the backup for this file?

20   A    Yes.

21   Q    Did Standard Registrar keep the attachments in its files?

22   A    Yes.

23   Q    So let's put a few of these attachments.  If we can go to

24   the next page, Bates number Standard 000425.

25            What is this?

Merrill - Direct - Srinivasan                    4532

1   A    That is the breakdown for the issuance who we should be

2   issuing to and the number of shares to be issued.

3   Q    Do these numbers appear on the first page of the document

4   that we saw a few minutes ago?

5   A    Yes.

6   Q    And was this an attachment to the E-mail from Evan

7   Greebel?

8   A    Yes.

9   Q    So let's go to the next page, Standard 000426.

10          Let's start with the E-mail in the middle, which you

11  wrote to Evan Greebel on December 13th, 2012.

12          You wrote, I'll review the documents and let you

13  know if we need additional information.  We must issue the

14  stock as directed, so please specify if you would like the

15  stock certificated or held in book entry form.  We can't hold

16  certificates here longer than 72 hours.  Please advise.

17          If we go up one E-mail.  Evan Greebel wrote back to

18  you on the same day.  Please do book entry.

19          Was this part of the instructions that you received

20  for this request?

21  A    Yes.

22  Q    So let's go to page 7 of this exhibit, Bates number

23  Standard 000428.

24          Ms. Merrill, what is this document?

25  A    It is a merger agreement.

Merrill - Direct - Srinivasan                    4533

1   Q    Focusing on the very first paragraph there, which

2   entities merged?

3   A    Desert Gateway and Retrophin.

4   Q    What is the importance of this document to Standard

5   Registrar work?

6   A    This is backup document for the issuance.

7   Q    Is this a type of document that you would typically

8   receive in a merger situation?

9   A    Yes.

10  Q    So did Standard Registrar also process additional shares

11  of Desert Gateway in this timeframe?

12  A    Yes.

13  Q    So, let's go to Government Exhibit 125-7, which is tab 7

14  in your binder.

15        Who sent this E-mail?

16  A    Martin Shkreli.

17  Q    Who did he send it to?

18  A    To me.

19  Q    Who is Rachel at Standard Registrar?

20  A    She was a transfer agent.

21  Q    Did she work for you at Standard Registrar?

22  A    Yes, she did.

23  Q    He sent this E-mail on December 20th, 2012.  Martin

24  Shkreli wrote, to whom it may concern.

25        My name is Martin Shkreli.  I am the new CEO of

Merrill - Direct - Srinivasan                    4534

1    Desert Gateway, Inc., DGTE.  I am requesting the mailing by

2    Federal Express of the stock certificates owned by myself,

3    individually, as well as by two entities I control.  MSMB

4    Healthcare LP and MSMB Capital Management, LP.

5            Your records should indicate that I own 2,531,920

6    shares individually and 375,000 shares of DGTE through MSMB

7    Capital Management, LP, 473,274 shares through MSMB

8    Healthcare, LP, 413 shares through MSMB Healthcare Investors,

9    LLC.

10           The correct address is 777 Third Avenue, 22nd floor,

11   New York, New York, please send to my attention, Martin

12   Shkreli care of MSMB Capital.  Thank you, Martin Shkreli.

13           Generally what was the significance of this document

14   to Standard Registrar?

15   A    This is an instruction letter.

16   Q    Was Martin Shkreli an authorized person?

17   A    Yes.

18   Q    Let's go now to Government Exhibit 125-14, to keep going

19   with this transaction.

20           Ms. Merrill, what is the transmittal number for the

21   this file?

22   A    I'm sorry, what tab is this?

23   Q    I'm sorry, I apologize, tab 14.

24   A    Thank you.

25           Can you ask the question again.

Merrill - Direct - Srinivasan                4535

1   Q    What is the transmittal number for this file?

2   A    80187.

3   Q    What is the date on this transaction?

4   A    January 28th, 2013.

5   Q    Who requested the stock transaction?

6   A    Desert Gateway.

7   Q    In turning to the table that is in the middle here, what

8   happened in this transaction?

9   A    There was a share breakdown.

10  Q    Whose shares were broken down?

11  A    MSMB Capital Management.

12  Q    How many shares?

13  A    375,000.

14  Q    Were those shares restricted or free trading?

15  A    Restricted.

16  Q    And, into how many entries was it broken up?

17  A    Five certificates.

18  Q    Five new certificates?

19  A    Yes.

20  Q    And, in whose name were those certificates?

21  A    MSMB Capital Management.

22  Q    And the total number of shares at the end?

23  A    375,000.

24  Q    Were these restricted or unrestricted?

25  A    Restricted.

Merrill - Direct - Srinivasan                    4536

1  Q    So, let's go to the second page of this exhibit, which is

2  Bates number Standard 000563.  Who sent this E-mail?

3  A    Martin Shkreli.

4  Q    It is dated January 28th, 2013, and was it sent to you?

5  A    Yes.

6  Q    So Mr. Shkreli wrote, for the account MSMB Capital

7  Management, LP, please breakdown the 375,000 position into the

8  following certificates:  160,318; 24,046; 58,306; 37,809;

9  94,521.

10       Are those the five certificates we just saw on the

11  previous page?

12  A    Yes.

13  Q    Please FedEx the five certificates to this address, MSMB

14  Capital Management, LP attention Martin Shkreli, and then the

15  777 Third Avenue address appears again.

16       Ms. Merrill, what was this document?

17  A    An instruction letter.

18  Q    Did Standard Registrar break up the stock certificate as

19  requested?

20  A    Yes, we did.

21       THE COURT:  May I ask, are these stock certificates

22  for Desert Gateway at this point or for Retrophin?

23       THE WITNESS:  Desert Gateway.

24       THE COURT:  Thank you.

25  Q    If we can keep following this series of transactions.

Merrill - Direct - Srinivasan                4537

1   Let's go to tab 18 in your binder, which is Government

2   Exhibit 125-18.

3           What is the transmittal number for this file?

4   A    80439.

5   Q    What is the date of this transaction?

6   A    February 19th, 2013.

7   Q    Who requested this transaction?

8   A    MSMB Capital Management.

9   Q    Attention to who?

10  A    Martin Shkreli.

11  Q    Now, turning to the middle of this page, what happened in

12  this transaction?

13  A    It transferred shares.

14  Q    How do you know that it is a transfer as opposed to an

15  issuance?

16  A    Because there is certificates received for cancellation.

17  Q    Those certificates received on the top half of this

18  table?

19  A    Yes.

20  Q    And then the certificates that are then issued then are

21  on the bottom half; is that right?

22  A    That's right.

23  Q    So, there are five certificates on the top.  Are the

24  numbers of those certificates the same as we saw a second ago?

25  A    Yes.

Merrill - Direct - Srinivasan                    4538

1  Q     And those shares were transferred in the names of Darren

2  Blanton for 160,318 shares; Lindsey A.  Rosenwald for 26,046

3  shares; Sarah Hassan, 53,306 shares; Barbara Warner Neill

4  separate property, 94,521 shares; and Schuyler B. Marshal IRA,

5  37,809 shares.

6            Ms. Merrill, were these shares restricted or

7  unrestricted?

8  A     Restricted.

9  Q     At the bottoms, are those physical or electronic?

10 A     They are physical.

11 Q     How would you know that they are physical as opposed to

12 electronic?

13 A     There is no book entry stated.

14 Q     Again what was the date on this transaction?

15 A     February 19th, 2013.

16 Q     So, let's go to the third page of this exhibit, Standard

17 000585.  What is this document?

18 A     It is an instruction.

19 Q     From whom?

20 A     Martin Shkreli.

21 Q     Is it signed by him at the bottom right there?

22 A     Yes.

23 Q     On whose letterhead is it?

24 A     MSMB Capital Management, LP.

25 Q     It says, to whom it may concern, we wish to transfer the

Merrill - Direct - Srinivasan                    4539

1   shares under this fund to the individual limited partners of

2   the fund as the fund is dissolving.  Please send the

3   certificates by Federal Express to the following addresses.

4        Then you see it there, addresses for Darren Blanton,

5   Lindsay Rosenwald, Sarah Hassan, John Neill and Schuyler

6   Marshall?

7   A    Yes.

8   Q    If we go to the fifth page of this exhibit, Standard

9   000587.

10        Was this attached to the letter we just saw?

11  A    Yes.

12  Q    What is this document?

13  A    This is further instructions on who to issue the shares

14  to and the amounts to issue.

15  Q    Was this handwritten list provided to you by the

16  defendant?

17  A    Yes.

18  Q    So, let's go to a stock transaction for MSMB Healthcare.

19  I am showing you Government Exhibit 125-19 which is tab 19 in

20  your binder.

21        Ms. Merrill, what is the transmittal number for this

22  file?

23  A    80626.

24  Q    What is the date for this transaction?

25  A    March 7th, 2013.

Merrill - Direct - Srinivasan                4540

1    Q    Who requested the transfer?

2    A    MSMB Capital Management.

3    Q    Attention to?

4    A    Martin Shkreli.

5    Q    Turning to the middle of the page, what happened in this

6    transaction?

7    A    The shares were taken from book entry and put into

8    physical format.

9    Q    The shares for whom?

10   A    MSMB Healthcare LP and MSMB Healthcare Investors, LLC.

11   Q    I see that for MSMB Healthcare LP, the shares were

12   473,274 and for MSMB Healthcare Investors, the number of

13   shares were 413.  Were those the same numbers we saw

14   previously in the E-mail from the defendant?

15   A    Yes.

16   Q    Were these shares restricted or free trading?

17   A    Restricted.

18   Q    So let's go to the third page of this exhibit which is

19   Bates number Standard 000601.  This is an E-mail from Martin

20   Shkreli dated February 18th, 2013, to you.  He wrote, please

21   FedEx me all MSMB Healthcare LP, Desert Gateway certificates.

22   These certificates will be distributed to the fund's

23   underlining limited partners and then he provides an address.

24          What is the significance of this document to

25   Standard Registrar?

Merrill - Direct - Srinivasan                4541

1   A    It is an instruction.

2   Q    For what company were these shares?

3   A    Desert Gateway.

4   Q    So, let's go back one page to Standard 000600.  What is

5   this document?

6   A    It is a FedEx Air Bill.

7   Q    To whom?

8   A    Martin Shkreli.

9   Q    And why does a FedEx Air Bill appear in the Standard

10  Registrar?

11  A    We keep records of where we shipped the document or the

12  new certificates.

13  Q    So, let's go to Government Exhibit 125-20, to keep

14  following with these series of transactions, that is tab 20 in

15  your binder.

16       What is the transmittal number of this transaction?

17  A    80689.

18  Q    What is the date on the transaction?

19  A    March 12th, 2013.

20  Q    Who requested the transaction?

21  A    MSMB Healthcare LP.

22  Q    Now, let's focus on the table in the middle of the page.

23  What happened in this transaction?

24  A    Shares were transferred from MSMB Healthcare to thirteen

25  new individuals.

Merrill - Direct - Srinivasan                4542

1    Q     Did MSMB Healthcare turn in the stock certificate we saw
2    in the previous exhibit?
3    A     Yes.
4    Q     And how many shares came out after the transaction?
5    A     473,274.
6    Q     I see entries here for Alan Geller, 156,968; Richard
7    Kocher, 23,564; David Geller, 30,514.  And were these all
8    certificates that Standard Registrar issued to these people?
9    A     Yes.
10   Q     Were these shares restricted or freely trading?
11   A     Restricted.
12   Q     So let's go to the fourth page of the exhibit, Standard
13   000609.  Who signed this document?
14   A     Martin Shkreli.
15   Q     On whose letterhead was he writing?
16   A     MSMB Healthcare LP.
17   Q     He wrote to whom it may concern.
18         MSMB Healthcare LP is a private limited partnership
19   which is divesting its stake in MSMB Healthcare to its
20   underlining limited partners.  Therefore, as its sole managing
21   member, I am requesting you transfer ownership of the
22   certificate enclosed to the underlining partners with the
23   attached stock power and assignment attached and medallion
24   certified.  Please call us if you have any questions.
25         What is the significance of this document?

RB          OCR

Merrill - Direct - Srinivasan                    4543

1   A    This is a transfer instruction letter.

2   Q    If we go to the next page, Bates number Standard 000610.

3   What is this document?

4   A    It is an instruction on who to issue the shares and the

5   number of shares to each.

6   Q    Who provided this handwritten table to Standard

7   Registrar?

8   A    Martin Shkreli.

9   Q    Do the numbers here match the numbers we saw on the first

10  page?

11  A    Yes.

12  Q    So, let's go back two pages to Standard 000608.  Did

13  Standard Registrar in fact send the shares to Martin Shkreli?

14  A    Yes.

15  Q    Now, the date on this transaction was March 12th, 2013.

16  Let's take a step back in time to look at another stock

17  transaction.  Let's go to Government Exhibit 125-4 which is

18  tab four in your binder.

19       Ms. Merrill what is the transmittal number?

20  A    79761.

21       (Transcript continues on next page.)

22

23

24

25

Merrill - direct - Srinivasan                    4544

1   (Continuing)

2   Q    What's the date for this transaction?

3   A    December 14th, 2012.

4   Q    Who requested this transaction?

5   A    Desert Gateway.

6   Q    Now, calling your attention to the table in the middle.

7   What happened in this transaction?

8   A    We issued stock.

9   Q    And how do you know that it's an issuance versus a

10  transfer?

11  A    There were no shares received for cancellation.

12  Q    No shares turned to Standard Registrar?

13  A    That's right.

14  Q    What was the total number of shares in this transaction?

15  A    2,400,000.

16  Q    And were these restricted or free-trading shares?

17  A    Free-trading.

18  Q    How do you know they were free-trading?

19  A    There's no R by the certificate number.

20  Q    And in this transaction, how many participants were

21  there?

22  A    Eight.

23  Q    And for Kevin Mulleady, how many shares did he receive?

24  A    350,000.

25  Q    Thomas E. Fernandez?

Merrill - direct - Srinivasan                    4545

1    A    300,000.

2    Q    Marek Lucjan Biestek?

3    A    300,000.

4    Q    Timothy J. Pierotti?

5    A    350,000.

6    Q    Claridge Capital LLC?

7    A    350,000.

8    Q    Andrew R. Vaino?

9    A    250,000.

10   Q    Edmund J. Sullivan?

11   A    100,000.

12   Q    Troy Fearnow?

13   A    400,000.

14          MR. SRINIVASAN:  Ms. Merrill, let's go to the fourth

15   page of this Exhibit, Bates Number Standard 000468.

16          (Exhibit published to jury.)

17   Q    Ms. Merrill, before we look at the document or certain

18   parts of this document, what is this in general?

19   A    It's a legal opinion.

20   Q    And again, what's a legal opinion?

21   A    It's a document we rely on to issue shares.

22   Q    Who issues these legal opinions to Standard?

23   A    Law firms.

24   Q    I see at the top there, there's Anslow & Jaclin.

25          Do you know what an Anslow & Jaclin was?

Merrill - direct - Srinivasan                    4546

1    A    A law firm.

2    Q    How frequently to you get these letters from Counsel?

3    A    All the time.

4    Q    What's the date on the letter?

5    A    December 14th, 2012.

6    Q    Who is it addressed to?

7    A    To me.

8    Q    Amy is you in this?

9    A    Yes.

10             MR. SRINIVASAN:  Okay.  So, if we could actually

11   just scroll down and then focus on the first paragraph,

12   Ms. Balbin.

13             The first paragraph reads:  Dear Amy, we represent

14   Troy Fearnow.  We have received a copy of the journal entry of

15   judgment dated the 10th day of December 2012 whereby the

16   District Court of Washington County, State of Oklahoma, in

17   Case Number CJ1294, styled Troy Fearnow versus Desert Gateway,

18   Inc. judgment awarded and directed the issuance of the

19   2,400,000 shares, the subject shares, of the company to

20   Fearnow pursuant to the conversion of promissory note dated

21   the 1st day of November 2008 in the amount of $25,000 USD plus

22   accrued interest at the rate of eight percent per annum issued

23   by Desert Gateway to Fearnow.  This legal opinion is being

24   rendered with respect to the subject shares which are being

25   issued to Fearnow, a copy of the judgment is enclosed

Merrill - direct - Srinivasan                    4547

1   herewith.

2         And Ms. Balbin, if we could do a split screen with

3   the sixth page of this Exhibit.  And if we could focus in on

4   the conclusions section there.  And just maybe the first line

5   of that subsequent paragraph, please.

6         Thank you.

7         (Exhibit published to jury.)

8         MR. SRINIVASAN:  The conclusions section here says:

9   Based upon the above and subject to the assumptions and

10  qualifications set forth below, we of the opinion and hereby

11  direct you to issue the subject shares to the following in

12  book entry without a restrictive legend:

13         Kevin P. Mulleady 350,000.

14         Thomas E. Fernandez 300,000.

15         Marek Lucjan Biesteck 300,000.

16         Timothy J. Pierotti 350,000.

17         Claridge Capital LLC 350,000.

18         Andrew R. Vaino 250,000.

19         Edmund J. Sullivan 100,000.

20         The additional 400,000 shares should be issued in

21  book entry in the name of Troy Fearnow?

22  Q    Ms. Merrill, are these the shares the same as reflected

23  in the first page of the Exhibit, the transmittal?

24  A    Yes.

25         MR. SRINIVASAN:  So, let's go to the next -- the

Merrill - direct - Srinivasan                4548

1    seventh page of this document.

2              (Exhibit published to jury.)

3              MR. SRINIVASAN:  And if we could zoom in on the

4    paragraph in the middle that starts:  In the present case.

5              This reads:  In the present case the company is the

6    issuer of the shares.  The above named shareholders represent

7    that they are not an officer, not a director, and not a holder

8    of ten percent or more of the outstanding equity securities of

9    the issuer and does not, alone or together with any other

10   person, exercise control over the issuer.  Based on my review

11   and investigation, the shareholders have no affiliation with

12   the issuer other than as an investor.  The shareholders are in

13   no position to issue or propose to issue any security relating

14   to the company.

15   Q    Ms. Merrill, what did Standard Registrar do after it

16   received all of these documents?

17   A    We issued shares.

18   Q    To the people reflected in that first page of the

19   Exhibit?

20   A    Yes.

21             MR. SRINIVASAN:  So, let's go to the 24th page of

22   this Exhibit.  Bates Number Standard 000488.

23             (Exhibit published to jury.)

24   Q    And who were, who is this FedEx label for?

25   A    Marek Biesteck.

Merrill - direct - Srinivasan                    4549

1   Q    And what was the address that it was sent to?

2   A    59 Denton Avenue, East Rockaway, New York 11518.

3           MR. SRINIVASAN:  And if we go to the next page,

4   Standard 000489.

5           (Exhibit published to jury.)

6   Q    Where were Edmund Sullivan's shares sent by Standard

7   Registrar?

8   A    45 Pineapple Street, Apt. 8-B, Brooklyn, New York 11201.

9           MR. SRINIVASAN:  Now, let's talk about how some of

10  these shares were subsequently transferred.  Let's go to

11  Government's Exhibit 125-23, which is tab 23 in your binder.

12          (Exhibit published to jury.)

13  Q    Do you have tab 23, ma'am?

14  A    Yes.

15  Q    Okay.  What is the transmittal number for this file?

16  A    80957.

17  Q    And what is the date on this transaction?

18  A    April 4th, 2013.

19  Q    Who requested the transfer?

20  A    Retrophin.

21  Q    Now, turning to the middle of the page, what transaction

22  happened here?

23  A    We transferred Troy Fearnow's 400,000 shares.

24  Q    To whom?

25  A    100,000 to Lindsey Rosenwald and 300,000 back to Troy.

Merrill - direct - Srinivasan                4550

1   Q     To Troy Fearnow?

2   A     Yes.

3   Q     Why does Troy Fearnow's name appear twice in this

4   document, in the turning in certificates part and in the

5   certificates issued?

6   A     We canceled his original certificate and issued him a new

7   book entry holding.

8   Q     Ma'am, I think you said canceled certificates a few

9   times, I'm not sure we defined that term.

10         What does cancelling a certificate mean?

11  A     When we transfer, we cancel whatever certificate is

12  submitted for the transfer.

13  Q     So, does that mean that the certificate that's turned in

14  is basically not valid anymore?

15  A     That's right.

16  Q     Were these Retrophin shares restricted or freely-traded?

17  A     Free-trading.

18  Q     And how many shares are reflected for Lindsay Rosenwald

19  here?

20  A     A hundred thousand.

21  Q     And for Troy Fearnow book entry?

22  A     300,000.

23         MR. SRINIVASAN:  So, let's keep up with this series

24  of transactions with tab 25, which is Government's

25  Exhibit 125-25.

Merrill - direct - Srinivasan                    4551

1          (Exhibit published to jury.)

2  Q    Ms. Merrill, what is the transmittal number for this

3  transaction?

4  A    81070.

5  Q    What is the date on this transaction?

6  A    April 15th, 2013.

7  Q    Who requested it?

8  A    Retrophin.

9  Q    Turning to the middle of the page again, what transaction

10 happened here?

11 A    We transferred Lindsey Rosenwald's shares.

12 Q    And I see certificate 1750.

13          Is that the same certificate number we saw in the

14 previous Exhibit that Lindsey Rosenwald received?

15 A    Yes.

16 Q    How many shares of Lindsey Rosenwald's were transferred?

17 A    20,000.  To Thomas Koestler.

18 Q    Oh, I see.

19          How many were turned in?

20 A    Oh, I'm sorry, a hundred thousand.

21 Q    And what came out on the other side of the transaction?

22 A    80,000 shares back into Lindsey Rosenwald and 20,000 to

23 Thomas Koestler.

24 Q    Were these shares restricted or freely-traded?

25 A    Free-trading.

Merrill - direct - Srinivasan                    4552

1         MR. SRINIVASAN:  So, let's go to the second page of

2    this Exhibit, base number Standard 000643.

3              (Exhibit published to jury.)

4    Q    Now, what is this document?

5    A    An e-mail.

6    Q    And if we focus on the bottom e-mail.

7              Who wrote the e-mail?

8    A    Evan Greebel.

9    Q    Who was he writing to?

10   A    Michael Fearnow and Martin Shkreli.

11        MR. SRINIVASAN:  And it's dated April 10th, 2013.

12        Mr. Greebel wrote:  The 50,000 shares that were owed

13   to Marek Biesteck should be broken down as follows:  30,000

14   shares shall be issued in the name of Lindsey A. Rosenwald, MD

15   and such shares shall be delivered to Katten Muchin Rosenman

16   LLP attention Evan L. Greebel, Esq.; 20,000 shares shall be

17   issued in the name of Thomas P. Koestler and delivered to

18   Katten Muchin Rosenman LLP, attention Evan L. Greebel.

19        The 50,000 shares that were owed to Edmund Sullivan

20   shall be issued in the name of Lindsey A. Rosenwald, MD and

21   such shares shall be delivered to Katten Muchin Rosenman,

22   attention Evan L. Greebel.

23        The transfer agent can combine the two certificates

24   for Rosenwald into one certificate for 80,000 shares.

25        And, Ms. Balbin, actually, if we could scroll up to

Merrill - direct - Srinivasan                           4553

1    the top e-mail there.

2    Q    Ms. Merrill, was the bottom e-mail forwarded to you?

3    A    Yes.

4    Q    Who sent it to you?

5    A    Michael Fearnow.

6    Q    And on what date?

7    A    On April 10th, 2013.

8    Q    Ms. Merrill, what did Standard Registrar do in response

9    to these documents?

10   A    We transferred the shares.

11   Q    As reflected on the first page of the Exhibit?

12   A    Yes.

13           THE COURT:  At this point, when this was forwarded

14   to you, did Mr. Michael Fearnow have authority to direct these

15   transfers or were you relying on him or someone else?

16           THE WITNESS:  Because Evan was involved we accepted

17   the instruction.

18           THE COURT:  I see.

19           MR. SRINIVASAN:  Now, we've looked at the

20   transaction related to Lindsey Rosenwald.  Now let's look at

21   another stock transfer transaction.

22           If we can go to tab 28 of your binder, which is

23   Government's Exhibit 125-28.

24           (Exhibit published to jury.)

25   Q    What does the transmittal number for this file?

Merrill - direct - Srinivasan                    4554

1  A    81549.

2  Q    What's the date of the transaction?

3  A    May 23rd, 2013.

4  Q    Who requested the transaction?

5  A    Retrophin.

6  Q    And turning to the table in the middle of the page.

7       What happened in this transaction?

8  A    We transferred 300,000 shares of Troy Fearnow's book

9  entry shares.

10 Q    Were these Retrophin shares?

11 A    Yes.

12 Q    And how were those shares transferred, those 300,000

13 shares?

14 A    We transferred 47,128 to Richard Kocher.

15      2,873 to Martin Shkreli.

16      And 250,000 back to Troy Fearnow in book entry.

17 Q    Were these restricted or freely-traded?

18 A    Free-trading.

19      MR. SRINIVASAN:  Let's go to the ninth page of the

20 Exhibit, which is Standard 000679.

21      (Exhibit published to jury.)

22 Q    And if we focus on the e-mail at the top who sent the

23 e-mail to you?

24 A    Evan Greebel.

25 Q    When did he send it?

Merrill - direct - Srinivasan                    4555

1    A    Wednesday, May 22nd, 2013.

2    Q    And he wrote:  Amy, pursuant to the attached agreement,

3    please send me a stock certificate for 47,128 shares in the

4    name of Richard Kocher and 2,872 shares in the name of Martin

5    Shkreli.  The shares for Richard Kocher should be

6    unrestricted.  Please send them via Federal Express and

7    confirm that I will receive them by Friday, May 24th.  If you

8    have any questions please call, best regards, Evan.

9              What was the significance of this document for

10   Standard Registrar's work?

11   A    This was our instruction.

12   Q    And was Evan Greebel again, an authorized person?

13   A    Yes.

14   Q    And why is at that?

15   A    He was Counsel for the company.

16   Q    And Ms. Merrill, what did Standard Registrar do after it

17   got these documents?

18   A    We transferred the shares.

19             MR. SRINIVASAN:  Now, that was for Richard Kocher.

20   Let's look at another share transfer related to Darren

21   Blanton.

22             Let's turn to Government's Exhibit 125-37.  This is

23   tab 36 in your binder.

24             (Exhibit published to jury.)

25   Q    What is the transmittal number for this file?

Merrill - direct - Srinivasan                    4556

1    A    84838.

2    Q    And the date of the transaction?

3    A    March 7th, 2014.

4    Q    Who requested the transfer?

5    A    Retrophin.

6    Q    Now, turning to your attention to the middle of the page.

7         What happened in this transaction?

8    A    We issued 200,000 shares to Colt Ventures Limited.

9    Q    And again, how do you know that it's an issuance as

10   opposed to a transfer?

11   A    We didn't cancel any shares.

12   Q    Were these restricted or freely trading Retrophin shares?

13   A    Restricted.

14        MR. SRINIVASAN:  So, let's turn to the fourth page

15   of the document, which is Bates Number Standard 000757.

16        (Exhibit published to jury.)

17   Q    What is this document?

18   A    An e-mail.

19   Q    From who?

20   A    Evan Greebel.

21        MR. SRINIVASAN:  And he sent it on March 7th, 2014,

22   and he sent it to you.

23        It says:  Hi, Amy, please issue 200,000 shares of

24   RTRX --

25   Q    What is RTRX?

Merrill - direct - Srinivasan                4557

1    A    Retrophin.

2         MR. SRINIVASAN:  -- common stock to Colt Ventures

3    LTD, who is a new consultant to Retrophin.  The stock is

4    restricted and should have the appropriate legend placed on

5    it.  The certificate should be sent to -- and then there's an

6    address in Dallas.  Please, advise when it is completed and

7    send me the tracking number.  Thanks, Evan.

8    Q    And what's the significance of this document here?

9    A    This is our instruction.

10        MR. SRINIVASAN:  So, let's turn to the fifth page of

11   this document.  Bates Number Standard 000758.

12        (Exhibit published to jury.)

13   Q    What is this document?

14   A    A consulting agreement.

15   Q    And looking at the first page, who is it between?

16   A    Retrophin and Darren Blanton.

17   Q    And what is the date that's reflected on the first

18   paragraph here?

19   A    March 6th, 2014.

20   Q    Was it attached to the materials that Evan Greebel sent

21   you?

22   A    Yes.

23   Q    And was it part of the file that Standard Registrar took?

24   A    Yes.

25   Q    Ms. Merrill, does Standard typically get agreements of

Merrill - direct - Srinivasan                    4558

1   some kind in response to stock transfer requests?

2   A     Yes.

3   Q     And looking at the documents in your file, did you

4   receive any Retrophin Board resolutions in relation to this

5   consulting agreement?

6   A     No.

7   Q     And in response to the documents that you got, what did

8   Standard Registrar do?

9   A     We issued the shares.

10         MR. SRINIVASAN:  So, let's go to tab 38 of your

11   binder, Government's Exhibit 125-38.

12         (Exhibit published to jury.)

13   Q     What's the transmittal number for this?

14   A     85150.

15   Q     What's the date on the document?

16   A     March 27th, 2014.

17   Q     And who is the recipient of shares here?

18   A     Colt Ventures.

19   Q     How many shares?

20   A     200,000.

21   Q     Is this an issuance or a transfer?

22   A     An issuance.

23         MR. SRINIVASAN:  So, let's go to the fourth page of

24   this document, which is Bates Number Standard 000779.

25         (Exhibit published to jury.)

VB        OCR        CRR

Merrill - direct - Srinivasan                    4559

1           MR. SRINIVASAN:  It's an e-mail dated March 7th,

2    2014, from Evan Greebel to you and it says:  Hi, Amy, please

3    issue 200,000 shares of RTRX common stock to Colt Ventures LTD

4    who is a new consultant to Retrophin.  The stock is restricted

5    and should have the appropriate legend placed on it.  The

6    certificate should be sent to -- an address in Dallas.

7    Please, advise when it is completed and send me the tracking

8    number.

9    Q    Ms. Merrill, in the previous Exhibit, I think we just saw

10   a March 7th, 2014 e-mail from Evan Greebel.

11          What explains this second issuance of stock?

12   A    It appears to be a duplicate.

13   Q    Was that a mistake on Standard Registrar's part?

14   A    Yes, it was.

15          MR. SRINIVASAN:  Now, that was for Darren Blanton.

16   Let's go to another stock transfer transaction for Lee Yaffee.

17   If you go to tab 37 of your binder, which is Government's

18   Exhibit 125-37.

19          (Exhibit published to jury.)

20   Q    What's the number for this transmittal?

21   A    85042.

22   Q    What's the date on the transaction?

23   A    March 20th, 2014.

24   Q    Focusing on the middle of the page, what transaction

25   happened here?

Merrill - direct - Srinivasan                4560

1    A    We issued 15,000 shares to Lee Yaffee.

2    Q    Shares of what company?

3    A    Retrophin.

4    Q    Was this a new issuance or a transfer?

5    A    A new issuance.

6    Q    Okay.  Were these restricted or freely-trading?

7    A    Restricted.

8         MR. SRINIVASAN:  Can we go to the fifth page of the

9    Exhibit, Bates number Standard 000768.

10        (Exhibit published to jury.)

11   Q    What is this document?

12   A    It's an instruction letter.

13   Q    Who sent it?

14   A    Marc Panoff.

15   Q    And what was his title?

16   A    Chief financial officer.

17   Q    Of Retrophin?

18   A    Yes.

19        MR. SRINIVASAN:  And this document says:  This

20   letter serves an authorization and instruction for Standard

21   Registrar and Transfer Company, Inc. to make the following

22   changes to shareholder accounts for Retrophin, Inc.  Please

23   issue 15,000 shares of restricted common stock to Lee Yaffee.

24   Lee signed an agreement in Retrophin in December 2013 that

25   required payment of 15,000 shares of common stock.  Lee

Merrill - direct - Srinivasan                4561

1   Yaffee's settlement and release agreement is attached.

2            Let's go to the sixth page of this document, which

3   is Standard 769.

4            (Exhibit published to jury.)

5   Q    What is this document?

6   A    Consulting agreement.

7   Q    If we focus on the first page of the first paragraph, who

8   are the parties?

9   A    Retrophin and Lee Yaffee.

10  Q    Ms. Merrill, looking through the file that you have, did

11  Standard Registrar receive any Board resolutions relating to

12  this consulting agreement?

13           MR. BRAFMAN:  Objection.

14           THE COURT:  I'm sorry, can you rephrase the

15  question, please.

16           MR. BRAFMAN:  The objection is it implies an

17  obligation.

18           MR. SRINIVASAN:  Can we have a side-bar, Your Honor.

19           THE COURT:  No speaking objections, please.

20           Okay, side-bar.

21           (Side-bar conference held on the record out of the

22  hearing of the jury.)

23

24           (Continued on following page.)

25

VB        OCR        CRR

Side-Bar                                    4562

1              (Side-bar.)

2              MR. BRAFMAN:  Judge, the questions suggest that

3    there is a legal obligation of the Board to send her a

4    resolution when this happens.  She A) isn't a lawyer and

5    second, there is no proof in the record that there is a legal

6    obligation from the Board to send to them or anyone else or a

7    legal obligation for the Board to approve this transaction.

8              MR. SRINIVASAN:  I'm not asking her if the Board

9    approved it or if she received any documents about approval.

10   All I'm asking her is just establishing the fact of whether

11   such a document exists.  And then obviously, there's going to

12   be further argument on that point.

13             But I'm not asking her if there's anything approving

14   it or any documents she's received from the Board.  We haven't

15   established that the Board resolution's necessary.  We haven't

16   done anything with this witness.  It's just simply whether a

17   piece of paper is in this file or not.

18             MR. BRAFMAN:  You know that it doesn't exist.

19             MR. SRINIVASAN:  But the jury doesn't know that.

20             MR. BRAFMAN:  How is it relevant?

21             MS. ZELLAN:  There's no requirement.

22             THE COURT:  Look, I think if you were to ask her

23   whether she sees Board resolutions for this kind of

24   transaction and whether there's such a Board resolution in her

25   file, without soliciting whether or not it is necessary, I

Side-Bar                               4563

1   think it should be okay.

2            MR. SRINIVASAN:  Okay.  Just so I'm clear, I'll ask

3   her just in general whether she sees Board resolutions and

4   stock transfer.

5            THE COURT:  In stock transfers like this.

6            MR. BRAFMAN:  Judge, every company is different.

7   There are some companies that may notify them not to do

8   anything absent a Board resolution.  So, to ask her whether

9   she sees resolutions is worse than the original question we

10  objected to.

11           If, over objection, you allow them to ask whether

12  there is a Board resolution in this case, then over our

13  objection, that's the question.  You can't just ask her, does

14  she see Board resolutions because there may be some companies

15  who notify Standard Registrar not to do anything absent a

16  Board resolution.

17           MS. SMITH:  That's fine, Your Honor.  We can just

18  establish that there's no Board resolution in these files.

19           MR. SRINIVASAN:  All I'm trying to establish --

20           THE COURT:  All right.  So, we are back to where we

21  started.

22           All right, that's fine.  Thank you.

23           (Side-bar end.)

24

25           (Continued on following page.)

VB        OCR        CRR

Merrill - direct - Srinivasan                    4564

1              (In open court.)

2    BY MR. SRINIVASAN:

3              MR. SRINIVASAN:  Ms. Merrill, I will ask the last

4    question again.

5    Q    Based on the documents in the Standard Registrar file, do

6    you see any Retrophin Board resolutions relating to this

7    transaction?

8    A    No.

9              MR. SRINIVASAN:  Okay.  So, let's go to Government's

10   Exhibit 125-39, which is tab 39 in your binder, to keep

11   following this transaction.

12             (Exhibit published to jury.)

13   Q    What is the transmittal number here?

14   A    85281.

15   Q    What is the date of this transaction?

16   A    April 2nd, 2014.

17   Q    Who requested it?

18   A    Retrophin.

19   Q    And what transaction happened here?

20   A    We transferred Lee Yaffee's shares to E-Fay Limited

21   Partnership.

22   Q    How many shares?

23   A    15,000.

24   Q    Restricted or unrestricted?

25   A    Restricted.

Merrill - direct - Srinivasan                    4565

1          MR. SRINIVASAN:  So, let's go to the third page,

2     which is Bates number Standard 000788.

3               (Exhibit published to jury.)

4     Q    What is this document?

5     A    It's an instruction.

6     Q    Who sent it to you?

7     A    Lee Yaffee.

8     Q    And what is the date on the document?

9     A    March 27th, 2014.

10         MR. SRINIVASAN:  Mr. Yaffee wrote:  To Whom It May

11    Concern:  Please send the certificate that was issued for the

12    15,000 shares of Retrophin stock certificate number 2084.  The

13    stock certificate should be issued in the name of E-Fay

14    Limited Partnership not my individual name.  Evan L. Greebel

15    of Katten Muchin Rosenman LLP, general counsel of Retrophin,

16    instructed me to overnight back the Retrophin stock

17    certificate requesting that you re-issue in the correct name

18    E-Fay Limited Partnership and forward back the corrected stock

19    certificate to me at my address above in Delray beach.  If you

20    have any questions or concerns, please don't hesitate to call

21    me or Evan.  Again, I appreciate your efforts on my behalf.

22    Sincerely, Lee Yaffee.

23    Q    What did Standard Registrar do in response to these

24    documents?

25    A    We transferred the shares.

Merrill - direct - Srinivasan                    4566

1          MR. SRINIVASAN:  So, let's look at one more entry,

2     Ms. Merrill.

3          Ms. Balbin, could you please pull up Defendant's

4     Exhibit 125-1.

5          (Exhibit published to jury.)

6          MR. SRINIVASAN:  And if we could focus on the top

7     part of the table near the middle of the page again.

8     Q    And this is again, for which transmittal number?

9     A    79738.

10    Q    And I think that we saw this table at the very beginning.

11         What is the date on this transaction?

12    A    December 13th, 2012.

13    Q    Who is it requested by?

14    A    Desert Gateway.

15    Q    And when did Standard Registrar complete this request or

16    this transaction?

17    A    December 13th, 2012.

18    Q    And what is Martin Shkreli's book entry in this

19    transaction?

20         How many shares, I'm sorry?

21    A    2,577,755.

22         MR. SRINIVASAN:  And if we could do a split screen,

23    Ms. Balbin, with this page and the 80th page of this Exhibit,

24    Bates number RO12100.

25         (Exhibit published to jury.)

VB        OCR        CRR

Merrill - direct - Srinivasan                    4567

1          MR. SRINIVASAN:  And on the right-hand side, which

2    is the 80th page of the Exhibit, can we focus on the second

3    entry there, one more down.

4    Q    What is the transmittal number for this transaction?

5    A    84165.

6    Q    What was the date on this transaction?

7    A    January 15th, 2014.

8    Q    I'm sorry, I didn't hear you.  What was that?

9    A    It's January 15th, 2014.

10   Q    Who requested the transaction?

11   A    Retrophin.

12   Q    And when did Standard Registrar complete the transaction?

13   A    January 15th, 2014.

14   Q    Ms. Merrill, in the section that says certificates

15   received for transfer, what is Martin Shkreli's book entry

16   here?

17   A    It's 2,577,755 shares.

18   Q    And looking back on the left-hand side of the first page,

19   is that the same number as reflected in December 13th, 2012?

20   A    Yes.

21          MR. SRINIVASAN:  One moment, Your Honor.

22          (Pause in the proceedings.)

23          MR. SRINIVASAN:  Thank you, no further questions at

24   this time.

25          THE COURT:  All right, thank you.

Proceedings                                          4568

1          Would the jurors like a mid-morning break right now

2   before we start the cross?

3          THE JURY:  Yes.

4          THE COURT:  All right.

5          Please, do not discuss the case and we will come

6   retrieve you in about ten minutes.

7          Thank you.

8          THE COURTROOM DEPUTY:  All rise.

9          (Jury exits.)

10          (In open court; outside the presence of the jury.)

11          THE COURT:  All right, let's take a ten-minute

12   break, thank you.

13          (Recess taken.)    (In open court.)

14          (Judge KIYO A. MATSUMOTO enters the courtroom.)

15          THE COURTROOM DEPUTY:  All rise.

16          THE COURT:  Have a seat, thank you.

17          MS. ZELLAN:  Your Honor, we can do this again in

18   front of the jury, but we will not be having a

19   cross-examination of Ms. Merrill.

20          THE COURT:  So, then we are going to send the jury

21   home?

22          MS. KASULIS:  Yes, Your Honor, that's our only

23   witness for the day.

24          THE COURT:  All right.

25          Well, we will bring them in.  They will be pretty

1    happy about that.  It is summertime.

2          All right, since they are all ready to come in, we

3    will bring them in.

4          MS. ZELLAN:  Sure.

5          THE COURT:  Ms. Zellan, I will ask you in front of

6    the jury whether you wish to cross-examine or whether the

7    Defense wishes to cross-examine and you will just say no on

8    the record, all right?

9          MS. ZELLAN:  Thank you, Your Honor.

10         THE COURT:  Okay, thank you.

11         THE COURTROOM DEPUTY:  All rise.

12         (Jury enters.)

13         THE COURT:  All the jurors are present.  Please,

14   have a seat.

15         Does the Defense wish to cross-examine Ms. Merrill?

16         MS. ZELLAN:  Your Honor, we have no

17   cross-examination for this witness.

18         THE COURT:  All right.

19         Well, in that case, at this time I will excuse the

20   witness and thank her for her time.

21         THE WITNESS:  Thank you.

22         (Witness excused.)

23         THE COURT:  Is the Government prepared to call a

24   witness this afternoon or at this time?

25         MS. SMITH:  Your Honor, we have some additional

Proceedings                                    4570

1    issues we wish to resolve before the next witness gets on the

2    stand, so we will resume Monday morning.

3            THE COURT:  Well, ladies and gentlemen, at this time

4    then I will excuse you for the day.  I want to thank you for

5    coming in this morning and I want to thank you for your

6    ongoing service.

7            Please, refrain from discussing this case, maintain

8    your open mind and do not read any media coverage about this

9    case or Mr. Shkreli.  I want to thank you again and have a

10   nice weekend.  I will see you Monday morning at 9:00 o'clock.

11           Thank you.

12           THE COURTROOM DEPUTY:  All rise.

13           (Jury exits.)

14           (In open court; outside the presence of the jury.)

15           THE COURT:  All right.  Please, have a seat and if

16   somebody needs to be heard about a legal issue, I am happy to

17   hear from you.

18           MS. SMITH:  Your Honor, just a few housekeeping

19   things from yesterday, as well.

20           We had talked about calling witnesses from NAV and

21   from VRC and we are in the process right now of trying to get

22   them both here on Monday.  So, and they both need to fly out,

23   one from Chicago one from California, so we're working on

24   those arrangements.

25           For NAV we had previously marked a set of documents,

Proceedings                                          4571

1   which, obviously, the defendants have.  This is obviously --

2   yesterday was the first time we had heard the argument that

3   someone other than Mr. Shkreli might have been providing

4   information to NAV.  There are literally thousands of e-mails

5   where the defendant is providing information to NAV and

6   directing them to do things.

7            We will go through and pick a selection of them and

8   mark those as additional Exhibits for NAV.  We're going to try

9   to keep it in kind of the 15-to-20 document range from the

10  various time opponents to establish that Mr. Shkreli was the

11  one providing information and directing NAV in connection with

12  MSMB Healthcare.

13           THE COURT:  Is that acceptable to the Defense?

14           MS. SMITH:  As opposed to?  I mean, we need to be

15  able to prove this.

16           THE COURT:  I know, I just want to make sure that

17  the Defense is not going to object.

18           You wanted to use a sample; is that right?  To

19  represent the total universe of communications between

20  Mr. Shkreli and NAV regarding performance reports, right?

21           MS. SMITH:  There are thousands of them.

22           THE COURT:  Yes, I know.

23           So, what is the Defense view?  Do we need to put all

24  those communications in evidence?

25           MR. AGNIFILO:  We definitely don't need to put them

Proceedings                                          4572

1    all in.  I guess what would be fine from our perspective, when

2    the Government knows their sampling, they could send them to

3    us.  And if there's something about their sampling that we

4    don't think captures the whole situation, we can deal with

5    that.

6              MS. SMITH:  The Defense is free to mark and suggest

7    Exhibits, themselves.  They have had these documents for over

8    a year.

9              MR. AGNIFILO:  That's fine.

10             THE COURT:  You might also think about a stipulation

11   regarding that issue, but maybe you will not be able to agree.

12             MS. SMITH:  We had a stipulation.  The Defense seems

13   to not be interested at this point in stipulating.  So, we're

14   happy to just put the documents in and argue from there.

15             THE COURT:  All right.

16             MR. AGNIFILO:  Okay.

17             MS. SMITH:  So, we will provide those Exhibits

18   today.  We spent a lot of time last night going through

19   thousands of e-mails an trying to pick out the representative

20   ones.

21             For VRC, we are getting a document production from

22   them today.  It's a pretty small production.  I believe the

23   defendant provided three documents to VRC, received two

24   reports.  There are a couple of invoices and engagement

25   letters and a small number of e-mails.  So, once we get those,

Proceedings                                              4573

1    we will provide them to the Defense and we will also mark what

2    we will use with the VRC witness on Monday.

3         Based on some of the conversations we had yesterday,

4    we are going to be marking additional documents for the case

5    agent, since there seems to be some confusion on certain

6    things from the Defense.  So, we will broaden our scope for

7    the case agent and provide some additional documents for the

8    case agent today as well.

9         We have not yet received a witness list from the

10   Defense.  I know they said they were going to give it to us on

11   Tuesday and then on Thursday and we have asked for it

12   repeatedly.  We haven't received anything other than the

13   longer list.  There have been, we had had conversations all

14   last week, but we have had nothing official.  And at this

15   point, it looks like Defense case will probably start mid-next

16   week and we need the names before we go into the weekend at

17   this point.

18        THE COURT:  Well, I think the request is

19   appropriate.

20

21        (Continued on following page.)

22

23

24

25

VB          OCR          CRR

Proceedings                                          4574

1              (Continuing.)

2              MR. BRAFMAN:  I would be able to provide it on

3   Sunday, provided that they tell me whether or not Al Geller is

4   or is not going to testify because that could impact who we're

5   going to call and if we call any witnesses and so far I've

6   heard nothing definitive on that issue.

7              MS. SMITH:  We'll make the decision on Al Geller

8   today.  I'm not sure why we can't get the universe of other

9   witnesses.  We're not asking for the final list, but just the

10  same courtesy that we extended to the defendant we expect to

11  be extended back.

12             MR. BRAFMAN:  As soon as we hear about Mr. Geller,

13  we'll give them our list.  If we hear today, we'll give it to

14  them today.

15             THE COURT:  Is there any reason why you could not

16  give them a list that describes if Al Geller testifies these

17  are our witnesses.  If he doesn't these --

18             MR. BRAFMAN:  Let me talk to my team when we get

19  back to the office and see if we can get them any guidance.

20             THE COURT:  I think that would be appreciated and

21  the parties have adhered to have mutual courtesies on this

22  issue.  I think it is only fair that you provide that

23  information earlier than Sunday so that they can prepare.  I'm

24  hoping that can be the case.

25             MS. SMITH:  We're trying to avoid of trial just as

Proceedings                              4575

1   the defendants need to bring documents and have gone through

2   documents for witnesses, we do as well.

3           MR. BRAFMAN:  There's not going to be a delay and

4   any document that we would offer they have had for years and

5   the thing about Mr. Geller is we have a wealth of information

6   in this courtroom about him because we never know when he's

7   coming.

8           We have to drag it all back to our office or leave

9   it here if he's not going to testify.  So if they know they

10  should tell us and if they don't want to tell us, that's fine.

11          MS. SMITH:  We're going to make a decision at the

12  end of the day today so we will let them know.

13          MR. BRAFMAN:  We will give them our defense list at

14  the end of the day once they tell us.

15          THE COURT:  All right.

16          MS. SMITH:  There were a couple of other issues,

17  most significantly this issue of Mr. Shkreli not having any

18  fiduciary duties to Retrophin.  This was not raised as an

19  issue prior to trial.  It was not part of the defense theory,

20  as far as we understood until yesterday, and I think that

21  Ms. Kasulis and I were a little taken aback.

22          We've actually never had a situation where the

23  defense has been a corporate officer, does not owe a duty of

24  loyalty to the company and may do anything they want with the

25  shares and money of a public company.  It is not in fact the

Proceedings                                            4576

1   law.

2          The Delaware General Corporation Law is very clear

3   about the duties of officers and directors and they're very

4   clear about related party transactions which the settlement

5   agreements and consulting agreements were.

6          So we are very concerned about the argument that is

7   contrary to law and we are concerned about confusion for the

8   jury and so we have two things that we're going to do as a

9   result which we would have done prior to trial but we did not

10   realize that that was the defense.

11          We are going to call a custodian from the Delaware

12   Secretary of State Division of Corporations.  We had someone

13   who can be available on Monday.  Just like Ms. Oremland

14   explained what Rule 13(d) and Rule 144 were, she can explain

15   what Title 8 of the Delaware Corporate Law Statute says,

16   particularly about the role of directors and officers and the

17   role of related-party transactions and the disclosures related

18   to them.

19          And, you know, Your Honor, so far in this case

20   there's already evidence, Government Exhibit 119-5 is the

21   certificate of incorporation of Retrophin which very clearly

22   states that it's pursuant to the laws of Delaware.

23          In many of the SEC filings it references the

24   Delaware General Corporation Law's various sections including

25   in the Desert Gateway 10-K -- excuse me 8-K, which is

Proceedings                                    4577

1   Government Exhibit 601 and a number of the other SEC filings

2   that the defendant has signed and, so, as with Ms. Oremland,

3   there's not going to be any opinion testimony about the

4   applicability of the law to the case, but simply what the law

5   is.

6           In addition, once Your Honor provides the jury

7   charge, we will provide additional suggested instructions on

8   the law of Delaware because this suggestion that, you know,

9   the defendant can do whatever he wants again in terms of

10  issuing shares and money of a public corporation is contrary

11  to law and is in general and is particularly contrary to law

12  on related party transactions.

13          So just to alert the defense, in many cases we

14  actually have the case agent put in Title 8 which is -- you

15  know, we didn't actually think it was necessary here because

16  we thought this was kind of an obvious principle, but since it

17  seems to be not obvious to the defense, we're happy to do it

18  through the case agent or we can call someone from Delaware.

19  He's prepared here to come here on Monday.  We can do it

20  through the case agent or through the witness from Delaware.

21          MR. AGNIFILO:  On this point, I'm concerned that

22  this witness would be testifying as an expert in Delaware law.

23  There's been no expert notice.  There's no dispute about that.

24          THE COURT:  She explained why not because she wasn't

25  aware that you were going to be raising the defense that there

Proceedings                                    4578

1   was no particular duty under law.

2          MS. SMITH:  In fact, if this would have been, for

3   example, a motion to dismiss the indictment or some sort of

4   defect in the pleading that there was not actually a duty that

5   was owed, we haven't heard any of it.  Literally yesterday is

6   the first time we heard that.

7          As with Ms. Oremland, it's not expert testimony.

8   It's just explaining laws that are referenced in the documents

9   that are already in evidence and because it is a question of

10  law we will provide an additional jury instruction so that

11  when the jury deliberates, to the extent that the defense is

12  going to try to argue that there was no duty, they can know

13  that under the laws of Delaware under which Retrophin was

14  incorporated by the defendant, he did in fact have certain

15  duties.

16         MR. AGNIFILO:  Your Honor, if I could.  It's our

17  position that the Government has not made out a definitive

18  principle that Mr. Shkreli violated by doing some of the

19  things that he charged with doing in Count 7.

20         It's not a defense that we have to give pretrial

21  notice of some sort and it's not a defense that we failed to

22  give pretrial notice of in any way, shape or form.  Our

23  position is that it's part of the Government's lengthy

24  presentation of evidence.

25         They failed to establish that Mr. Shkreli violated

Proceedings                                    4579

1   some rule, some law, some principle that he would have known

2   in the way he conducted himself as part of Count 7.  So what

3   we put on the record for the first time yesterday should be no

4   surprise to anyone because I think even Your Honor knows that

5   the Government had failed to establish or might have failed to

6   establish or Your Honor was having questions as to what rule,

7   law, was broken by Mr. Shkreli in how he handled himself as

8   part of the Retrophin count, in Count 7.

9            It's not a defense, certainly not an affirmative

10  defense.  This is the defense recognizing that the Government

11  has failed in our opinion to make out certain elements of the

12  charged crime.  As a result, it is our concern that in the

13  absence of some definite rule as part of the Government's case

14  up until this point, the Government has free reign to say what

15  the CEO of Retrophin could and could not do.

16           What they're trying to do now at this late hour,

17  five weeks into the trial, is to bring in expert testimony or

18  for whatever we are four weeks into the trial, is bring in

19  expert testimony which they just told us about when they just

20  told Your Honor ten minutes ago to opine on Delaware law.  So

21  I think that this should be precluded.

22           I think it's expert testimony.  They should have

23  thought about their case before the trial started.  They

24  should have figured out, are we going to be able to prove

25  whether Shkreli violated a rule or a law before the trial

Proceedings                                    4580

1   started, they didn't, and at this time they're saying we think

2   we might need a Delaware law expert.

3            They didn't give notice and we object to that

4   witness.

5            MS. SMITH:  Your Honor, it's not a Delaware law

6   expert.  It's the law of Delaware.  The same way that Rule 13,

7   Rule 144, we'll explain the law of corporations which we

8   thought the defense understood.  You know, Section 144 of the

9   Delaware code for the corporation law says very clearly the

10  processes and procedures that are required for related-party

11  transactions like the settlement and consulting agreement.

12           Mr. Massella testified about related-party

13  transactions and that anything between Retrophin and MSMB

14  would be a related-party transaction.  The board members

15  testified about what the duties of a CEO are and what officers

16  are and, frankly, we just didn't think it was in dispute.

17           So we were shocked to get an argument that is

18  contrary to actual law and the jury has the right to know what

19  the law is and not what Mr. Shkreli would like the law to be.

20           MR. AGNIFILO:  Your Honor, I think what happened is,

21  my perception, I thought the Court asked some very pointed,

22  direct questions of the Government yesterday on Count 7 and I

23  thought what the Court's questions were focusing on is what

24  has the Government proven in the trial evidence to date that

25  showed that Mr. Shkreli violated a law.  That was the Court's

Proceedings                                    4581

1   terminology, did he violate a law.

2           You asked that question of the government.  Your

3   Honor's question caused them to go back and thin, maybe we

4   didn't actually establish that he violated a law.  So they go

5   back and said we assumed everybody knew that Delaware law, A,

6   was the law that governed this case.  We're hearing that for

7   the first time; and, B, we thought that the defense would have

8   known Delaware law.

9           That's not what happened at all.  I think that

10  everyone who sees this case right now sees that they have not

11  established in the trial evidence to date that Mr. Shkreli did

12  anything wrong.  He did something that they don't seam to like

13  as the prosecutors, but that's precisely why there's such a

14  problem with this count because they're shifting sands.

15          It's not clear, is he supposed to get board approval

16  or is he exposed to notify the board.  Are there limits on

17  what he can do on certain board approval.  Do those limits

18  have dates.  These things are all in dispute.

19          So I think yesterday when the subject came up and

20  Your Honor is asked the Government directly, did he violate a

21  an law, is it your position that he violated a law, they went

22  back last night and said we better figure out what law he

23  could have violated and now they come with this this morning

24  for the first time deep into this trial, without giving us

25  pretrial notice of this witness' testimony and again we

Proceedings                                    4582

1    object.

2           MS. SMITH:  Your Honor --

3           THE COURT:  I don't think I have to decide who is at

4    fault in this because I think the idea is to make sure that

5    both the evidence and the law as instructed will be correct

6    and complete.

7           Would an instruction on Delaware law obviate the

8    need to call this person from the Delaware State Corporation

9    of Office, given that we have evidence in the record that this

10   is a Delaware Corporation governed under the laws of Delaware

11   and those exhibits are in evidence with an instruction

12   appropriate?

13          I am just a little concerned because I do not want

14   to confuse the jury about trial evidence and fact-based

15   evidence and legal instructions.  So that's a question that

16   might obviate the need to call a witness or just eliminate

17   this dispute.

18          MS. SMITH:  Your Honor, I think we can consider that

19   and let you know.  I think we also just need to talk to the

20   witness.  We just have to kind of get a sense of what that

21   testimony -- we were trying to pull this together this

22   morning.

23          I take issue with Mr. Agnifilo's character statement

24   of us not being able to explain what the crime is.  The crime

25   is wire fraud.  It's a scheme or artifice is defraud in order

VB        OCR        CRR

Proceedings                                    4583

1    to get money.  It's not very complicated.  I think the defense

2    attempting to obfuscate what is actually the crime here, both

3    with the cap table as well as the settlement and consulting

4    agreements.

5         We don't need to get into that now.  I think it's an

6    issue for -- to the extent that they have issues with the way

7    the jury instructions are written and we can address it at

8    closing, but we do not want the jury to walk away with a

9    misimpression about what the law actually is and this constant

10   yesterday discussion about how the --

11        Like I said, it's in the SEC filings, for example,

12   and these were things that we didn't think we necessarily had

13   to belabor at this point, but the SEC filings talk about when

14   under Delaware law directors and officers can be indemnified

15   for their actions.  There's a section that says that they

16   can't be indemnified if there's any transaction from which the

17   director derives an improper benefit.

18        There's also of this language in the SEC filings.

19   We haven't had the case agent testify.  To the extent that

20   Mr. Agnifilo didn't pick up on it or didn't understand that

21   the information was already in there it was part of what the

22   case agent was going to do anyway.

23        Like I said, it's quite common for the case agent to

24   kind of walk through documents so that the jury can understand

25   them, that are already in and there are additional SEC filings

Proceedings                                    4584

1    that are on the list for the case agent.  We didn't think that

2    the defense was going to try and make an argument that was

3    contrary to law.

4            We will think about the jury instructions and speak

5    to the witness from Delaware who's set to testify to the

6    extent that there is confusion created around what the

7    obligations of directors and officers are.  So, we will do

8    that and we can let the Court and defense know.

9            MR. AGNIFILO:  I don't think the observations

10   directed --

11           THE COURT:  This is like two children arguing.  I

12   don't want to hear --

13           MR. AGNIFILO:  Can I be the adult in the room?

14           THE COURT:  You been the adult.  I just don't want

15   personal attacks or for each party to assume that the other is

16   operating with ill intent.

17           This has been an intense three-week trial and

18   there's a lot of evidence here and I think it's fair to say

19   that both sides maybe didn't fully comprehend the other

20   parties position, maybe, but what I think what we're looking

21   for is a path forward.  It doesn't do any good to cast blame

22   or -- some of the language in the submissions yesterday were

23   really unacceptable.  You can get to the merits without

24   attacking your adversary.

25           MR. BRAFMAN:  Your Honor, yesterday was an

Proceedings                                          4585

1    interesting day for us because it wasn't us who raised the

2    concern.  It was Your Honor who raised the concern as to Count

3    7 and most respectfully, pointedly and correctly asked the

4    government what rule or law did Mr. Shkreli violate if you say

5    he wasn't authorized to give these shares, and our argument

6    was that as the founder of the company and as the person who

7    had a whole host of responsibilities that Mr. Aselage said he

8    could do without board approval.  He could hire and fire

9    people.

10          At the end of the day there's no evidence in here

11   even suggesting that Mr. Shkreli was not permitted to give

12   people shares in Retrophin if he as the founder and as the CEO

13   felt it would provide a benefit to the company.

14          And the reason why the rules that were just read

15   concerning Delaware law are inappropriate, either as evidence

16   or as a predicate for legal instruction is because the law as

17   written doesn't suggest that what Mr. Shkreli did was wrong.

18   It requires an understanding of the evidence and an

19   understanding of what Mr. Shkreli did, why he did it and

20   whether or not that implies that it would be an inappropriate

21   benefit to Mr. Shkreli or an inappropriate cost to Retrophin.

22   It's a fact-specific case.

23          And for you in a federal trial, Your Honor, to give

24   the jury a statement about Delaware law as if they conclude at

25   the end of that if you violate Delaware law, he's guilty of

Proceedings                                        4586

1   wire fraud in federal court I think would add to the

2   confusion, not clarify the confusion.  I think we both need to

3   think about this and we'll give Your Honor our respective

4   positions.  There's an obstruction that these issues shouldn't

5   be addressed on one foot.  Each side is trying to wing it now

6   because given yesterday's conference each side needs to

7   determine what they may need to address is prior to the end of

8   the case or the charging conference case.

9           THE COURT:  I appreciate that, but let me just say

10  Mr. Brafman I was someone that outlined the issues to be

11  raised.  You made the point that what law precluded

12  Mr. Shkreli from -- you know, they were transactions that he

13  had elected.  My question was to ask the government a followup

14  because I didn't feel that they were necessarily responding to

15  your point.  It raised a question in my mind as well.

16          But the point is this:  I think that -- I want to

17  clarify something also.  You are talking about the wire fraud

18  count.  It's a conspiracy.  He's not being charged with wire

19  fraud.  It's a conspiracy to commit wire fraud.  It's a

20  different instruction than a flat wire fraud instruction.

21  Conspiracy to commit wire fraud, right.

22          MS. KASULIS:  Right.

23          THE COURT:  And most of the times you have a count

24  of wire fraud and conspiracy to commit wire fraud.  The thing

25  about this case is that you only have conspiracy to commit

VB        OCR        CRR

Proceedings                          4587

1   wire fraud.  I want to be sure that our records understand

2   that it's a conspiracy to commit wire fraud, not wire fraud

3   itself.

4           MS. KASULIS:  Your Honor, we can point the defense

5   and Your Honor to the Delaware law.  Section 144 specifically,

6   Your Honor, about interested directors and if there's a

7   contract or a transaction between the corporation and one of

8   the interested directors.

9           There has to be an affirmative vote of the majority

10  of the disinterested directors on the board of directors in

11  order for that contract to be approved and valid under

12  Delaware law.  I think we have established by both of the

13  other board members at the time that Mr. Shkreli entered into

14  these agreements that neither of them as disinterested parties

15  affirmatively voted for the related-party transactions that

16  Mr. Shkreli entered into and are actually called related-party

17  transactions in the SEC filings, the amended SEC filings, that

18  were disclosed in September of 2013.

19          I don't think that there is a dispute that these

20  were in fact related-party transactions and, so, I just want

21  to direct Your Honor's attention to that section because it

22  appears that that argument is in fact prohibited under

23  Delaware law and of course we're happy to provide a copy of

24  this subsection to the defense as well.

25          MR. BRAFMAN:  But, Your Honor, what is in sharp

Proceedings                    4588

1   dispute in this case is whether the board actually approved

2   these agreements and that is a credibility issue for the jury.

3   They don't need to take Mr. Richardson and Mr. Aselage at

4   their word because neither of them agreed that they had

5   acted -- both agreed that they saw the agenda which listed it,

6   both of them approved the filings with the SEC that listed

7   them, but they only deny having seen board minutes that they

8   should have seen or that they did see, we argue.

9        So we still have the argument that assume it's a

10  related-party transaction.  You don't need Delaware law.  If

11  it's a related-party transaction, they're defined as

12  related-party transactions in the filings.

13       The question is, a related-party transaction is not

14  illegal if approved by the board and, therefore, telling me

15  what the law is in Delaware if it's approved by the board, why

16  is Mr. Shkreli guilty of violating the law if the board of the

17  public company approved these items and our argument is that

18  they did approve them.

19       And that this business of coming in here and saying

20  I was on the board, but I wasn't paying attention or I was on

21  the board and I was too busy trying to pursue a relationship

22  with Mr. Shkreli is a question this jury has a right to

23  consider as to whether the board members are telling the truth

24  when they say they did not approve these transactions because

25  if they say they approved the transactions, they have

Proceedings                                    4589

1  substantial liability, certainly civil liability and they also

2  might be sitting next to Mr. Shkreli if they were to agree

3  that they defied their fiduciary obligations to Retrophin and

4  therefore they are guilty of the fraud in Retrophin.  There's

5  an open question as to whether that testimony, A, is

6  believable and, B, do they have a motive to fabricate.

7           You can't take that away by telling the jury, by the

8  way, even if the board approved it, this could be a violation

9  of Delaware law.  He's not charged in Delaware with violating

10  Delaware law.  This is a conspiracy to commit wire fraud.

11  Once you put that instruction into the jury, they can convict

12  him of being in violation of Delaware law even if they

13  conclude he didn't defraud Retrophin.

14           MS. KASULIS:  Your Honor, those are two separate

15  arguments.  I think Mr. Brafman making a shift inn the

16  argument and he's welcome to tell the jury to challenge the

17  credibility of our witnesses and whether or not the approvals

18  were obtained.  He just can't argue that they didn't need to

19  get the approval because that's contrary to the law.

20           I think what Mr. Brafman is arguing, he can make

21  those arguments in front of the jury.  We're not precluding

22  that.  They don't need to say that Mr. Shkreli didn't need to

23  get their approval.  I think they're two distinct and separate

24  arguments.

25           In this latter argument, we're not contesting that

VB          OCR          CRR

Proceedings                    4590

1   he can make, it's the fact that he says they didn't need to

2   approve it at all, that's contrary to the law and that's what

3   we're raising to the Court to make sure we're not veering into

4   territory that we're making arguments that are not -- that

5   does not comport with the law that governs and applies to

6   Mr. Shkreli and Retrophin as a corporation.

7           THE COURT:  I think that simply because a fact is in

8   dispute and because the jury has to ultimately find the facts

9   one way or the other it doesn't preclude the Court and, in

10  fact, the Court is still obligated to give instructions on the

11  law.  So I don't think that those two are mutually

12  antagonistic to say to the jury this is your issue, was there

13  or was there not board approval, I still give an instruction

14  as to what the law requires.

15          MR. BRAFMAN:  When we looked at this issue to

16  determine whether we should make a motion on this count, what

17  I recall from reading the Delaware case law is that first

18  there's an entire fairness determination that's being made and

19  then there's a determination as to whether or not there is a

20  duty to disclose.

21          It's not just a knee-jerk reaction that you have an

22  obligation to do this.  If you want us to brief this issue, we

23  will but to suggest to the jury that Mr. Shkreli automatically

24  violated is Delaware law is just not true or accurate.

25          MS. KASULIS:  We're not making the automatic

Proceedings                                                4591

1    objection that you did.  These are two distinct issues that

2    there's supposed to be approval and whether or not he got that

3    approval is a matter for the jury.  Mr. Brafman cross-examined

4    witnesses and has the full evidentiary record.  We're not

5    precluding him from making that argument.  We agree that the

6    jury needs to be instructed on the law as to that.

7             MR. BRAFMAN:  I don't agree that Delaware law

8    requires that we get approval.  I just don't accept that.

9             THE COURT:  We will look at the law and if the

10   parties want to brief this issue we will, of course, not

11   preclude anyone from doing so.  We were hoping to post the

12   draft instructions sometime early next week.  We have been

13   working on them, but we don't want to have to have this

14   process go on forever.  We'd like to get dates by which we're

15   going to hear from the parties if they wish to be heard.

16            MR. BRAFMAN:  Can I ask a hypothetical question just

17   for scheduling purposes, Your Honor?

18            THE COURT:  Sure.

19            MR. BRAFMAN:  Assume for purposes of this

20   discussion, and it sounds did the Government may be resting on

21   Monday or Tuesday depending on the length of the direct and

22   cross of the Government's case agent.  I'm not aware of any of

23   the witnesses that they called from the other entities

24   appeared to me to be extensive either direct or

25   cross-examination so it would appear that the Government may

Proceedings                                    4592

1    rest on Monday or at the latest on Tuesday assuming they're

2    not calling Mr. Geller and my question is Your Honor, would we

3    try and do a Rule 29 argument charging conference and

4    summations next week so that we go to the jury as early as

5    Thursday or Friday?

6             THE COURT:  If there were going to be defense

7    witnesses, yes.

8             MR. BRAFMAN:  Okay.

9             THE COURT:  I just don't -- I think I'm a little bit

10   in the dark about what else is coming.

11            MR. BRAFMAN:  I understand.

12            THE COURT:  In terms of witnesses, I would say that

13   I anticipated, my clerk and I have been talking about the

14   instructions and hoping we can get something posted early next

15   week with the idea that I might be charging the jury as early

16   as Wednesday or Thursday.

17            MR. BRAFMAN:  To be candid one or two of the

18   potential defense witnesses that we are at least thinking

19   about will be determined by what we believe Your Honor is

20   going to actually be charging with respect to the intent

21   portion of Your Honor's charge.

22            I can anticipate 98 percent of the Court's charge,

23   but to the extent that the Court may or may not charge in the

24   specific way, it may require us to call one or two defense

25   witnesses.  That's all I want to say about that.  If Your

VB        OCR        CRR

Proceedings                                              4593

1   Honor is going to be posting or think you will be posting

2   early next week, that may make it easier for us.

3            THE COURT:  This is the thing, I try to find the

4   right balance between posting the charges and making sure that

5   we have a clear vision of what the evidence is going to look

6   like because the worst thing is to have to put in charges and

7   then take them out.  So that's why it's a little bit of a

8   balance to make sure that the case is far enough along so that

9   the charges as we try to post them in sufficient time to hear

10  feedback, reflect the trial record.  It's not going to be a

11  situation where I would want to have to redo the charges

12  because additional evidence might come in.

13           MR. BRAFMAN:  I understand.  Once they tell us what

14  the decision on Mr. Geller is and once we come to an

15  understanding with respect to what the application, if any, of

16  Delaware law is, I think we'll be able to tell them this

17  weekend, the latest by Sunday, whether there is or isn't a

18  defense case.

19           MS. SMITH:  If there is any way that we can get some

20  preview of the defendant's case by today.  I just don't really

21  see why they're not able to give us that courtesy.

22           MR. BRAFMAN:  We'll give you that by 6:00 today if

23  we get a decision about Geller.

24           THE COURT:  Okay.  Mr. Agnifilo, did you give me a

25  list of exhibits --

Proceedings                                    4594

1          MR. AGNIFILO:  I had until noon.  I thought the

2   witness was going to be on direct for three or four hours.

3   That's what we had been told.  I would need an hour after I

4   leave the courtroom to go back to my office to put the written

5   list together into a chart and send it to Your Honor and send

6   it to the Government.

7          Your Honor is going to get a chart and the

8   Government is going to get a chart.  It's going to have an

9   exhibit number and a basis for whatever objection I may have

10  and to the extent that case law would be helpful it's going to

11  have case law.  I'm going to need a half hour sitting at my

12  desk to do it.

13         THE COURT:  Do you anticipate a lot of exhibits?

14         MR. AGNIFILO:  It's a few.  I mean --

15         THE COURT:  Meaning 20?

16         MR. AGNIFILO:  About.

17         THE COURT:  We can handle 20.

18         MR. AGNIFILO:  It might be 30.  I haven't actually

19  added them all up.

20         THE COURT:  As long as we're not talking 100.

21         MS. SMITH:  And as we said, we're going to be adding

22  at least 20 exhibits to the case agent today and we'll give

23  them to the defense.

24         Also, we said that we would provide briefing on the

25  settlement agreements, so we can do that today and there was

Proceedings                                        4595

1    some discussion yesterday about the standard for

2    co-conspirators.

3              It's in the jury instructions, but we're happy to

4    provide some additional information about co-conspirators if

5    that would be helpful to the Court in terms each of the

6    different counts, what the standard is and where we think

7    between the evidence that's already in and the evidence coming

8    in through the remaining witnesses.

9              MR. BRAFMAN:  It would be helpful to us to shape or

10   reshape what may be a Rule 29 argument, if we're doing it for

11   Your Honor I think it's a good idea.

12             MS. SMITH:  So since that is kind of in Rule 29

13   we'll do it over the weekend, but to the extent that

14   Mr. Agnifilo's is objecting to co-conspirators statements, I

15   think that would be helpful.

16             THE COURT:  I issued an order this morning based on

17   yesterday's conference which you may have seen, but I did ask

18   exactly what Mr. Agnifilo has promised.  He will give us

19   exhibits numbers and the basis for his objection and the

20   government will respond and if it is based on a

21   co-conspirator's statement you will explain or just point me

22   to evidence in the record, either currently or that you

23   anticipate from the case agent once you establish the person's

24   status as co-conspirator.

25             MS. SMITH:  So maybe we can include it in with what

Proceedings                                    4596

1    the defense objections are.

2             MR. AGNIFILO:  Just so the Government can think

3    about it in the meantime, I would say probably 60 or 70

4    percent of the objections would hinge on whether Evan Greebel

5    is a co-conspirator at different points in time and on certain

6    subjects.  There's also issues as to whether Ron Tilles is a

7    co-conspirator.  The issue of whether Greebel is or is not a

8    co-conspirator is probably the heart of the objections across

9    the board.

10            THE COURT:  What about Mulleady?

11            MR. AGNIFILO:  Mulleady doesn't come up as much.

12   Mulleady comes up less frequently.  I don't know that there's

13   been evidence of Mulleady being a co-conspirator on this.  Off

14   the top of my head, I don't remember if I objected to any of

15   the lists about the proffered e-mail.

16            MR. BRAFMAN:  It will be an issue that the court

17   will have to resolve in connection with Mulleady.  Some

18   evidence came in through a witness subject to connection the

19   Government will be able to establish when Mulleady was a

20   co-conspirator.

21            MS. SMITH:  Given the objections, some of the

22   additional documents we've marked for authentification,

23   clearly show, for example, that the funds did not have money

24   and at certain points in time and that his continued

25   relationship with the defendants including, for example,

Proceedings                                    4597

1   sending out marketing materials on behalf of MSMB that said

2   there were no side pockets or no lockups or no illiquid stocks

3   after MSMB had invested in Retrophin and sent out statements

4   to investors already in the fund, that a portion of their

5   assets were illiquid.  So there are a punch of different we

6   will round that out through the case agent and we will provide

7   those additional documents.

8          There was also some concern yesterday about Michael

9   Lavelle and with him being totally fine with his interests

10  being rolled from MSMB Healthcare into Retrophin.  There are a

11  number of additional documents that we can mark to those ends.

12         In terms of Ron Tilles, we'll brief this, but the --

13  you know, the one e-mail that I can think of that was marked

14  related to Ron Tilles, we do believe he's a co-conspirator in

15  Count 8.  The e-mail was marked in connection with Ron Tilles,

16  has really focused on the defendant's representation to Tilles

17  to pass on to investors.

18         We'll argue that, but I don't think it has anything

19  to do with the co-conspirator.  It's a statement of the

20  defendant.  The truth of the matter is most of these

21  statements of the defendants are separate and apart from any

22  other issue related to admissibility, and so to the extent

23  they want to make certain arguments, that's fine, but most of

24  these issues are clearly statements of the defendants.

25         (Continued on next page.)

- Proceedings -                    4598

1          THE COURT:  I think you also made the point

2    yesterday, some of these statements, were statements his

3    employees or agents made.

4          MS. SMITH:  That's right.

5          So, for example Mr. Tilles worked for Mr. Shkreli,

6    you know starting in 2012.  I think maybe even earlier,

7    recruiting investors.  So some of statements to Mr. Shkreli

8    were in his capacity for example, you know, all the people I

9    helped recruit to MSMB Healthcare want to know what is going

10   on with their investments.  Mr. Shkreli provides false

11   information he wants to pass on to investors, in his capacity

12   as an agent.

13         So I agree.  I think there are a number of

14   exceptions that will apply, separate and apart from the

15   coconspirator question.  But we are happy to kind of address

16   all those.

17         THE COURT:  All right.

18         So let's set some dates or deadlines for this.  I

19   would like to know what my weekend will look like.

20         So, I will get Mr. Agnifilo's objections to exhibits

21   by about 1:30 today.

22         MR. AGNIFILO:  That should be fine.

23         THE COURT:  The Government, what time can you respond?

24         MS. SMITH:  Just depends on how lengthy it is.  I

25   think if we can have till tomorrow morning, that would be

- Proceedings -                              4599

1   helpful.  If we can file it earlier, we absolutely will.

2              THE COURT:  Tomorrow morning at 9.

3              MS. SMITH:  Sure.

4              THE COURT:  And then there was going to be some

5   issues-- any other briefing that the defense wanted to do on

6   Delaware law?

7              MR. BRAFMAN:  Can we discuss this among ourselves

8   and let the Court know.

9              THE COURT:  I will give you deadlines just in case

10  you decide to go there.

11             So, if the defense wants briefing on Delaware law, I

12  would like to see the submission by 4 o'clock today.

13             MR. AGNIFILO:  I think that will be tough to do

14  Judge.  Just because I'm now going to have to get Your Honor

15  the other thing at 1:30.  Two and a half hours.

16             THE COURT:  You have all these wonderfully

17  intelligent capable legal colleagues.  All members of the

18  Eastern District.

19             MR. AGNIFILO:  All of them.

20             MS. SMITH:  We also, it sounds like maybe we should

21  have the witness ready on Monday morning from Delaware just

22  because it sounds like it won't be resolved today.  I want to

23  check.

24             MR. AGNIFILO:  That might be the best thing.

25             THE COURT:  You all just can't sit down for

- Proceedings -                              4600

1   ten minutes and talk this out and get it resolved among

2   yourselves?

3           MR. AGNIFILO:  We can try.

4           Actually maybe we can do that.

5           THE COURT:  I will disappear and you can speak about

6   it and hopefully get it resolved.  If you do want to brief it,

7   I will say 5 o'clock, 6 o'clock.

8           MR. AGNIFILO:  6 o'clock.

9           THE COURT:  Then I will hear from the Government by

10  noon tomorrow, all right?

11          MS. SMITH:  Yes.

12          THE COURT:  I will say 1 o'clock.

13          MS. KASULIS:  Thank you, Judge.

14          THE COURT:  That is on Delaware law.

15          What else, anything else you all want to file?

16          MS. SMITH:  Your Honor, we were just going to file

17  something on the settlement agreements by tonight.

18          THE COURT:  Settlement agreements and then the

19  defense will respond tomorrow.

20          Can you do it by twelve or one tomorrow?

21          MR. AGNIFILO:  Sure.

22          THE COURT:  Then the Government will advise the

23  defense about Mr. Geller by five today, and the defense will

24  provide their witness list, anticipated witness list by six.

25          MR. AGNIFILO:  Yes.

- Proceedings -                                    4601

1          Can we also know what other witnesses might be

2    coming on Monday if the Government knows.

3          MS. SMITH:  We obviously have VRC, NAV, potentially

4    the Delaware person and we still have Marcum as a possibility,

5    and we have our case agent.

6          We also provided them with two summary charts which

7    they have said they were going to object to.  I don't know if

8    that is part of Mr. Agnifilo's objections or not.

9          THE COURT:  This is those case agent summary charts?

10         MS. SMITH:  Yes.  We will refer to them in the brief

11   I think on Wednesday.

12         MR. AGNIFILO:  The nature of the objection is, their

13   metric is the amount of money I believe in one of the bank

14   accounts.  We don't think that-- first of all, what the

15   statements actually say "X" that Mr. Shkreli sends out.  Is

16   the value of your investment is "X".  And what the charts

17   don't show, is the value of Retrophin at different points in

18   time.  So we think the charts are inherently misleading

19   because the chart doesn't reflect what Mr. Shkreli's investor

20   performance statement actually said.

21         Mr. Shkreli's investment performance statement

22   didn't say the amount of money in the fund is "X".  It said

23   the value of your investment is "X".  Including illiquid

24   security which he was entitled to put into the investment

25   through the PPM.  We think the charts are deceptive for that

RB        OCR

- Proceedings -                                    4602

1   reason.

2         MS. SMITH:  Just so it is clear.  The charts

3   basically compare the money in the bank brokerage accounts for

4   MSMB Capital to the value that the defendant was saying was of

5   the investor's value in the fund.  As in the performance

6   statements.  So it is purely a summary chart of the

7   information.  The bank and brokerage records have been

8   summarized by Ms. Spaulding, those numbers, and then the case

9   agent has gone through every single investor statement sent to

10  MSMB Capital and MSMB Healthcare investors and compared those

11  two.

12        The arguments that Mr. Agnifilo is making are

13  certainly arguments he can bring up on cross examination.  I

14  will point out for example for Capital there was no investment

15  into Retrophin.  It seems really like an argument directed

16  primarily at MSMB Healthcare.  Again it is purely a summary

17  chart.

18        The chart standard is voluminous information that is

19  being summarized.  Obviously all of those arguments can be

20  made on cross examination for why the chart is-- and the

21  defense's view misleading.  It doesn't mean it is not an

22  accurate representation of what is actually in the underlining

23  exhibits.

24        THE COURT:  I would agree.  I think this is more an

25  issue that goes to areas of cross examination.

- Proceedings -                    4603

1          MR. AGNIFILO:  Very well.

2          THE COURT:  You know, arguments about why valuation

3    does not necessarily rest primarily on amount in the bank

4    account.

5          MR. AGNIFILO:  Yes, Judge.  That is fine.

6          THE COURT:  Okay.

7          MR. AGNIFILO:  One other request.

8          THE COURT:  Yes.

9          MR. AGNIFILO:  I would ask if the Government could

10   be definite by 5 o'clock today as to the Marcum witnesses

11   rather than to say that they will see whether they call them

12   or not.  I think we are in the last probably two days of the

13   Government's case.  I am hoping to know by the end of the day,

14   exactly what the next two days and next week will look like

15   without it being quite as speculative as it is now.

16         MS. SMITH:  It turns on the Delaware law issue.

17   That is why-- we are still trying to streamline.  We may not

18   call them.  Marcum has some additional information about

19   officers and directors' duties and if we need to put that in

20   through a lay witness based on their observations of Retrophin

21   for example rather than through the legal instruction we need

22   to leave that option open.

23         THE COURT:  All right.

24         Let's have you resolve the Delaware law issue and if

25   you can't, we have a briefing schedule which will be completed

- Proceedings -                                    4604

1   by one o'clock tomorrow.

2            MR. AGNIFILO:  Yes.

3            THE COURT:  Okay.  Thank you.

4            All right.

5            (Matter adjourned.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4605

**INDEX**

**WITNESS:**                                                          **PAGE:**


                AMY MERRILL                                            4518
                DIRECT EXAMINATION BY MR. SRINIVASAN                   4518

                              * * * * *




125-1 through 125-30                                                  4526
123-31                                                                4526
125-32 through 125-46                                                 4526
subject to connection 125-22, 125-30, 125-32,                        4526
125-40, 125-43, 125-44, 125-45, 125-46

                              * * * * *

**$**

**$25,000** [1] - 4546:21

**0**

**000425** [1] - 4531:24
**000426** [1] - 4532:9
**000428** [1] - 4532:23
**000468** [1] - 4545:15
**000488** [1] - 4548:22
**000489** [1] - 4549:4
**000563** [1] - 4536:2
**000585** [1] - 4538:17
**000587** [1] - 4539:9
**000600** [1] - 4541:4
**000601** [1] - 4540:19
**000608** [1] - 4543:12
**000609** [1] - 4542:13
**000610** [1] - 4543:2
**000643** [1] - 4552:2
**000679** [1] - 4554:20
**000757** [1] - 4556:15
**000758** [1] - 4557:11
**000768** [1] - 4560:9
**000779** [1] - 4558:24
**000788** [1] - 4565:2
**00424** [1] - 4530:17

**1**

**1** [2] - 4527:13, 4600:12
**10-K** [1] - 4576:25
**100** [1] - 4594:20
**100,000** [3] - 4545:11, 4547:19, 4549:25
**10017** [1] - 4517:20
**10th** [3] - 4546:15, 4552:11, 4553:7
**11201** [2] - 4517:16, 4549:8
**11518** [1] - 4549:2
**119-5** [1] - 4576:20
**12** [1] - 4527:13
**123-31** [4] - 4525:4, 4526:1, 4526:13, 4605:12
**125-1** [6] - 4525:4, 4526:1, 4526:13, 4526:22, 4566:4, 4605:12
**125-14** [1] - 4534:18
**125-18** [1] - 4537:2
**125-19** [1] - 4539:19
**125-2** [1] - 4528:15
**125-20** [1] - 4541:13
**125-22** [3] - 4526:5, 4526:14, 4605:13
**125-23** [1] - 4549:11
**125-25** [1] - 4550:25
**125-28** [1] - 4553:23
**125-30** [7] - 4525:4, 4526:1, 4526:5, 4526:13, 4526:14, 4605:12, 4605:13
**125-32** [7] - 4525:4, 4526:1, 4526:5, 4526:13, 4526:14, 4605:13, 4605:13
**125-37** [2] - 4555:22, 4559:18
**125-38** [1] - 4558:11
**125-39** [1] - 4564:10
**125-4** [1] - 4543:17

**125-40** [3] - 4526:6, 4526:15, 4605:14
**125-43** [3] - 4526:6, 4526:15, 4605:14
**125-44** [3] - 4526:6, 4526:15, 4605:14
**125-45** [3] - 4526:6, 4526:15, 4605:14
**125-46** [7] - 4525:5, 4526:2, 4526:6, 4526:14, 4526:15, 4605:13, 4605:14
**125-7** [1] - 4533:13
**12th** [2] - 4541:19, 4543:15
**13** [1] - 4580:6
**13(d** [1] - 4576:14
**13th** [6] - 4529:8, 4530:18, 4532:11, 4566:12, 4566:17, 4567:19
**14** [1] - 4534:23
**144** [4] - 4576:14, 4580:7, 4580:8, 4587:5
**14th** [2] - 4544:3, 4546:5
**15,000** [5] - 4560:1, 4560:23, 4560:25, 4564:23, 4565:12
**15-CR-00637(KAM** [1] - 4517:3
**15-to-20** [1] - 4571:9
**1555(R)** [1] - 4530:8
**156,968** [1] - 4542:6
**15th** [4] - 4551:6, 4567:7, 4567:9, 4567:13
**160,318** [2] - 4536:8, 4538:2
**1750** [1] - 4551:12
**18** [1] - 4537:1
**18th** [1] - 4540:20
**19** [1] - 4539:19
**19th** [2] - 4537:6, 4538:15
**1:30** [2] - 4598:21, 4599:15
**1st** [1] - 4546:21

**2**

**2,400,000** [2] - 4544:15, 4546:19
**2,531,920** [1] - 4534:5
**2,577,755** [3] - 4530:12, 4566:21, 4567:17
**2,872** [1] - 4555:4
**2,873** [1] - 4554:15
**20** [4] - 4541:14, 4594:15, 4594:17, 4594:22
**20,000** [3] - 4551:17, 4551:22, 4552:16
**200,000** [4] - 4556:8, 4556:23, 4558:20, 4559:3
**2008** [1] - 4546:21
**2012** [12] - 4527:13, 4529:8, 4530:18, 4532:11, 4533:23, 4544:3, 4546:5, 4546:15, 4566:12, 4566:17, 4567:19, 4598:6
**2013** [16] - 4535:4, 4536:4, 4537:6, 4538:15, 4539:25, 4540:20, 4541:19, 4543:15, 4549:18, 4551:6, 4552:11, 4553:7, 4554:3, 4555:1, 4560:24, 4587:18
**2014** [13] - 4527:13, 4556:3, 4556:21, 4557:19, 4558:16, 4559:2, 4559:10, 4559:23, 4564:16, 4565:9, 4567:7, 4567:9, 4567:13
**2017** [1] - 4517:7

**2084** [1] - 4565:12
**20th** [2] - 4533:23, 4559:23
**21** [1] - 4517:7
**22nd** [2] - 4534:10, 4555:1
**23** [2] - 4549:11, 4549:13
**23,564** [1] - 4542:7
**23rd** [1] - 4554:3
**24,046** [1] - 4536:8
**24th** [2] - 4548:21, 4555:7
**25** [1] - 4550:24
**250,000** [3] - 4545:9, 4547:18, 4554:16
**26,046** [1] - 4538:2
**271** [1] - 4517:15
**27th** [2] - 4558:16, 4565:9
**28** [1] - 4553:22
**28th** [2] - 4535:4, 4536:4
**29** [3] - 4592:3, 4595:10, 4595:12
**2nd** [1] - 4564:16

**3**

**30** [1] - 4594:18
**30,000** [1] - 4552:13
**30,514** [1] - 4542:7
**300,000** [8] - 4545:1, 4545:3, 4547:14, 4547:15, 4549:25, 4550:22, 4554:8, 4554:12
**350,000** [6] - 4544:24, 4545:5, 4545:7, 4547:13, 4547:16, 4547:17
**36** [1] - 4555:23
**37** [1] - 4559:17
**37,809** [2] - 4536:8, 4538:5
**375,000** [4] - 4534:6, 4535:13, 4535:23, 4536:7
**38** [1] - 4558:10
**39** [1] - 4564:10

**4**

**4** [1] - 4599:12
**400,000** [3] - 4545:13, 4547:20, 4549:23
**413** [2] - 4534:8, 4540:13
**45** [1] - 4549:8
**4518** [2] - 4605:6, 4605:7
**4526** [4] - 4605:12, 4605:12, 4605:13, 4605:13
**46** [2] - 4526:3, 4526:4
**47,128** [2] - 4554:14, 4555:3
**473,274** [3] - 4534:7, 4540:12, 4542:5
**4th** [1] - 4549:18

**5**

**5** [2] - 4600:7, 4603:10
**50,000** [2] - 4552:12, 4552:19
**53,306** [1] - 4538:3
**58,306** [1] - 4536:8
**59** [1] - 4549:2

**6**

**6** [2] - 4600:7, 4600:8
**60** [1] - 4596:3

**601** [1] - 4577:1
**6:00** [1] - 4593:22
**6th** [1] - 4557:19

**7**

**7** [7] - 4532:22, 4533:13, 4578:19, 4579:2, 4579:8, 4580:22, 4585:3
**70** [1] - 4596:3
**72** [2] - 4523:8, 4532:16
**767** [1] - 4517:19
**769** [1] - 4561:3
**777** [2] - 4534:10, 4536:15
**79738** [4] - 4527:22, 4528:14, 4529:3, 4566:9
**79761** [1] - 4543:20
**7th** [5] - 4539:25, 4556:3, 4556:21, 4559:1, 4559:10

**8**

**8** [3] - 4576:15, 4577:14, 4597:15
**8-B** [1] - 4549:8
**8-K** [1] - 4576:25
**80,000** [2] - 4551:22, 4552:24
**80187** [1] - 4535:2
**80439** [1] - 4537:4
**80626** [1] - 4539:23
**80689** [1] - 4541:17
**80957** [1] - 4549:16
**80th** [2] - 4566:23, 4567:2
**81070** [1] - 4551:4
**81549** [1] - 4554:1
**84165** [1] - 4567:5
**84838** [1] - 4556:1
**85042** [1] - 4559:21
**85150** [1] - 4558:14
**85281** [1] - 4564:14

**9**

**9** [1] - 4599:2
**94,521** [2] - 4536:9, 4538:4
**98** [1] - 4592:22
**9:00** [2] - 4517:8, 4570:10

**A**

**a.m** [1] - 4517:8
**aback** [1] - 4575:21
**able** [8] - 4571:15, 4572:11, 4574:2, 4579:24, 4582:24, 4593:16, 4593:21, 4596:19
**absence** [1] - 4579:13
**absent** [2] - 4563:8, 4563:15
**absolutely** [1] - 4599:1
**accept** [1] - 4591:8
**acceptable** [1] - 4571:13
**accepted** [1] - 4553:16
**account** [2] - 4536:6, 4603:4
**accounts** [3] - 4560:22, 4601:14, 4602:3
**accrued** [1] - 4546:22
**accurate** [2] - 4590:24, 4602:22

**acted** [1] - 4588:5
**Acting** [1] - 4517:14
**actions** [1] - 4583:15
**activity** [4] - 4525:20, 4526:25, 4527:1, 4528:22
**actual** [1] - 4580:18
**add** [1] - 4586:1
**added** [1] - 4594:19
**adding** [1] - 4594:21
**addition** [1] - 4577:6
**additional** [16] - 4532:13, 4533:10, 4547:20, 4569:25, 4571:8, 4573:4, 4573:7, 4577:7, 4578:10, 4583:25, 4593:12, 4595:4, 4596:22, 4597:7, 4597:11, 4603:18
**address** [12] - 4518:2, 4534:10, 4536:13, 4536:15, 4540:23, 4549:1, 4557:6, 4559:6, 4565:19, 4583:7, 4586:7, 4598:15
**addressed** [4] - 4546:6, 4586:5
**addresses** [2] - 4539:3, 4539:4
**adhered** [1] - 4574:21
**adjourned** [1] - 4604:5
**adjust** [1] - 4519:4
**admissibility** [1] - 4597:22
**admit** [2] - 4526:5, 4526:12
**adult** [2] - 4584:13, 4584:14
**adversary** [1] - 4584:24
**advise** [5] - 4531:6, 4532:16, 4557:6, 4559:7, 4600:22
**affiliation** [1] - 4548:11
**affirmatively** [1] - 4587:15
**afternoon** [1] - 4569:24
**agency** [3] - 4519:16, 4519:21
**agenda** [1] - 4588:5
**agent** [22] - 4520:8, 4533:20, 4552:23, 4573:5, 4573:7, 4573:8, 4577:14, 4577:18, 4577:20, 4583:19, 4583:22, 4583:23, 4584:1, 4591:22, 4594:22, 4595:23, 4597:6, 4598:12, 4601:5, 4601:9, 4602:9
**agents** [3] - 4520:7, 4598:3
**AGNIFILO** [29] - 4517:21, 4571:25, 4572:9, 4572:16, 4577:21, 4578:16, 4580:20, 4584:9, 4584:13, 4594:1, 4594:14, 4594:16, 4594:18, 4596:2, 4596:11, 4598:22, 4599:13, 4599:19, 4599:24, 4600:3, 4600:8, 4600:21, 4600:25, 4601:12, 4603:1, 4603:5, 4603:7, 4603:9, 4604:2
**agnifilo** [1] - 4593:24
**Agnifilo** [3] - 4583:20, 4595:18, 4602:12
**Agnifilo's** [3] - 4595:14, 4598:20, 4601:8
**agnifilo's** [1] - 4582:23
**ago** [4] - 4519:21, 4520:14, 4529:5, 4532:4, 4537:24, 4579:20
**agree** [6] - 4572:11, 4589:2, 4591:5, 4591:7, 4598:13, 4602:24
**agreed** [2] - 4588:4, 4588:5
**agreement** [11] - 4521:14, 4530:25,

4532:25, 4555:2, 4557:14, 4558:5, 4560:24, 4561:1, 4561:6, 4561:12, 4580:11
**agreements** [10] - 4521:5, 4557:25, 4576:5, 4583:4, 4587:14, 4588:2, 4594:25, 4600:17, 4600:18
**aided** [1] - 4517:25
**Air** [2] - 4541:6, 4541:9
**Al** [3] - 4574:3, 4574:7, 4574:16
**Alan** [1] - 4542:6
**alert** [1] - 4577:13
**ALIXANDRA** [1] - 4517:17
**allow** [1] - 4563:11
**alone** [1] - 4548:9
**amended** [1] - 4587:17
**AMERICA** [1] - 4517:3
**amount** [4] - 4546:21, 4601:13, 4601:22, 4603:3
**amounts** [2] - 4531:3, 4539:14
**Amy** [9] - 4518:14, 4530:18, 4530:19, 4530:23, 4546:8, 4546:13, 4555:2, 4556:23, 4559:22
**AMY** [2] - 4518:16, 4605:6
**AND** [1] - 4517:12
**ANDREA** [1] - 4517:21
**Andrew** [2] - 4545:8, 4547:18
**annum** [1] - 4546:22
**Anslow** [2] - 4545:24, 4545:25
**antagonistic** [1] - 4590:12
**anticipate** [2] - 4592:22, 4594:13, 4595:23
**anticipated** [1] - 4592:13, 4600:24
**anyway** [1] - 4583:22
**apart** [2] - 4597:21, 4598:14
**apologize** [1] - 4534:23
**appear** [4] - 4532:3, 4541:9, 4550:3, 4591:25
**appeared** [1] - 4591:24
**appearing** [1] - 4525:7
**applicability** [1] - 4577:4
**application** [1] - 4593:15
**applies** [1] - 4590:5
**apply** [1] - 4598:14
**appreciate** [2] - 4565:21, 4586:9
**appreciated** [1] - 4574:20
**appropriate** [4] - 4557:4, 4559:5, 4573:19, 4582:12
**approval** [10] - 4562:9, 4581:15, 4581:17, 4585:8, 4589:19, 4589:23, 4590:13, 4591:2, 4591:3, 4591:8
**approvals** [1] - 4589:17
**approve** [4] - 4562:7, 4588:18, 4588:24, 4590:2
**approved** [9] - 4562:9, 4587:11, 4588:1, 4588:6, 4588:14, 4588:15, 4588:17, 4588:25, 4589:8
**approving** [1] - 4562:13
**April** [5] - 4549:18, 4551:6, 4552:11, 4553:7, 4564:16
**Apt** [1] - 4549:8
**areas** [1] - 4602:25

**argue** [5] - 4572:14, 4578:12, 4588:8, 4589:18, 4597:18
**arguing** [2] - 4584:11, 4589:20
**argument** [15] - 4562:12, 4571:2, 4576:6, 4580:17, 4584:2, 4585:5, 4587:22, 4588:9, 4588:17, 4589:16, 4589:25, 4591:5, 4592:3, 4595:10, 4602:15
**arguments** [9] - 4589:15, 4589:21, 4589:24, 4590:4, 4597:23, 4602:12, 4602:13, 4602:19, 4603:2
**arrangements** [1] - 4570:24
**artifice** [1] - 4582:25
**Aselage** [1] - 4585:7
**aselage** [1] - 4588:3
**assets** [1] - 4597:5
**assignment** [2] - 4522:12, 4542:23
**Assistant** [1] - 4517:18
**ASSOCIATES** [1] - 4517:19
**assume** [3] - 4584:15, 4588:9, 4591:19
**assumed** [1] - 4581:5
**assuming** [1] - 4592:1
**assumptions** [1] - 4547:9
**attached** [9] - 4530:24, 4530:25, 4531:2, 4539:10, 4542:23, 4555:2, 4557:20, 4561:1
**attachment** [1] - 4532:6
**attachments** [3] - 4531:18, 4531:21, 4531:23
**attacking** [1] - 4584:24
**attacks** [1] - 4584:15
**attempting** [1] - 4583:2
**attention** [11] - 4534:11, 4536:14, 4537:9, 4540:3, 4544:6, 4552:16, 4552:18, 4552:22, 4556:6, 4587:21, 4588:20
**Attorney** [1] - 4517:14
**Attorneys** [1] - 4517:18
**authentification** [1] - 4596:22
**authority** [1] - 4553:14
**authorization** [1] - 4560:20
**authorized** [3] - 4534:16, 4555:12, 4585:5
**automatic** [1] - 4590:25
**automatically** [1] - 4590:23
**available** [1] - 4576:13
**Avenue** [4] - 4517:19, 4534:10, 4536:15, 4549:2
**avoid** [1] - 4574:25
**awarded** [1] - 4546:18
**aware** [3] - 4530:23, 4577:25, 4591:22

## B

**background** [1] - 4519:8
**backup** [6] - 4520:20, 4525:13, 4528:9, 4528:10, 4531:19, 4533:6
**balance** [2] - 4593:4, 4593:8
**Balbin** [5] - 4546:12, 4547:2, 4552:25, 4566:3, 4566:23
**bank** [4] - 4601:13, 4602:3, 4602:7,

4603:3
**bar** [5] - 4561:18, 4561:20, 4561:21, 4562:1, 4563:23
**Barbara** [1] - 4538:3
**Barry** [1] - 4517:23
**base** [1] - 4552:2
**based** [9] - 4526:9, 4547:9, 4548:10, 4564:5, 4573:3, 4582:14, 4595:16, 4595:20, 4603:20
**basis** [2] - 4594:9, 4595:19
**Bates** [14] - 4530:17, 4531:24, 4532:22, 4536:2, 4540:19, 4543:2, 4545:15, 4548:22, 4556:15, 4557:11, 4558:24, 4560:9, 4565:2, 4566:24
**beach** [1] - 4565:19
**BEFORE** [1] - 4517:11
**beginning** [1] - 4566:10
**behalf** [2] - 4565:21, 4597:1
**belabor** [1] - 4583:13
**believable** [1] - 4589:6
**below** [1] - 4547:10
**benefit** [3] - 4583:17, 4585:13, 4585:21
**BENJAMIN** [1] - 4517:20
**best** [3] - 4531:8, 4555:8, 4599:24
**better** [1] - 4581:22
**between** [7] - 4524:15, 4557:15, 4571:19, 4580:13, 4587:7, 4593:4, 4595:7
**Biesteck** [3] - 4547:15, 4548:25, 4552:13
**Biestek** [1] - 4545:2
**Bill** [2] - 4541:6, 4541:9
**binder** [16] - 4525:2, 4525:7, 4526:22, 4528:15, 4533:14, 4537:1, 4539:20, 4541:15, 4543:18, 4549:11, 4553:22, 4555:23, 4558:11, 4559:17, 4564:10
**bit** [4] - 4519:5, 4520:22, 4592:9, 4593:7
**blame** [1] - 4584:21
**Blanton** [5] - 4538:2, 4539:4, 4555:21, 4557:16, 4559:15
**board** [18] - 4580:14, 4581:15, 4581:16, 4581:17, 4585:8, 4587:10, 4587:13, 4588:1, 4588:7, 4588:14, 4588:15, 4588:16, 4588:20, 4588:21, 4588:23, 4589:8, 4590:13, 4596:9
**Board** [17] - 4558:4, 4561:11, 4562:3, 4562:6, 4562:7, 4562:8, 4562:14, 4562:15, 4562:23, 4562:24, 4563:3, 4563:8, 4563:12, 4563:14, 4563:16, 4563:18, 4564:6
**book** [18] - 4523:13, 4530:4, 4530:8, 4530:11, 4531:4, 4532:15, 4532:18, 4538:13, 4540:7, 4547:12, 4547:21, 4550:7, 4550:21, 4554:8, 4554:16, 4566:18, 4567:15
**bottom** [5] - 4527:19, 4537:21, 4538:21, 4552:6, 4553:2
**bottoms** [1] - 4538:9
**Brafman** [4] - 4586:10, 4589:15, 4589:20, 4591:3
**BRAFMAN** [28] - 4517:19, 4517:20,

4519:3, 4561:13, 4561:16, 4562:2, 4562:18, 4562:20, 4563:6, 4574:2, 4574:12, 4574:18, 4575:3, 4575:13, 4584:25, 4587:25, 4590:15, 4591:7, 4591:16, 4591:19, 4592:8, 4592:11, 4592:17, 4593:13, 4593:22, 4595:9, 4596:16, 4599:7
**break** [4] - 4520:22, 4536:18, 4568:1, 4568:12
**breakdown** [3] - 4532:1, 4535:9, 4536:7
**BRIDGET** [1] - 4517:14
**brief** [5] - 4590:22, 4591:10, 4597:12, 4600:6, 4601:10
**briefing** [4] - 4594:24, 4599:5, 4599:11, 4603:25
**briefly** [1] - 4519:7
**bring** [6] - 4568:25, 4569:3, 4575:1, 4579:17, 4579:18, 4602:13
**broaden** [1] - 4573:6
**broken** [4] - 4535:10, 4535:16, 4552:13, 4579:7
**broker** [1] - 4522:10
**brokerage** [2] - 4602:3, 4602:7
**Brooklyn** [3] - 4517:6, 4517:16, 4549:8
**business** [2] - 4525:23, 4588:19
**busy** [1] - 4588:21
**BY** [5] - 4517:16, 4517:20, 4518:21, 4564:2, 4605:7

## C

**Cadman** [1] - 4517:15
**California** [1] - 4570:23
**cancel** [2] - 4550:11, 4556:11
**canceled** [2] - 4550:6, 4550:8
**cancellation** [2] - 4537:16, 4544:11
**cancelling** [1] - 4550:10
**candid** [1] - 4592:17
**cap** [1] - 4583:3
**capable** [1] - 4599:17
**capacity** [2] - 4598:8, 4598:11
**Capital** [15] - 4534:4, 4534:7, 4534:12, 4535:11, 4535:21, 4536:6, 4536:14, 4537:8, 4538:24, 4540:2, 4545:6, 4547:17, 4602:4, 4602:10, 4602:14
**captures** [1] - 4572:4
**care** [2] - 4520:6, 4534:12
**Case** [1] - 4546:17
**case** [45] - 4548:4, 4548:5, 4563:12, 4568:5, 4569:19, 4570:7, 4570:9, 4573:4, 4573:7, 4573:8, 4573:15, 4574:24, 4576:19, 4577:4, 4577:14, 4577:18, 4577:20, 4579:13, 4579:23, 4581:6, 4581:10, 4583:19, 4583:22, 4583:23, 4584:1, 4585:22, 4586:8, 4586:25, 4588:1, 4590:17, 4591:22, 4593:8, 4593:18, 4593:20, 4594:10, 4594:11, 4594:22, 4595:23, 4597:6, 4599:9, 4601:5, 4601:9, 4602:8, 4603:13
**cases** [1] - 4577:13
**cast** [1] - 4584:21

**CAUSE** [1] - 4517:11
**caused** [1] - 4581:3
**CEO** [5] - 4521:2, 4533:25, 4579:15, 4580:15, 4585:12
**certain** [8] - 4545:17, 4573:5, 4578:14, 4579:11, 4581:17, 4596:5, 4596:24, 4597:23
**certainly** [3] - 4579:9, 4589:1, 4602:13
**certificate** [31] - 4519:12, 4522:6, 4522:9, 4523:16, 4529:19, 4529:21, 4529:25, 4530:8, 4530:25, 4531:11, 4536:18, 4542:1, 4542:22, 4544:19, 4550:6, 4550:10, 4550:11, 4550:13, 4551:12, 4551:13, 4552:24, 4555:3, 4557:5, 4559:6, 4565:11, 4565:12, 4565:13, 4565:17, 4565:19, 4576:21
**certificated** [3] - 4531:4, 4531:10, 4532:15
**certificated"** [1] - 4531:10
**certificates** [26] - 4523:9, 4523:15, 4532:16, 4534:2, 4535:17, 4535:18, 4535:20, 4536:8, 4536:10, 4536:13, 4536:21, 4537:16, 4537:17, 4537:20, 4537:23, 4537:24, 4539:3, 4540:21, 4540:22, 4541:12, 4542:8, 4550:4, 4550:5, 4550:8, 4552:23, 4567:14
**certified** [1] - 4542:24
**challenge** [1] - 4589:16
**change** [2] - 4523:24, 4524:2
**changes** [1] - 4560:22
**character** [1] - 4582:23
**charge** [4] - 4577:7, 4592:21, 4592:22, 4592:23
**charged** [4] - 4578:19, 4579:12, 4586:18, 4589:9
**charges** [4] - 4593:4, 4593:6, 4593:9, 4593:11
**charging** [4] - 4586:8, 4592:3, 4592:15, 4592:20
**chart** [8] - 4594:5, 4594:7, 4594:8, 4601:19, 4602:6, 4602:17, 4602:18, 4602:20
**charts** [6] - 4601:6, 4601:9, 4601:16, 4601:18, 4601:25, 4602:2
**check** [4] - 4599:23
**Chicago** [1] - 4570:23
**chief** [1] - 4560:16
**children** [1] - 4584:11
**City** [1] - 4518:25
**civil** [1] - 4589:1
**CJ1294** [1] - 4546:17
**Claridge** [2] - 4545:6, 4547:17
**clarify** [2] - 4586:2, 4586:17
**clear** [6] - 4563:2, 4576:2, 4576:4, 4581:15, 4593:5, 4602:2
**clearly** [4] - 4576:21, 4580:9, 4596:23, 4597:24
**clerk** [1] - 4592:13
**clients** [2] - 4520:6, 4520:11
**closing** [1] - 4583:8
**co** [12] - 4595:2, 4595:4, 4595:14,

4595:21, 4595:24, 4596:5, 4596:7, 4596:8, 4596:13, 4596:20, 4597:14, 4597:19
**co-conspirator** [8] - 4595:24, 4596:5, 4596:7, 4596:8, 4596:13, 4596:20, 4597:14, 4597:19
**co-conspirator's** [1] - 4595:21
**co-conspirators** [3] - 4595:2, 4595:4, 4595:14
**coconspirator** [1] - 4598:15
**code** [1] - 4580:9
**colleagues** [1] - 4599:17
**collect** [1] - 4524:24
**collects** [1] - 4521:17
**college** [1] - 4519:9
**Colt** [4] - 4556:8, 4557:2, 4558:18, 4559:3
**column** [2] - 4529:18, 4529:19
**combine** [1] - 4552:23
**coming** [6] - 4570:5, 4575:7, 4588:19, 4592:10, 4595:7, 4601:2
**comments** [1] - 4531:7
**commit** [6] - 4586:19, 4586:21, 4586:24, 4586:25, 4587:2, 4589:10
**common** [5] - 4557:2, 4559:3, 4560:23, 4560:25, 4583:23
**communicate** [1] - 4524:9
**communications** [2] - 4571:19, 4571:24
**companies** [7] - 4520:9, 4520:11, 4520:13, 4524:14, 4524:17, 4563:7, 4563:14
**Company** [1] - 4560:21
**company** [28] - 4519:15, 4519:20, 4519:22, 4520:5, 4520:14, 4520:19, 4520:24, 4520:25, 4522:10, 4522:23, 4523:24, 4524:8, 4527:3, 4527:8, 4527:15, 4541:2, 4546:19, 4548:5, 4548:14, 4555:15, 4560:2, 4563:6, 4575:24, 4575:25, 4585:6, 4585:13, 4588:17
**company's** [1] - 4522:18
**compare** [1] - 4602:3
**compared** [1] - 4602:10
**complete** [3] - 4566:15, 4567:12, 4582:6
**completed** [4] - 4528:21, 4557:6, 4559:7, 4603:25
**complicated** [1] - 4583:1
**comport** [1] - 4590:5
**comprehend** [1] - 4584:19
**Computer** [1] - 4517:25
**Computer-aided** [1] - 4517:25
**computerized** [1] - 4517:25
**Concern** [1] - 4565:11
**concern** [7] - 4533:24, 4538:25, 4542:17, 4579:12, 4585:2, 4597:8
**concerned** [4] - 4576:6, 4576:7, 4577:21, 4582:13
**concerning** [1] - 4585:15
**concerns** [1] - 4565:20
**conclude** [2] - 4585:24, 4589:13
**conclusions** [2] - 4547:4, 4547:8

**conducted** [1] - 4579:2
**conference** [5] - 4561:21, 4586:6, 4586:8, 4592:3, 4595:17
**confirm** [2] - 4531:5, 4555:7
**confuse** [1] - 4582:14
**confusion** [5] - 4573:5, 4576:7, 4584:6, 4586:2
**connection** [10] - 4526:7, 4526:10, 4526:14, 4526:16, 4531:1, 4571:11, 4596:17, 4596:18, 4597:15, 4605:13
**consider** [2] - 4582:18, 4588:23
**conspiracy** [7] - 4586:18, 4586:19, 4586:21, 4586:24, 4586:25, 4587:2, 4589:10
**conspirator** [8] - 4595:24, 4596:5, 4596:7, 4596:8, 4596:13, 4596:20, 4597:14, 4597:19
**conspirator's** [1] - 4595:21
**conspirators** [3] - 4595:2, 4595:4, 4595:14
**constant** [1] - 4583:9
**consultant** [2] - 4557:3, 4559:4
**consulting** [7] - 4557:14, 4558:5, 4561:6, 4561:12, 4576:5, 4580:11, 4583:3
**contains** [1] - 4525:3
**contesting** [1] - 4589:25
**continue** [1] - 4524:21
**Continued** [3] - 4561:24, 4563:25, 4573:21
**continued** [2] - 4596:24, 4597:25
**continues** [1] - 4543:21
**continuing** [1] - 4574:1
**Continuing** [1] - 4544:1
**contract** [2] - 4587:7, 4587:11
**contrary** [7] - 4576:7, 4577:10, 4577:11, 4580:18, 4584:3, 4589:19, 4590:2
**control** [2] - 4534:3, 4548:10
**conversations** [2] - 4573:3, 4573:13
**conversion** [1] - 4546:20
**convict** [1] - 4589:11
**copy** [3] - 4546:14, 4546:25, 4587:23
**corner** [2] - 4528:25, 4529:2
**corporate** [1] - 4575:23
**Corporate** [1] - 4576:15
**Corporation** [4] - 4576:2, 4576:24, 4582:8, 4582:10
**corporation** [4] - 4577:10, 4580:9, 4587:7, 4590:6
**corporations** [1] - 4580:7
**Corporations** [1] - 4576:12
**correct** [3] - 4534:10, 4565:17, 4582:5
**corrected** [1] - 4565:18
**correctly** [1] - 4585:3
**cost** [1] - 4585:21
**counsel** [3] - 4520:24, 4530:22, 4565:15
**Counsel** [2] - 4546:2, 4555:15
**Count** [6] - 4578:19, 4579:2, 4579:8, 4580:22, 4585:2, 4597:15
**count** [5] - 4579:8, 4581:14, 4586:18, 4586:23, 4590:16

**counts** [1] - 4595:6
**County** [1] - 4546:16
**couple** [2] - 4572:24, 4575:16
**course** [3] - 4525:22, 4587:23, 4591:10
**Court** [11] - 4517:23, 4517:23, 4546:16, 4580:21, 4584:8, 4590:3, 4590:9, 4590:10, 4592:23, 4595:5, 4599:8
**court** [6] - 4564:1, 4568:10, 4568:13, 4570:14, 4586:1, 4596:16
**COURT** [84] - 4517:1, 4518:1, 4518:6, 4518:11, 4518:18, 4519:4, 4521:20, 4521:22, 4521:25, 4526:3, 4526:8, 4526:12, 4536:21, 4536:24, 4553:13, 4553:18, 4561:14, 4561:19, 4562:22, 4563:5, 4563:20, 4567:25, 4568:4, 4568:11, 4568:16, 4568:20, 4568:24, 4569:5, 4569:10, 4569:13, 4569:18, 4569:23, 4570:3, 4570:15, 4571:13, 4571:16, 4571:22, 4572:10, 4572:15, 4573:18, 4574:15, 4574:20, 4575:15, 4577:24, 4582:3, 4584:11, 4584:14, 4586:9, 4586:23, 4590:7, 4591:9, 4591:18, 4592:6, 4592:9, 4592:12, 4593:3, 4593:24, 4594:13, 4594:15, 4594:17, 4594:20, 4596:10, 4596:10, 4598:1, 4598:17, 4598:23, 4599:2, 4599:4, 4599:9, 4599:16, 4599:25, 4600:5, 4600:9, 4600:12, 4600:14, 4600:18, 4600:22, 4601:9, 4602:24, 4603:2, 4603:6, 4603:8, 4603:23, 4604:3
**Court's** [4] - 4526:9, 4580:23, 4580:25, 4592:22
**courtesies** [1] - 4574:21
**courtesy** [2] - 4574:10, 4593:21
**Courthouse** [1] - 4517:5
**courtroom** [3] - 4568:14, 4575:6, 4594:4
**COURTROOM** [5] - 4518:8, 4568:8, 4568:15, 4569:11, 4570:12
**cover** [1] - 4527:12
**coverage** [1] - 4570:8
**created** [4] - 4522:25, 4523:5, 4527:14, 4584:6
**credibility** [2] - 4588:2, 4589:17
**crime** [4] - 4579:12, 4582:24, 4583:2
**CRIMINAL** [1] - 4517:11
**cross** [12] - 4568:2, 4568:19, 4569:6, 4569:7, 4569:15, 4569:17, 4591:3, 4591:22, 4591:25, 4602:13, 4602:20, 4602:25
**cross-examination** [3] - 4568:19, 4569:17, 4591:25
**cross-examine** [3] - 4569:6, 4569:7, 4569:15
**cross-examined** [1] - 4591:3
**current** [1] - 4522:13
**custodian** [1] - 4576:11

**D**

**Dallas** [2] - 4557:6, 4559:6

**dark** [1] - 4592:10
**Darren** [5] - 4538:1, 4539:4, 4555:20, 4557:16, 4559:15
**date** [23] - 4529:7, 4535:3, 4537:5, 4538:14, 4539:24, 4541:18, 4543:15, 4544:2, 4546:4, 4549:17, 4551:5, 4553:6, 4554:2, 4556:2, 4557:17, 4558:15, 4559:22, 4564:15, 4565:8, 4566:11, 4567:6, 4580:24, 4581:11
**dated** [5] - 4530:18, 4536:4, 4540:20, 4546:15, 4546:20, 4552:11, 4559:1
**dates** [3] - 4581:18, 4591:14, 4598:18
**David** [1] - 4542:7
**days** [2] - 4603:12, 4603:14
**deadlines** [2] - 4598:18, 4599:9
**deal** [2] - 4520:13, 4572:4
**dear** [1] - 4546:13
**December** [12] - 4527:13, 4529:8, 4530:18, 4532:11, 4533:23, 4544:3, 4546:5, 4546:15, 4560:24, 4566:12, 4566:17, 4567:19
**deceptive** [1] - 4601:25
**decide** [2] - 4582:3, 4599:10
**decision** [4] - 4574:7, 4575:11, 4593:14, 4593:23
**deep** [1] - 4581:24
**defect** [1] - 4578:4
**defendant** [11] - 4517:9, 4539:16, 4540:14, 4571:5, 4572:23, 4574:10, 4577:2, 4577:9, 4578:14, 4597:20, 4602:4
**Defendant** [1] - 4517:19
**defendant's** [2] - 4593:20, 4597:16
**Defendant's** [1] - 4566:3
**defendants** [5] - 4571:1, 4575:1, 4596:25, 4597:21, 4597:24
**defense** [32] - 4526:8, 4575:13, 4575:19, 4575:23, 4576:10, 4577:13, 4577:17, 4577:25, 4578:11, 4578:20, 4578:21, 4579:9, 4579:10, 4580:8, 4581:7, 4583:1, 4584:2, 4584:8, 4587:4, 4587:24, 4592:6, 4592:18, 4592:24, 4593:18, 4594:23, 4596:1, 4599:5, 4599:11, 4600:19, 4600:23
**Defense** [11] - 4569:7, 4569:15, 4571:13, 4571:17, 4571:23, 4572:6, 4572:12, 4573:1, 4573:6, 4573:10, 4573:15
**defense's** [1] - 4602:21
**defied** [1] - 4589:3
**defined** [2] - 4550:9, 4588:11
**definite** [2] - 4579:13, 4603:10
**definitely** [1] - 4571:25
**definitive** [2] - 4574:6, 4578:17
**defraud** [2] - 4582:25, 4589:13
**degree** [1] - 4519:12
**Delaware** [46] - 4576:2, 4576:11, 4576:15, 4576:22, 4576:24, 4577:8, 4577:18, 4577:20, 4577:22, 4578:13, 4579:20, 4580:2, 4580:5, 4580:6, 4580:9, 4581:5, 4581:8, 4582:7,

4582:8, 4582:10, 4583:14, 4584:5, 4585:15, 4585:24, 4585:25, 4587:5, 4587:12, 4587:23, 4588:10, 4588:15, 4589:9, 4589:10, 4589:12, 4590:17, 4590:24, 4591:7, 4593:6, 4599:6, 4599:11, 4599:21, 4600:14, 4601:4, 4603:16, 4603:24
**delay** [1] - 4575:3
**deliberates** [1] - 4578:11
**delivered** [3] - 4552:15, 4552:17, 4552:21
**Delray** [1] - 4565:19
**Denton** [1] - 4549:2
**deny** [1] - 4588:7
**DEPUTY** [5] - 4518:8, 4568:8, 4568:15, 4569:11, 4570:12
**derives** [1] - 4583:17
**describe** [1] - 4519:7
**describes** [1] - 4574:16
**Desert** [19] - 4524:11, 4524:15, 4524:18, 4525:17, 4529:16, 4530:23, 4533:3, 4533:11, 4534:1, 4535:6, 4536:22, 4536:23, 4540:21, 4541:3, 4544:5, 4546:17, 4546:23, 4566:14, 4576:25
**design** [2] - 4519:11, 4519:12
**desk** [1] - 4594:12
**determination** [2] - 4590:18, 4590:19
**determine** [2] - 4586:7, 4590:16
**determined** [1] - 4592:19
**DGTE** [4] - 4530:24, 4531:5, 4534:1, 4534:6
**different** [6] - 4563:6, 4586:20, 4595:6, 4596:5, 4597:5, 4601:17
**direct** [7] - 4547:11, 4553:14, 4580:22, 4587:21, 4591:21, 4591:24, 4594:2
**DIRECT** [2] - 4518:21, 4605:7
**directed** [3] - 4524:12, 4546:18, 4584:10, 4602:15
**directing** [2] - 4571:6, 4571:11
**directive** [1] - 4521:15
**directly** [1] - 4581:20
**director** [3] - 4520:24, 4548:7, 4583:17
**directors** [4] - 4576:3, 4576:16, 4583:14, 4584:7, 4587:6, 4587:8, 4587:10
**directors'** [1] - 4603:19
**disappear** [1] - 4600:5
**disclose** [1] - 4590:20
**disclosed** [1] - 4587:18
**disclosures** [1] - 4576:17
**discuss** [4] - 4518:5, 4526:20, 4568:5, 4599:7
**discussing** [1] - 4570:7
**discussion** [3] - 4583:10, 4591:20, 4595:1
**disinterested** [2] - 4587:10, 4587:14
**dismiss** [1] - 4578:3
**dispute** [7] - 4577:23, 4580:16, 4581:18, 4582:17, 4587:19, 4588:1, 4590:8
**dissolving** [1] - 4539:2

distinct [2] - 4589:23, 4591:1
distributed [1] - 4540:22
DISTRICT [3] - 4517:1, 4517:1, 4517:12
District [3] - 4517:15, 4546:16, 4599:18
divesting [1] - 4542:19
Division [1] - 4576:12
document [48] - 4522:15, 4526:24,
    4527:7, 4527:12, 4527:14, 4528:11,
    4528:18, 4528:25, 4529:15, 4532:3,
    4532:24, 4533:4, 4533:6, 4533:7,
    4534:13, 4536:16, 4538:17, 4539:12,
    4540:24, 4541:5, 4541:11, 4542:13,
    4542:25, 4543:3, 4545:17, 4545:18,
    4545:21, 4548:1, 4550:4, 4552:4,
    4555:9, 4556:15, 4556:17, 4557:8,
    4557:11, 4557:13, 4558:15, 4558:24,
    4560:11, 4560:19, 4561:2, 4561:5,
    4562:11, 4565:4, 4565:8, 4571:9,
    4572:21, 4575:4
documentation [3] - 4525:13, 4528:10,
    4528:11
documents [39] - 4520:19, 4520:20,
    4521:4, 4521:17, 4522:1, 4522:17,
    4524:25, 4525:3, 4525:6, 4525:9,
    4525:10, 4525:11, 4525:14, 4526:20,
    4528:13, 4531:18, 4532:12, 4548:16,
    4553:9, 4555:17, 4558:3, 4558:7,
    4562:9, 4562:14, 4564:5, 4565:24,
    4570:25, 4572:7, 4572:14, 4572:23,
    4573:4, 4573:7, 4575:1, 4575:2,
    4578:8, 4583:24, 4596:22, 4597:7,
    4597:11
done [2] - 4562:16, 4576:9
down [6] - 4520:22, 4535:10, 4546:11,
    4552:13, 4567:3, 4599:25
draft [1] - 4591:12
drag [1] - 4575:8
duly [1] - 4518:16
duplicate [1] - 4559:12
during [1] - 4528:7
duties [5] - 4575:18, 4576:3, 4578:15,
    4580:15, 4603:19
duty [5] - 4575:23, 4578:1, 4578:4,
    4578:12, 4590:20

                            E

E-Fay [3] - 4564:20, 4565:13, 4565:18
e-mail [13] - 4552:5, 4552:6, 4552:7,
    4553:1, 4553:2, 4554:22, 4554:23,
    4556:18, 4559:1, 4559:10, 4596:15,
    4597:13, 4597:15
E-mail [15] - 4517:24, 4521:8, 4524:10,
    4530:18, 4530:23, 4531:13, 4531:18,
    4532:6, 4532:10, 4532:17, 4533:15,
    4533:23, 4536:2, 4540:14, 4540:19
e-mails [3] - 4571:4, 4572:19, 4572:25
early [5] - 4591:12, 4592:4, 4592:14,
    4592:15, 4593:2
easier [1] - 4593:2
East [2] - 4517:15, 4549:2
EASTERN [1] - 4517:1

Eastern [2] - 4517:15, 4599:18
Edmund [4] - 4545:10, 4547:19, 4549:6,
    4552:19
educational [1] - 4519:7
efforts [1] - 4565:21
eight [2] - 4544:22, 4546:22
either [3] - 4585:15, 4591:24, 4595:22
elected [1] - 4586:13
electronic [6] - 4523:10, 4530:6,
    4530:13, 4531:12, 4538:9, 4538:12
electronically [1] - 4523:11
ELEIS [1] - 4517:17
elements [1] - 4579:11
eliminate [1] - 4582:16
employees [1] - 4598:3
enclosed [2] - 4542:22, 4546:25
end [8] - 4535:22, 4563:23, 4575:12,
    4575:14, 4585:10, 4585:25, 4586:7,
    4603:13
endorsed [2] - 4522:7, 4522:13
ends [1] - 4597:11
engagement [1] - 4572:24
entered [2] - 4587:13, 4587:16
entering [1] - 4518:10
enters [2] - 4568:14, 4569:12
entire [1] - 4590:18
entities [4] - 4523:21, 4533:2, 4534:3,
    4591:23
entitled [1] - 4601:24
entries [4] - 4528:3, 4528:11, 4535:16,
    4542:6
entry [22] - 4523:13, 4530:4, 4530:5,
    4530:7, 4530:8, 4530:11, 4531:4,
    4532:15, 4532:18, 4538:13, 4540:7,
    4546:14, 4547:12, 4547:21, 4550:7,
    4550:21, 4554:9, 4554:16, 4566:1,
    4566:18, 4567:3, 4567:15
equity [1] - 4548:8
ESQ [8] - 4517:14, 4517:16, 4517:17,
    4517:17, 4517:20, 4517:21, 4517:21,
    4517:22
Esq [1] - 4552:16
establish [9] - 4563:18, 4563:19,
    4571:10, 4578:25, 4579:5, 4579:6,
    4581:4, 4595:23, 4596:19
established [3] - 4562:15, 4581:11,
    4587:12
establishing [1] - 4562:10
Evan [22] - 4530:18, 4530:21, 4531:8,
    4532:6, 4532:11, 4532:17, 4552:8,
    4552:16, 4552:18, 4552:22, 4553:16,
    4554:24, 4555:8, 4555:12, 4556:20,
    4557:7, 4557:20, 4559:2, 4559:10,
    4565:14, 4565:21, 4596:4
evidence [24] - 4526:2, 4526:21,
    4571:24, 4576:20, 4578:9, 4578:24,
    4580:24, 4581:11, 4582:5, 4582:9,
    4582:11, 4582:14, 4582:15, 4584:18,
    4585:10, 4585:15, 4585:18, 4593:5,
    4593:12, 4595:7, 4595:22, 4596:13,
    4596:18

evidentiary [1] - 4591:4
exactly [2] - 4595:18, 4603:14
examination [2] - 4568:19, 4569:17,
    4591:25, 4602:13, 4602:20, 4602:25
EXAMINATION [2] - 4518:21, 4605:7
examine [3] - 4569:6, 4569:7, 4569:15
examined [1] - 4591:3
example [9] - 4521:2, 4578:3, 4583:11,
    4596:23, 4596:25, 4598:5, 4598:8,
    4602:14, 4603:21
exceptions [1] - 4598:14
excuse [3] - 4569:19, 4570:4, 4576:25
excused [1] - 4569:22
executed [1] - 4530:24
exercise [1] - 4548:10
Exhibit [54] - 4526:13, 4526:22,
    4528:15, 4533:13, 4534:18, 4537:2,
    4539:19, 4541:13, 4543:17, 4545:15,
    4545:16, 4547:3, 4547:7, 4547:23,
    4548:2, 4548:19, 4548:22, 4548:23,
    4549:5, 4549:11, 4549:12, 4550:25,
    4551:1, 4551:14, 4552:2, 4552:3,
    4553:11, 4553:23, 4553:24, 4554:20,
    4554:21, 4555:22, 4555:24, 4556:16,
    4557:12, 4558:11, 4558:12, 4558:25,
    4559:9, 4559:18, 4559:19, 4560:9,
    4560:10, 4561:4, 4564:10, 4564:12,
    4565:3, 4566:4, 4566:5, 4566:23,
    4566:25, 4567:2, 4576:20, 4577:1
exhibit [11] - 4528:6, 4528:17, 4530:16,
    4532:22, 4536:1, 4538:16, 4539:8,
    4540:18, 4542:2, 4542:12, 4594:9
exhibits [7] - 4582:11, 4593:25,
    4594:13, 4594:22, 4595:19, 4598:20,
    4602:23
Exhibits [5] - 4525:4, 4526:1, 4571:8,
    4572:7, 4572:17
exist [1] - 4562:18
exists [1] - 4562:11
exits [2] - 4568:9, 4570:13
expect [1] - 4574:10
experience [2] - 4523:23, 4524:1
expert [8] - 4577:22, 4577:23, 4578:7,
    4579:17, 4579:19, 4579:22, 4580:2,
    4580:6
explain [4] - 4576:14, 4580:7, 4582:24,
    4595:21
explained [2] - 4576:14, 4577:24
explaining [1] - 4578:8
explains [1] - 4559:11
exposed [1] - 4581:16
Express [3] - 4534:2, 4539:3, 4555:6
extended [2] - 4574:10, 4574:11
extensive [1] - 4591:24
extent [8] - 4578:11, 4583:6, 4583:19,
    4584:6, 4592:23, 4594:10, 4595:13,
    4597:22

                            F

fabricate [1] - 4589:6
fact [12] - 4543:13, 4562:10, 4575:25,

4578:2, 4578:14, 4582:14, 4585:22, 4587:20, 4587:22, 4590:1, 4590:7, 4590:10

**fact-based** [1] - 4582:14

**fact-specific** [1] - 4585:22

**facts** [1] - 4590:8

**failed** [5] - 4578:21, 4578:25, 4579:5, 4579:11

**fair** [2] - 4574:22, 4584:18

**fairness** [1] - 4590:18

**false** [1] - 4598:10

**familiar** [2] - 4524:11, 4524:13

**far** [4] - 4574:5, 4575:20, 4576:19, 4593:8

**fault** [1] - 4582:4

**Fay** [3] - 4564:20, 4565:13, 4565:18

**Fearnow** [13] - 4545:12, 4546:14, 4546:17, 4546:20, 4546:23, 4546:25, 4547:21, 4550:1, 4550:21, 4552:10, 4553:5, 4553:14, 4554:16

**Fearnow's** [3] - 4549:23, 4550:3, 4554:8

**February** [3] - 4537:6, 4538:15, 4540:20

**Federal** [3] - 4534:2, 4539:3, 4555:6

**federal** [2] - 4585:23, 4586:1

**FedEx** [5] - 4536:13, 4540:21, 4541:6, 4541:9, 4548:24

**feedback** [1] - 4593:10

**felt** [1] - 4585:13

**Fernandez** [2] - 4544:25, 4547:14

**few** [6] - 4526:20, 4531:23, 4532:4, 4550:8, 4570:18, 4594:14

**fiduciary** [2] - 4575:18, 4589:3

**fifth** [3] - 4539:8, 4557:10, 4560:8

**figure** [1] - 4581:22

**figured** [1] - 4579:24

**file** [17] - 4531:19, 4534:21, 4535:1, 4537:3, 4539:22, 4549:15, 4553:25, 4555:25, 4557:23, 4558:3, 4561:10, 4562:17, 4562:25, 4564:5, 4599:1, 4600:15, 4600:16

**filed** [1] - 4530:25

**files** [9] - 4522:18, 4522:20, 4522:22, 4522:25, 4523:4, 4524:25, 4528:10, 4531:21, 4563:18

**filings** [10] - 4576:23, 4577:1, 4583:11, 4583:13, 4583:18, 4583:25, 4587:17, 4588:6, 4588:12

**final** [1] - 4574:9

**financial** [1] - 4560:16

**fine** [9] - 4563:17, 4563:22, 4572:1, 4572:9, 4575:10, 4597:9, 4597:23, 4598:22, 4603:5

**finish** [1] - 4518:5

**fire** [1] - 4585:8

**firm** [1] - 4546:1

**firms** [1] - 4545:23

**first** [26] - 4518:16, 4527:6, 4527:21, 4528:16, 4530:7, 4532:3, 4533:1, 4543:9, 4546:11, 4546:13, 4547:4, 4547:23, 4548:18, 4553:11, 4557:15, 4557:17, 4561:7, 4567:18, 4571:2,

4578:6, 4579:3, 4581:7, 4581:24, 4590:17, 4601:14

**five** [7] - 4535:17, 4535:18, 4536:10, 4536:13, 4537:23, 4579:17, 4600:23

**flat** [1] - 4586:20

**floor** [1] - 4534:10

**fly** [1] - 4570:22

**focus** [9] - 4527:19, 4541:22, 4546:11, 4547:3, 4552:6, 4554:22, 4561:7, 4566:6, 4567:2

**focused** [1] - 4597:16

**focusing** [3] - 4531:4, 4559:24, 4580:23

**following** [10] - 4536:8, 4536:25, 4539:3, 4541:14, 4547:11, 4560:21, 4561:24, 4563:25, 4564:11, 4573:21

**follows** [2] - 4518:17, 4552:13

**followup** [1] - 4586:13

**foot** [1] - 4586:5

**FOR** [1] - 4517:11

**forever** [1] - 4591:14

**form** [3] - 4531:4, 4532:15, 4578:22

**format** [2] - 4531:11, 4540:8

**formats** [1] - 4523:18

**forth** [3] - 4531:2, 4531:3, 4547:10

**forward** [2] - 4565:18, 4584:21

**forwarded** [2] - 4553:2, 4553:13

**founder** [2] - 4585:6, 4585:12

**four** [3] - 4543:18, 4579:18, 4594:2

**fourth** [4] - 4542:12, 4545:14, 4556:14, 4558:23

**frankly** [1] - 4580:16

**fraud** [14] - 4582:25, 4586:1, 4586:17, 4586:19, 4586:20, 4586:21, 4586:24, 4587:1, 4587:2, 4589:4, 4589:10

**free** [14] - 4521:15, 4521:24, 4521:25, 4522:2, 4535:14, 4540:16, 4544:16, 4544:17, 4544:18, 4550:17, 4551:25, 4554:18, 4572:6, 4579:14

**free-trading** [6] - 4544:16, 4544:17, 4544:18, 4550:17, 4551:25, 4554:18

**freely** [6] - 4542:10, 4550:16, 4551:24, 4554:17, 4556:12, 4560:16

**freely-traded** [4] - 4550:16, 4551:24, 4554:17

**freely-trading** [1] - 4560:6

**frequently** [2] - 4546:2, 4596:12

**friday** [1] - 4517:7

**Friday** [2] - 4555:7, 4592:5

**front** [4] - 4525:2, 4568:18, 4569:5, 4589:21

**full** [1] - 4591:4

**fully** [1] - 4584:19

**fund** [6] - 4539:1, 4539:2, 4597:4, 4601:22, 4602:5

**fund's** [1] - 4540:22

**funds** [1] - 4596:23

## G

**Gateway** [19] - 4524:11, 4524:16, 4524:19, 4525:17, 4529:16, 4530:24,

4533:3, 4533:11, 4534:1, 4535:6, 4536:22, 4536:23, 4540:21, 4541:3, 4544:5, 4546:17, 4546:23, 4566:14, 4576:25

**geller** [1] - 4593:14

**Geller** [10] - 4542:6, 4542:7, 4574:3, 4574:7, 4574:12, 4574:16, 4575:5, 4592:2, 4593:23, 4600:23

**general** [4] - 4545:18, 4563:3, 4565:15, 4577:11

**General** [2] - 4576:2, 4576:24

**generally** [1] - 4534:13

**generated** [1] - 4527:17

**gentlemen** [1] - 4570:3

**given** [3] - 4582:9, 4586:6, 4596:21

**governed** [2] - 4581:6, 4582:10

**Government** [35] - 4517:14, 4518:13, 4525:4, 4525:25, 4526:12, 4526:21, 4528:15, 4533:13, 4534:18, 4537:1, 4539:19, 4541:13, 4543:17, 4569:23, 4572:2, 4576:20, 4577:1, 4578:17, 4579:5, 4579:10, 4579:14, 4580:22, 4580:24, 4581:20, 4591:20, 4591:25, 4594:6, 4594:8, 4596:2, 4596:19, 4598:23, 4600:9, 4600:22, 4601:2, 4603:9

**government** [4] - 4581:2, 4585:4, 4586:13, 4595:20

**Government's** [11] - 4549:11, 4550:24, 4553:23, 4555:22, 4558:11, 4559:17, 4564:9, 4578:23, 4579:13, 4591:22, 4603:13

**governs** [1] - 4590:5

**Greebel** [19] - 4530:18, 4530:21, 4532:7, 4532:11, 4532:17, 4552:8, 4552:12, 4552:16, 4552:18, 4552:22, 4554:24, 4555:12, 4556:20, 4557:20, 4559:2, 4559:10, 4565:14, 4596:4, 4596:7

**guarantee** [2] - 4522:7, 4522:11

**guarantees** [1] - 4522:14

**guess** [1] - 4572:1

**guidance** [1] - 4574:19

**guilty** [3] - 4585:25, 4588:16, 4589:4

## H

**half** [5] - 4527:19, 4537:17, 4537:21, 4594:11, 4599:15

**hand** [3] - 4529:9, 4567:1, 4567:18

**handle** [1] - 4594:17

**handled** [1] - 4579:7

**handwritten** [2] - 4539:15, 4543:6

**happy** [7] - 4569:1, 4570:16, 4572:14, 4577:17, 4587:23, 4595:3, 4598:15

**hard** [1] - 4519:3

**Hassan** [2] - 4538:3, 4539:5

**head** [1] - 4596:14

**headings** [2] - 4529:18, 4529:19

**Healthcare** [20] - 4534:4, 4534:8, 4539:18, 4540:10, 4540:11, 4540:12, 4540:21, 4541:21, 4541:24, 4542:1,

4542:16, 4542:18, 4542:19, 4571:12, 4597:10, 4598:9, 4602:10, 4602:16

**hear** [9] - 4519:3, 4567:8, 4570:17, 4574:12, 4574:13, 4584:12, 4591:15, 4593:9, 4600:9

**heard** [6] - 4570:16, 4571:2, 4574:6, 4578:5, 4578:6, 4591:15

**hearing** [2] - 4561:22, 4581:6

**heart** [1] - 4596:8

**held** [2] - 4532:15, 4561:21

**helped** [1] - 4598:9

**helpful** [5] - 4594:10, 4595:5, 4595:9, 4595:15, 4599:1

**hereby** [1] - 4547:10

**herewith** [1] - 4547:1

**hesitate** [1] - 4565:20

**hi** [2] - 4556:23, 4559:2

**high** [1] - 4519:9

**himself** [2] - 4579:2, 4579:7

**hinge** [1] - 4596:4

**hire** [1] - 4585:8

**history** [1] - 4527:16

**hold** [2] - 4520:9, 4532:15

**holder** [1] - 4548:7

**holding** [1] - 4550:7

**home** [1] - 4568:21

**Honor** [43] - 4518:3, 4518:14, 4518:20, 4525:25, 4526:18, 4561:14, 4563:17, 4567:21, 4568:17, 4568:22, 4569:9, 4569:16, 4569:25, 4570:18, 4576:19, 4577:6, 4578:16, 4579:4, 4579:6, 4579:20, 4580:5, 4580:20, 4581:20, 4582:2, 4582:18, 4584:25, 4585:2, 4585:23, 4586:3, 4587:4, 4587:5, 4587:6, 4587:25, 4589:14, 4591:17, 4592:2, 4592:19, 4593:1, 4594:5, 4594:7, 4595:11, 4599:14, 4600:16

**Honor's** [3] - 4581:3, 4587:21, 4592:21

**HONORABLE** [1] - 4517:11

**hopefully** [1] - 4600:6

**hoping** [4] - 4574:24, 4591:11, 4592:14, 4603:13

**host** [1] - 4585:7

**hour** [3] - 4579:16, 4594:3, 4594:11

**hours** [4] - 4523:8, 4532:16, 4594:2, 4599:15

**housekeeping** [1] - 4570:18

**hundred** [4] - 4550:20, 4551:20

**hypothetical** [1] - 4591:16

---

## I

**idea** [3] - 4582:4, 4592:15, 4595:11

**identification** [1] - 4525:3

**ill** [1] - 4584:16

**illegal** [1] - 4588:14

**illiquid** [3] - 4597:2, 4597:5, 4601:23

**immediately** [2] - 4523:2, 4523:3

**impact** [1] - 4574:4

**implies** [2] - 4561:16, 4585:20

**importance** [1] - 4533:4

**improper** [1] - 4583:17

**inappropriate** [3] - 4585:15, 4585:20, 4585:21

**Inc** [4] - 4534:1, 4546:18, 4560:21, 4560:22

**include** [1] - 4595:25

**including** [3] - 4576:24, 4596:25, 4601:23

**incorporated** [1] - 4578:14

**incorporation** [1] - 4576:21

**indemnified** [2] - 4583:14, 4583:16

**INDEX** [1] - 4605:4

**indicate** [1] - 4534:5

**indicated** [1] - 4527:8

**indictment** [1] - 4578:3

**individual** [5] - 4524:4, 4529:24, 4530:14, 4539:1, 4565:14

**individually** [2] - 4534:3, 4534:6

**individuals** [2] - 4522:8, 4541:25

**information** [12] - 4532:13, 4571:4, 4571:5, 4571:11, 4574:23, 4575:5, 4583:21, 4595:4, 4598:11, 4602:7, 4602:18, 4603:18

**inherently** [1] - 4601:18

**inn** [1] - 4589:15

**instructed** [3] - 4565:16, 4582:5, 4591:6

**instructing** [1] - 4521:8

**instruction** [24] - 4521:5, 4521:7, 4531:15, 4534:15, 4536:17, 4538:18, 4541:1, 4543:1, 4543:4, 4553:17, 4555:11, 4557:9, 4560:12, 4560:20, 4565:5, 4578:10, 4582:7, 4582:11, 4585:16, 4586:20, 4589:11, 4590:13, 4603:21

**instructions** [11] - 4522:8, 4532:19, 4539:13, 4577:7, 4582:15, 4583:7, 4584:4, 4590:10, 4591:12, 4592:14, 4595:3

**intelligent** [1] - 4599:17

**intense** [1] - 4584:17

**intent** [2] - 4584:16, 4592:20

**interest** [1] - 4546:22

**interested** [3] - 4572:13, 4587:6, 4587:8

**interesting** [1] - 4585:1

**interests** [1] - 4597:9

**invested** [1] - 4597:3

**investigation** [1] - 4548:11

**investment** [5] - 4601:16, 4601:21, 4601:23, 4601:24, 4602:14

**investments** [1] - 4598:10

**investor** [3] - 4548:12, 4601:19, 4602:9

**investor's** [1] - 4602:5

**investors** [5] - 4597:4, 4597:17, 4598:7, 4598:11, 4602:10

**Investors** [3] - 4534:8, 4540:10, 4540:12

**invoices** [1] - 4572:24

**involved** [1] - 4553:16

**IRA** [1] - 4538:4

**issuance** [18] - 4520:19, 4520:20, 4520:23, 4523:6, 4525:13, 4527:2,

4531:6, 4532:1, 4533:6, 4537:15, 4544:9, 4546:18, 4556:9, 4558:21, 4558:22, 4559:11, 4560:4, 4560:5

**issue** [39] - 4520:9, 4520:21, 4521:9, 4521:15, 4521:23, 4523:18, 4531:4, 4531:14, 4532:13, 4539:13, 4539:14, 4543:4, 4545:21, 4547:11, 4548:13, 4556:23, 4559:3, 4560:23, 4565:17, 4570:16, 4572:11, 4574:6, 4574:22, 4575:17, 4575:19, 4582:23, 4583:6, 4588:2, 4590:12, 4590:15, 4590:22, 4591:10, 4596:7, 4596:16, 4597:22, 4602:25, 4603:16, 4603:24

**issued** [26] - 4523:9, 4523:11, 4529:22, 4529:23, 4531:2, 4531:5, 4532:2, 4537:20, 4542:8, 4544:8, 4546:22, 4546:25, 4547:20, 4548:17, 4550:5, 4550:6, 4552:14, 4552:17, 4552:20, 4556:8, 4558:9, 4560:1, 4565:11, 4565:13, 4595:16

**issuer** [4] - 4548:6, 4548:9, 4548:10, 4548:12

**issues** [13] - 4518:1, 4518:4, 4520:14, 4545:22, 4570:1, 4575:16, 4583:6, 4586:4, 4586:10, 4591:1, 4596:6, 4597:24, 4599:5

**issuing** [4] - 4520:18, 4521:18, 4532:2, 4577:10

**items** [1] - 4588:17

**itself** [1] - 4587:3

---

## J

**Jaclin** [2] - 4545:24, 4545:25

**JACOB** [1] - 4517:22

**JACQUELYN** [1] - 4517:16

**January** [5] - 4535:4, 4536:4, 4567:7, 4567:9, 4567:13

**jerk** [1] - 4590:21

**John** [1] - 4539:5

**journal** [1] - 4546:14

**Judge** [7] - 4526:4, 4562:2, 4563:6, 4568:14, 4599:14, 4600:13, 4603:5

**JUDGE** [1] - 4517:12

**judgment** [3] - 4546:15, 4546:18, 4546:25

**July** [1] - 4517:7

**jurors** [4] - 4518:10, 4518:11, 4568:1, 4569:13

**JURY** [2] - 4517:12, 4568:3

**jury** [57] - 4518:5, 4520:17, 4529:18, 4545:16, 4547:7, 4548:2, 4548:23, 4549:5, 4549:12, 4551:1, 4552:3, 4553:24, 4554:21, 4555:24, 4556:16, 4557:12, 4558:12, 4558:25, 4559:19, 4560:10, 4561:4, 4561:22, 4562:19, 4564:12, 4565:3, 4566:5, 4566:25, 4568:10, 4568:18, 4568:20, 4569:6, 4570:14, 4576:8, 4577:6, 4578:10, 4578:11, 4580:18, 4582:14, 4583:7, 4583:8, 4583:24, 4584:4, 4585:24, 4588:2, 4588:22, 4589:7, 4589:11,

4589:16, 4589:21, 4590:8, 4590:12, 4590:23, 4591:3, 4591:6, 4592:4, 4592:15, 4595:3
**Jury** [3] - 4568:9, 4569:12, 4570:13

# K

**KAPLAN** [1] - 4517:22
**KARTHIK** [1] - 4517:17
**kasulis** [1] - 4575:21
**KASULIS** [7] - 4517:16, 4568:22, 4586:22, 4587:4, 4589:14, 4590:25, 4600:13
**Katten** [4] - 4552:15, 4552:18, 4552:21, 4565:15
**keep** [8] - 4531:21, 4534:18, 4536:25, 4541:11, 4541:13, 4550:23, 4564:10, 4571:9
**kept** [1] - 4525:22
**Kevin** [2] - 4544:23, 4547:13
**kind** [9] - 4522:15, 4558:1, 4562:23, 4571:9, 4577:16, 4582:20, 4583:24, 4595:12, 4598:15
**kinds** [2] - 4520:11, 4521:4
**KIYO** [2] - 4517:11, 4568:14
**knee** [1] - 4590:21
**knee-jerk** [1] - 4590:21
**known** [2] - 4579:1, 4581:8
**knows** [3] - 4572:2, 4579:4, 4601:2
**Kocher** [5] - 4542:7, 4554:14, 4555:4, 4555:5, 4555:19
**Koestler** [3] - 4551:17, 4551:23, 4552:17

# L

**label** [1] - 4548:24
**ladies** [1] - 4570:3
**Lake** [1] - 4518:25
**language** [2] - 4583:18, 4584:22
**large** [1] - 4525:2
**last** [5] - 4564:3, 4572:18, 4573:14, 4581:22, 4603:12
**late** [1] - 4579:16
**latest** [2] - 4592:1, 4593:17
**latter** [1] - 4589:25
**Lavelle** [1] - 4597:9
**Law** [2] - 4576:2, 4576:15
**law** [71] - 4545:23, 4546:1, 4576:1, 4576:7, 4577:4, 4577:8, 4577:11, 4577:22, 4578:1, 4578:10, 4579:1, 4579:7, 4579:20, 4579:25, 4580:2, 4580:5, 4580:6, 4580:7, 4580:9, 4580:18, 4580:19, 4580:25, 4581:1, 4581:4, 4581:5, 4581:6, 4581:8, 4581:21, 4581:22, 4582:5, 4582:7, 4583:9, 4583:14, 4584:3, 4585:4, 4585:15, 4585:16, 4585:24, 4585:25, 4586:11, 4587:5, 4587:12, 4587:23, 4588:10, 4588:15, 4588:16, 4589:9, 4589:10, 4589:12, 4589:19, 4590:2, 4590:5, 4590:11, 4590:14, 4590:17,

4590:24, 4591:6, 4591:7, 4591:9, 4593:16, 4594:10, 4594:11, 4599:6, 4599:11, 4600:14, 4603:16, 4603:24
**Law's** [1] - 4576:24
**laws** [4] - 4576:22, 4578:8, 4578:13, 4582:10
**lawyer** [1] - 4562:4
**lay** [1] - 4603:20
**least** [2] - 4592:18, 4594:22
**leave** [3] - 4575:8, 4594:4, 4603:22
**Lee** [9] - 4559:16, 4560:1, 4560:23, 4560:24, 4560:25, 4561:9, 4564:20, 4565:7, 4565:22
**left** [2] - 4529:9, 4567:18
**left-hand** [1] - 4529:9, 4567:18
**legal** [16] - 4521:5, 4521:13, 4521:15, 4521:22, 4545:19, 4545:20, 4545:22, 4546:23, 4562:3, 4562:5, 4562:7, 4570:16, 4582:15, 4585:16, 4599:17, 4603:21
**legend** [3] - 4547:12, 4557:4, 4559:5
**length** [1] - 4591:21
**lengthy** [2] - 4578:23, 4598:24
**less** [1] - 4596:12
**letter** [8] - 4521:8, 4534:15, 4536:17, 4539:10, 4543:1, 4546:4, 4560:12, 4560:20
**letterhead** [2] - 4538:23, 4542:15
**letters** [5] - 4521:5, 4521:7, 4531:15, 4546:2, 4572:25
**liability** [2] - 4589:1
**life** [1] - 4519:2
**Limited** [4] - 4556:8, 4564:20, 4565:14, 4565:18
**limited** [4] - 4539:1, 4540:23, 4542:18, 4542:20
**limits** [2] - 4581:16, 4581:17
**Lindsay** [2] - 4539:5, 4550:18
**Lindsey** [9] - 4538:2, 4549:25, 4551:11, 4551:14, 4551:16, 4551:22, 4552:14, 4552:20, 4553:20
**line** [2] - 4527:21, 4547:4
**lines** [2] - 4522:5, 4527:6
**list** [12] - 4539:15, 4573:9, 4573:13, 4574:9, 4574:13, 4574:16, 4575:13, 4584:1, 4593:25, 4594:5, 4600:24
**listed** [2] - 4588:5, 4588:6
**lists** [1] - 4596:15
**literally** [2] - 4571:4, 4578:5
**live** [1] - 4518:24
**lived** [1] - 4519:1
**LLC** [4] - 4534:9, 4540:10, 4545:6, 4547:17
**LLP** [3] - 4552:16, 4552:18, 4565:15
**lockups** [1] - 4597:2
**log** [1] - 4527:2
**look** [14] - 4528:13, 4529:2, 4529:17, 4530:7, 4543:16, 4545:17, 4553:20, 4555:20, 4562:22, 4566:1, 4591:9, 4593:5, 4598:19, 4603:14
**looked** [2] - 4553:19, 4590:15

**looking** [6] - 4528:17, 4557:15, 4558:3, 4561:10, 4567:18, 4584:20
**looks** [1] - 4573:15
**loyalty** [1] - 4575:24
**LP** [13] - 4534:4, 4534:7, 4534:8, 4536:7, 4536:14, 4538:24, 4540:10, 4540:11, 4540:21, 4541:21, 4542:16, 4542:18
**LTD** [2] - 4557:3, 4559:3
**Lucjan** [2] - 4545:2, 4547:15

# M

**ma'am** [2] - 4549:13, 4550:8
**mail** [28] - 4517:24, 4521:8, 4524:10, 4530:18, 4530:23, 4531:13, 4531:18, 4532:6, 4532:10, 4532:17, 4533:15, 4533:23, 4536:2, 4540:14, 4540:19, 4552:5, 4552:6, 4552:7, 4553:1, 4553:2, 4554:22, 4554:23, 4556:18, 4559:1, 4559:10, 4596:15, 4597:13, 4597:15
**mailing** [1] - 4534:1
**mails** [3] - 4571:4, 4572:19, 4572:25
**maintain** [2] - 4522:17, 4570:7
**maintained** [2] - 4523:1, 4523:3
**maintains** [1] - 4522:20
**majority** [1] - 4587:9
**manage** [1] - 4520:6
**Management** [9] - 4534:4, 4534:7, 4535:11, 4535:21, 4536:7, 4536:14, 4537:8, 4538:24, 4540:2
**manager** [1] - 4519:25
**managing** [1] - 4542:20
**marc** [1] - 4560:14
**MARC** [1] - 4517:21
**March** [11] - 4539:25, 4541:19, 4543:15, 4556:3, 4556:21, 4557:19, 4558:16, 4559:1, 4559:10, 4559:23, 4565:9
**Marcum** [3] - 4601:4, 4603:10, 4603:18
**Marek** [4] - 4545:2, 4547:15, 4548:25, 4552:13
**mark** [4] - 4571:8, 4572:6, 4573:1, 4597:11
**marked** [6] - 4525:3, 4526:17, 4570:25, 4596:22, 4597:13, 4597:15
**marketing** [1] - 4597:1
**marking** [1] - 4573:4
**marshal** [1] - 4538:4
**Marshall** [1] - 4539:6
**MARTIN** [1] - 4517:8
**Martin** [25] - 4524:4, 4530:9, 4533:16, 4533:23, 4533:25, 4534:11, 4534:12, 4534:16, 4536:3, 4536:14, 4537:10, 4538:20, 4540:4, 4540:19, 4541:8, 4542:14, 4543:8, 4543:13, 4552:10, 4554:15, 4555:4, 4566:18, 4567:15
**massella** [1] - 4580:12
**match** [1] - 4543:9
**materials** [2] - 4557:20, 4597:1
**MATSUMOTO** [2] - 4517:11, 4568:14

**matter** [3] - 4591:3, 4597:20, 4604:5
**MD** [2] - 4552:14, 4552:20
**mean** [11] - 4521:22, 4525:11, 4529:10, 4529:20, 4530:2, 4531:10, 4550:10, 4550:13, 4571:14, 4594:14, 4602:21
**meaning** [1] - 4594:15
**meant** [1] - 4521:20
**meantime** [1] - 4596:3
**medallion** [6] - 4522:7, 4522:11, 4522:13, 4522:15, 4522:16, 4542:23
**media** [1] - 4570:8
**member** [1] - 4542:21
**members** [4] - 4580:14, 4587:13, 4588:23, 4599:17
**mentioned** [6] - 4519:21, 4520:14, 4521:10, 4522:4, 4526:10, 4528:9
**mentioning** [2] - 4521:13, 4531:16
**merge** [1] - 4523:21
**merged** [1] - 4533:2
**merger** [8] - 4523:24, 4524:17, 4524:22, 4530:24, 4530:25, 4531:1, 4532:25, 4533:8
**merits** [1] - 4584:23
**Merrill** [32] - 4518:15, 4518:22, 4524:4, 4524:24, 4525:6, 4526:20, 4527:6, 4527:14, 4527:21, 4528:16, 4532:24, 4534:20, 4536:16, 4538:6, 4539:21, 4543:19, 4545:14, 4545:17, 4547:22, 4548:15, 4551:2, 4553:2, 4553:8, 4555:16, 4557:25, 4559:9, 4561:10, 4564:3, 4566:2, 4567:14, 4568:19, 4569:15
**MERRILL** [2] - 4518:16, 4605:6
**metric** [1] - 4601:13
**Michael** [4] - 4552:10, 4553:5, 4553:14, 4597:8
**microphone** [1] - 4519:4
**mid** [2] - 4568:1, 4573:15
**mid-morning** [1] - 4568:1
**mid-next** [1] - 4573:15
**middle** [13] - 4532:10, 4535:7, 4537:11, 4540:5, 4541:22, 4544:6, 4548:4, 4549:21, 4551:9, 4554:6, 4556:6, 4559:24, 4566:7
**might** [11] - 4571:3, 4572:10, 4579:5, 4580:2, 4582:16, 4589:2, 4592:15, 4593:12, 4594:18, 4599:24, 4601:1
**mind** [2] - 4570:8, 4586:15
**minute** [3] - 4519:21, 4529:5, 4568:11
**minutes** [5] - 4532:4, 4568:6, 4579:20, 4588:7, 4600:1
**misimpression** [1] - 4583:9
**misleading** [2] - 4601:18, 4602:21
**mistake** [1] - 4559:13
**moment** [1] - 4567:21
**Monday** [10] - 4570:2, 4570:10, 4570:22, 4573:2, 4576:13, 4577:19, 4591:21, 4592:1, 4599:21, 4601:2
**money** [7] - 4575:25, 4577:10, 4583:1, 4596:23, 4601:13, 4601:22, 4602:3
**morning** [13] - 4518:18, 4518:22,

4518:23, 4568:1, 4570:2, 4570:5, 4570:10, 4581:23, 4582:22, 4595:16, 4598:25, 4599:2, 4599:21
**most** [5] - 4575:17, 4585:3, 4586:23, 4597:20, 4597:23
**motion** [2] - 4578:3, 4590:16
**motive** [1] - 4589:6
**move** [1] - 4525:25
**MR** [103] - 4518:14, 4518:20, 4518:21, 4519:3, 4521:21, 4525:25, 4526:4, 4526:18, 4526:19, 4545:14, 4546:10, 4547:8, 4547:25, 4548:3, 4548:21, 4549:3, 4549:9, 4550:23, 4552:1, 4552:11, 4553:19, 4554:19, 4555:19, 4556:14, 4556:21, 4557:2, 4557:10, 4558:10, 4558:23, 4559:1, 4559:15, 4560:8, 4560:19, 4561:13, 4561:16, 4561:18, 4562:2, 4562:8, 4562:18, 4562:19, 4562:20, 4563:2, 4563:6, 4563:19, 4564:2, 4564:3, 4564:9, 4565:1, 4565:10, 4566:1, 4566:6, 4566:22, 4567:1, 4567:21, 4567:23, 4571:25, 4572:9, 4572:16, 4574:2, 4574:12, 4574:18, 4575:3, 4575:13, 4577:21, 4578:16, 4580:20, 4584:9, 4584:13, 4584:25, 4587:25, 4590:15, 4591:7, 4591:16, 4591:19, 4592:8, 4592:11, 4592:17, 4593:13, 4593:22, 4594:1, 4594:14, 4594:16, 4594:18, 4595:9, 4596:2, 4596:11, 4596:16, 4598:22, 4599:7, 4599:13, 4599:19, 4599:24, 4600:3, 4600:8, 4600:21, 4600:25, 4601:12, 4603:1, 4603:5, 4603:7, 4603:9, 4604:2, 4605:7
**MS** [44] - 4518:3, 4526:9, 4562:21, 4563:17, 4568:17, 4568:22, 4569:4, 4569:9, 4569:16, 4569:25, 4570:18, 4571:14, 4571:21, 4572:6, 4572:12, 4572:17, 4574:7, 4574:25, 4575:11, 4575:16, 4578:2, 4580:5, 4582:2, 4582:18, 4586:22, 4587:4, 4589:14, 4590:25, 4593:19, 4594:21, 4595:12, 4595:25, 4596:21, 4598:4, 4598:24, 4599:3, 4599:20, 4600:11, 4600:13, 4600:16, 4601:3, 4601:10, 4602:2, 4603:16
**MSMB** [8] - 4534:3, 4534:4, 4534:6, 4534:7, 4534:8, 4534:12, 4535:11, 4535:21, 4536:6, 4536:13, 4537:8, 4538:24, 4539:18, 4540:2, 4540:10, 4540:11, 4540:12, 4540:21, 4541:21, 4541:24, 4542:1, 4542:16, 4542:18, 4542:19, 4571:12, 4580:13, 4597:1, 4597:3, 4597:10, 4598:9, 4602:4, 4602:10, 4602:16
**Muchin** [4] - 4552:15, 4552:18, 4552:21, 4565:15
**Mulleady** [7] - 4544:23, 4547:13, 4596:10, 4596:11, 4596:13, 4596:17, 4596:19
**mulleady** [1] - 4596:12
**must** [1] - 4532:13

**mutual** [1] - 4574:21
**mutually** [1] - 4590:11

## N

**name** [18] - 4523:23, 4524:2, 4524:11, 4527:8, 4529:19, 4529:22, 4533:25, 4535:20, 4547:21, 4550:3, 4552:14, 4552:17, 4552:20, 4555:4, 4565:13, 4565:14, 4565:17
**named** [2] - 4524:4, 4548:6
**names** [2] - 4538:1, 4573:16
**nature** [1] - 4601:12
**NAV** [8] - 4570:20, 4570:25, 4571:4, 4571:5, 4571:8, 4571:11, 4571:20, 4601:3
**near** [2] - 4525:19, 4566:7
**necessarily** [3] - 4583:12, 4586:14, 4603:3
**necessary** [3] - 4562:15, 4562:25, 4577:15
**need** [25] - 4518:1, 4532:13, 4570:22, 4571:14, 4571:23, 4571:25, 4573:16, 4575:1, 4580:2, 4582:8, 4582:16, 4582:19, 4583:5, 4586:2, 4586:7, 4588:3, 4588:10, 4589:18, 4589:22, 4590:1, 4594:3, 4594:11, 4603:19, 4603:21
**needs** [3] - 4570:16, 4586:6, 4591:6
**Neill** [2] - 4538:3, 4539:5
**never** [2] - 4575:6, 4575:22
**new** [12] - 4522:8, 4522:12, 4531:9, 4533:25, 4535:18, 4541:12, 4541:25, 4550:6, 4557:3, 4559:4, 4560:4, 4560:5
**NEW** [1] - 4517:1
**New** [9] - 4517:6, 4517:15, 4517:16, 4517:20, 4534:11, 4549:2, 4549:8
**next** [16] - 4531:24, 4532:9, 4543:2, 4543:21, 4547:25, 4549:3, 4570:1, 4573:15, 4589:2, 4591:12, 4592:4, 4592:14, 4593:2, 4597:25, 4603:14
**nice** [1] - 4570:10
**night** [2] - 4572:18, 4581:22
**ninth** [1] - 4554:19
**noon** [2] - 4594:1, 4600:10
**note** [1] - 4546:20
**nothing** [2] - 4573:14, 4574:6
**notice** [5] - 4577:23, 4578:21, 4578:22, 4580:3, 4581:25
**notify** [3] - 4563:7, 4563:15, 4581:16
**November** [2] - 4527:13, 4546:21
**Number** [6] - 4545:15, 4546:17, 4548:22, 4556:15, 4557:11, 4558:24
**number** [59] - 4518:3, 4527:22, 4527:23, 4527:24, 4527:25, 4528:1, 4528:3, 4528:14, 4529:4, 4529:5, 4529:17, 4529:19, 4529:21, 4529:23, 4529:25, 4530:8, 4530:11, 4530:17, 4531:24, 4532:2, 4532:22, 4534:20, 4535:1, 4535:22, 4536:2, 4537:3, 4539:21, 4540:12, 4540:19, 4541:16, 4543:2,

4543:5, 4543:19, 4544:14, 4544:19,
4549:15, 4551:2, 4551:13, 4552:2,
4553:25, 4555:25, 4557:7, 4558:13,
4559:8, 4559:20, 4560:9, 4564:13,
4565:2, 4565:12, 4566:8, 4566:24,
4567:4, 4567:19, 4572:25, 4577:1,
4594:9, 4597:11, 4598:13
**numbers** [7] - 4532:3, 4537:24,
4540:13, 4543:9, 4595:19, 4602:8

## O

**o'clock** [8] - 4570:10, 4599:12, 4600:7,
4600:8, 4600:12, 4603:10, 4604:1
**obfuscate** [1] - 4583:2
**object** [4] - 4571:17, 4580:3, 4582:1,
4601:7
**objected** [2] - 4563:10, 4596:14
**objecting** [1] - 4595:14
**objection** [9] - 4526:8, 4561:13,
4561:16, 4563:11, 4563:13, 4591:1,
4594:9, 4595:19, 4601:12
**objections** [7] - 4561:19, 4596:1,
4596:4, 4596:8, 4596:21, 4598:20,
4601:8
**obligated** [1] - 4590:10
**obligation** [5] - 4561:17, 4562:3,
4562:6, 4562:7, 4590:22
**obligations** [2] - 4584:7, 4589:3
**observations** [2] - 4584:9, 4603:20
**obstruction** [1] - 4586:4
**obtained** [1] - 4589:18
**obviate** [2] - 4582:7, 4582:16
**obvious** [2] - 4577:16, 4577:17
**obviously** [5] - 4562:11, 4571:1, 4601:3,
4602:19
**OF** [3] - 4517:1, 4517:3, 4517:11
**offer** [1] - 4575:4
**Office** [1] - 4582:9
**office** [3] - 4574:19, 4575:8, 4594:4
**officer** [5] - 4520:25, 4524:8, 4548:7,
4560:16, 4575:23
**officers** [6] - 4576:3, 4576:16, 4580:15,
4583:14, 4584:7, 4603:19
**official** [1] - 4573:14
**Official** [1] - 4517:23
**Oklahoma** [1] - 4546:16
**once** [8] - 4520:20, 4572:25, 4575:14,
4577:6, 4589:11, 4593:13, 4593:14,
4595:23
**one** [26] - 4518:8, 4521:10, 4524:14,
4526:22, 4528:4, 4531:9, 4531:15,
4532:17, 4541:4, 4552:24, 4566:1,
4567:3, 4567:21, 4570:23, 4571:11,
4586:5, 4587:7, 4590:9, 4592:17,
4592:24, 4597:13, 4600:20, 4601:13,
4603:7, 4604:1
**ones** [2] - 4526:10, 4572:20
**ongoing** [1] - 4570:6
**open** [7] - 4564:1, 4568:10, 4568:13,
4570:8, 4570:14, 4589:5, 4603:22
**operating** [1] - 4584:16

**opine** [1] - 4579:20
**opinion** [9] - 4521:14, 4521:15,
4521:22, 4545:19, 4545:20, 4546:23,
4547:10, 4577:3, 4579:11
**opinions** [2] - 4521:5, 4545:22
**opponents** [1] - 4571:10
**opposed** [3] - 4537:14, 4538:11,
4556:10, 4571:14
**option** [1] - 4603:22
**order** [3] - 4582:25, 4587:11, 4595:16
**ordinary** [1] - 4525:22
**Oremland** [1] - 4576:13
**oremland** [2] - 4577:2, 4578:7
**organized** [1] - 4522:22
**original** [2] - 4550:6, 4563:9
**ourselves** [1] - 4599:7
**outlined** [1] - 4586:10
**outside** [2] - 4568:10, 4570:14
**outstanding** [1] - 4548:8
**overnight** [1] - 4565:16
**owe** [1] - 4575:23
**owed** [3] - 4552:12, 4552:19, 4578:5
**own** [1] - 4534:5
**owned** [2] - 4519:15, 4534:2
**ownership** [1] - 4542:21

## P

**P.C** [1] - 4517:19
**page** [54] - 4527:7, 4527:20, 4528:16,
4528:17, 4530:16, 4531:24, 4532:3,
4532:9, 4532:22, 4536:1, 4536:11,
4537:11, 4538:16, 4539:8, 4540:5,
4540:18, 4541:4, 4541:22, 4542:12,
4543:2, 4543:10, 4543:21, 4545:15,
4547:3, 4547:23, 4548:1, 4548:18,
4548:21, 4549:3, 4549:21, 4551:9,
4552:1, 4553:11, 4554:6, 4554:19,
4556:6, 4556:14, 4557:10, 4557:15,
4558:23, 4559:24, 4560:8, 4561:2,
4561:7, 4561:24, 4563:25, 4565:1,
4566:7, 4566:23, 4567:2, 4567:18,
4573:21, 4597:25
**PAGE** [1] - 4605:5
**pages** [1] - 4543:12
**Panoff** [1] - 4560:14
**paper** [2] - 4523:16, 4562:17
**paragraph** [7] - 4533:1, 4546:11,
4546:13, 4547:5, 4548:4, 4557:18,
4561:7
**parenthesis** [1] - 4530:2
**part** [13] - 4531:19, 4532:19, 4550:4,
4557:23, 4559:13, 4566:7, 4575:19,
4578:23, 4579:2, 4579:8, 4579:13,
4583:21, 4601:8
**participants** [1] - 4544:20
**particular** [1] - 4578:1
**particularly** [2] - 4576:16, 4577:11
**parties** [5] - 4568:8, 4574:21, 4584:20,
4587:14, 4591:10, 4591:15
**partners** [4] - 4539:1, 4540:23, 4542:20,

4542:22
**partnership** [1] - 4542:18
**Partnership** [3] - 4564:21, 4565:14,
4565:18
**parts** [1] - 4545:18
**party** [14] - 4576:4, 4576:17, 4577:12,
4580:10, 4580:12, 4580:14, 4584:15,
4587:15, 4587:16, 4587:20, 4588:10,
4588:11, 4588:12, 4588:13
**pass** [2] - 4597:17, 4598:11
**past** [1] - 4524:9
**path** [1] - 4584:21
**Pause** [2] - 4518:9, 4567:22
**paying** [1] - 4588:20
**payment** [1] - 4560:25
**payroll** [1] - 4519:15
**people** [8] - 4520:3, 4521:10, 4531:2,
4542:8, 4548:18, 4585:9, 4585:12,
4598:8
**per** [1] - 4546:22
**percent** [4] - 4546:22, 4548:8, 4592:22,
4596:4
**perception** [1] - 4580:21
**performance** [4] - 4571:20, 4601:20,
4601:21, 4602:5
**period** [2] - 4527:12, 4528:7
**permitted** [1] - 4585:11
**person** [5] - 4534:16, 4548:10, 4555:12,
4582:8, 4585:6, 4601:4
**person's** [1] - 4595:23
**personal** [1] - 4584:15
**perspective** [1] - 4572:1
**phrase** [1] - 4529:9
**physical** [6] - 4523:10, 4523:14, 4538:9,
4538:10, 4538:11, 4540:8
**pick** [3] - 4571:7, 4572:19, 4583:20
**piece** [2] - 4523:16, 4562:17
**Pierotti** [2] - 4554:4, 4557:16
**Pineapple** [1] - 4549:8
**place** [1] - 4528:22
**placed** [2] - 4557:4, 4559:5
**Plaza** [1] - 4517:15
**pleading** [1] - 4578:4
**plus** [1] - 4546:21
**pockets** [1] - 4597:2
**point** [18] - 4518:6, 4522:1, 4536:22,
4553:13, 4562:12, 4572:13, 4573:15,
4573:17, 4577:21, 4579:14, 4583:13,
4586:11, 4586:15, 4586:16, 4587:4,
4595:21, 4598:1, 4602:14
**pointed** [1] - 4580:21
**pointedly** [1] - 4585:3
**points** [3] - 4596:5, 4596:24, 4601:17
**portion** [2] - 4592:21, 4597:4
**position** [7] - 4519:24, 4536:7, 4548:13,
4578:17, 4578:23, 4581:21, 4584:20
**positions** [1] - 4586:4
**possibility** [1] - 4601:4
**post** [2] - 4591:11, 4593:9
**posted** [1] - 4592:14
**posting** [3] - 4593:1, 4593:4

**potential** [1] - 4592:18
**potentially** [1] - 4601:3
**power** [5] - 4522:7, 4522:11, 4522:12, 4522:16, 4542:23
**PPM** [1] - 4601:25
**pre** [1] - 4521:23
**pre-trading** [1] - 4521:23
**precisely** [1] - 4581:13
**preclude** [2] - 4590:9, 4591:11
**precluded** [2] - 4579:21, 4586:11
**precluding** [2] - 4589:21, 4591:5
**predicate** [1] - 4585:16
**prefer** [1] - 4531:3
**prepare** [1] - 4574:23
**prepared** [2] - 4569:23, 4577:19
**presence** [2] - 4568:10, 4570:14
**present** [4] - 4518:11, 4548:4, 4548:5, 4569:13
**presentation** [1] - 4578:24
**presented** [3] - 4529:11, 4529:12
**pretrial** [3] - 4578:20, 4578:22, 4581:25
**pretty** [2] - 4568:25, 4572:22
**preview** [1] - 4593:20
**previous** [4] - 4536:11, 4542:2, 4551:14, 4559:9
**previously** [2] - 4540:14, 4570:25
**primarily** [2] - 4602:16, 4603:3
**principle** [3] - 4577:16, 4578:18, 4579:1
**private** [1] - 4542:18
**problem** [1] - 4581:14
**procedures** [1] - 4580:10
**proceed** [2] - 4518:13, 4518:19
**proceedings** [1] - 4567:22
**Proceedings** [1] - 4517:25
**process** [5] - 4520:17, 4523:6, 4533:10, 4570:21, 4591:14
**processed** [1] - 4528:7
**processes** [1] - 4580:10
**produced** [1] - 4517:25
**production** [2] - 4572:21, 4572:22
**proffered** [1] - 4596:15
**prohibited** [1] - 4587:22
**promised** [1] - 4595:18
**promissory** [1] - 4546:20
**proof** [1] - 4562:5
**property** [1] - 4538:4
**propose** [1] - 4548:13
**prosecutors** [1] - 4581:13
**prove** [2] - 4571:15, 4579:24
**proven** [1] - 4580:24
**provide** [13] - 4572:17, 4573:1, 4573:7, 4574:2, 4574:22, 4577:7, 4578:10, 4585:13, 4587:23, 4594:24, 4595:4, 4597:6, 4600:24
**provided** [5] - 4539:15, 4543:6, 4572:23, 4574:3, 4601:6
**provides** [3] - 4540:23, 4577:6, 4598:10
**providing** [3] - 4571:3, 4571:5, 4571:11
**public** [3] - 4575:25, 4577:10, 4588:17
**published** [22] - 4545:16, 4547:7, 4548:2, 4548:23, 4549:5, 4549:12,

4551:1, 4552:3, 4553:24, 4554:21, 4555:24, 4556:16, 4557:12, 4558:12, 4558:25, 4559:19, 4560:10, 4561:4, 4564:12, 4565:3, 4566:5, 4566:25
**pull** [2] - 4566:3, 4582:21
**punch** [1] - 4597:5
**purely** [2] - 4602:6, 4602:16
**purpose** [1] - 4527:14
**purposes** [2] - 4591:17, 4591:19
**pursuant** [3] - 4546:20, 4555:2, 4576:22
**pursue** [1] - 4588:21
**put** [13] - 4518:4, 4531:23, 4540:7, 4571:23, 4571:25, 4572:14, 4577:14, 4579:3, 4589:11, 4593:6, 4594:4, 4601:24, 4603:19
**putting** [1] - 4531:11

## Q

**qualifications** [1] - 4547:10
**questions** [9] - 4531:7, 4542:24, 4555:8, 4562:2, 4565:20, 4567:23, 4579:6, 4580:22, 4580:23
**quickly** [1] - 4523:6
**quite** [2] - 4583:23, 4603:15

## R

**R012100** [1] - 4566:24
**Rachel** [1] - 4533:19
**raise** [1] - 4518:4
**raised** [5] - 4575:18, 4585:1, 4585:2, 4586:11, 4586:15
**raising** [2] - 4577:25, 4590:3
**range** [1] - 4571:9
**rate** [1] - 4546:22
**rather** [3] - 4531:12, 4603:11, 4603:21
**re** [1] - 4565:17
**re-issue** [1] - 4565:17
**reaction** [1] - 4590:21
**read** [2] - 4570:8, 4585:14
**reading** [1] - 4590:17
**reads** [2] - 4546:13, 4548:5
**ready** [3] - 4518:13, 4569:2, 4599:21
**realize** [1] - 4576:10
**really** [4] - 4584:23, 4593:20, 4597:16, 4602:15
**reason** [3] - 4574:15, 4585:14, 4602:1
**receive** [2] - 4522:1, 4533:8, 4544:23, 4555:7, 4558:4, 4561:11
**received** [13] - 4532:19, 4537:16, 4537:17, 4544:11, 4546:14, 4548:16, 4551:14, 4562:9, 4562:14, 4567:15, 4572:23, 4573:9, 4573:12
**Recess** [1] - 4568:13
**recipient** [1] - 4558:17
**recognizing** [1] - 4579:10
**record** [9] - 4530:13, 4561:21, 4562:5, 4569:8, 4579:3, 4582:9, 4591:4, 4593:10, 4595:22
**recorded** [1] - 4517:25
**records** [8] - 4520:6, 4520:10, 4525:19,

4525:22, 4534:5, 4541:11, 4587:1, 4602:7
**recruit** [1] - 4598:9
**recruiting** [1] - 4598:7
**redo** [1] - 4593:11
**refer** [1] - 4601:10
**referenced** [1] - 4578:8
**references** [1] - 4576:23
**reflect** [2] - 4593:10, 4601:19
**reflected** [6] - 4547:22, 4548:18, 4550:18, 4553:11, 4557:17, 4567:19
**refrain** [1] - 4570:7
**regarding** [2] - 4571:20, 4572:11
**regards** [2] - 4531:8, 4555:8
**Registrar** [40] - 4519:18, 4519:19, 4519:24, 4520:12, 4522:17, 4523:6, 4523:20, 4524:1, 4524:18, 4527:17, 4528:7, 4528:9, 4529:13, 4530:19, 4531:21, 4533:5, 4533:10, 4533:19, 4533:21, 4534:14, 4536:18, 4540:25, 4541:10, 4542:8, 4543:7, 4543:13, 4544:12, 4548:15, 4549:7, 4553:8, 4555:16, 4557:23, 4558:8, 4560:21, 4561:11, 4563:15, 4564:5, 4565:23, 4566:15, 4567:12
**Registrar's** [4] - 4524:25, 4525:23, 4555:10, 4559:13
**reign** [1] - 4579:14
**relate** [1] - 4525:17
**related** [19] - 4531:13, 4553:20, 4555:20, 4576:4, 4576:17, 4577:12, 4580:10, 4580:12, 4580:14, 4587:15, 4587:16, 4587:20, 4588:10, 4588:11, 4588:12, 4588:13, 4597:14, 4597:22
**related-party** [14] - 4576:17, 4580:10, 4580:12, 4580:14, 4587:15, 4587:16, 4587:20, 4588:10, 4588:11, 4588:12, 4588:13
**relating** [3] - 4548:13, 4561:11, 4564:6
**relation** [1] - 4558:4
**relationship** [3] - 4524:15, 4588:21, 4596:25
**release** [1] - 4561:1
**relevant** [2] - 4525:20, 4562:20
**rely** [1] - 4545:21
**relying** [1] - 4553:15
**remaining** [1] - 4595:8
**remember** [1] - 4596:14
**rendered** [1] - 4546:24
**repeatedly** [1] - 4573:12
**rephrase** [1] - 4561:14
**report** [2] - 4526:25, 4527:1
**Reporter** [2] - 4517:23, 4517:23
**reports** [2] - 4571:20, 4572:24
**represent** [4] - 4527:22, 4546:13, 4548:6, 4571:19
**representation** [2] - 4597:16, 4602:22
**representative** [1] - 4572:19
**represented** [1] - 4524:14
**request** [9] - 4520:23, 4522:24, 4529:11, 4529:12, 4531:14, 4532:20,

4566:15, 4573:18, 4603:7
**requested** [13] - 4535:5, 4536:19, 4537:7, 4540:1, 4541:20, 4544:4, 4549:19, 4551:7, 4554:4, 4556:4, 4564:17, 4566:13, 4567:10
**requesting** [4] - 4520:20, 4534:1, 4542:21, 4565:17
**requests** [1] - 4558:1
**require** [1] - 4592:24
**required** [4] - 4520:21, 4523:1, 4560:25, 4580:10
**requirement** [1] - 4562:21
**requires** [3] - 4585:18, 4590:14, 4591:8
**reshape** [1] - 4595:10
**resolution** [6] - 4562:4, 4562:24, 4563:8, 4563:12, 4563:16, 4563:18
**resolution's** [1] - 4562:15
**resolutions** [7] - 4558:4, 4561:11, 4562:23, 4563:3, 4563:9, 4563:14, 4564:6
**resolve** [3] - 4570:1, 4596:17, 4603:24
**resolved** [3] - 4599:22, 4600:1, 4600:6
**respect** [3] - 4546:24, 4592:20, 4593:15
**respectfully** [1] - 4585:3
**respective** [1] - 4586:3
**respond** [3] - 4595:20, 4598:23, 4600:19
**responding** [1] - 4586:14
**response** [4] - 4553:8, 4558:1, 4558:7, 4565:23
**responsibilities** [1] - 4585:7
**rest** [2] - 4592:1, 4603:3
**resting** [1] - 4591:20
**restricted** [26] - 4522:2, 4530:3, 4531:1, 4535:14, 4535:15, 4535:24, 4535:25, 4538:6, 4538:8, 4540:16, 4540:17, 4542:10, 4542:11, 4544:16, 4550:16, 4551:24, 4554:17, 4556:12, 4556:13, 4557:4, 4559:4, 4560:6, 4560:7, 4560:23, 4564:24, 4564:25
**restrictive** [1] - 4547:12
**result** [2] - 4576:9, 4579:12
**resume** [1] - 4570:2
**retrieve** [1] - 4568:6
**Retrophin** [51] - 4524:8, 4524:16, 4524:21, 4525:17, 4526:25, 4527:10, 4527:17, 4530:22, 4530:24, 4533:3, 4536:22, 4549:20, 4550:16, 4551:8, 4554:5, 4554:10, 4556:5, 4556:12, 4557:1, 4557:3, 4557:16, 4558:4, 4559:4, 4560:3, 4560:17, 4560:22, 4560:24, 4561:9, 4564:6, 4564:18, 4565:12, 4565:15, 4565:16, 4567:11, 4575:18, 4576:21, 4578:13, 4579:8, 4579:15, 4580:13, 4585:12, 4585:21, 4589:3, 4589:4, 4589:13, 4590:6, 4597:3, 4597:10, 4601:17, 4602:15, 4603:20
**review** [2] - 4532:12, 4548:10
**reviewed** [1] - 4525:6
**Richard** [6] - 4517:23, 4542:6, 4554:14,

4555:4, 4555:5, 4555:19
**Richardson** [1] - 4588:3
**right-hand** [1] - 4567:1
**rise** [4] - 4568:8, 4568:15, 4569:11, 4570:12
**Rockaway** [1] - 4549:2
**ROHDE** [1] - 4517:14
**role** [5] - 4520:1, 4520:5, 4521:13, 4576:16, 4576:17
**rolled** [1] - 4597:10
**Ron** [4] - 4596:6, 4597:12, 4597:14, 4597:15
**room** [1] - 4584:13
**Rosenman** [4] - 4552:15, 4552:18, 4552:21, 4565:15
**Rosenwald** [10] - 4538:2, 4539:5, 4549:25, 4550:18, 4551:14, 4551:22, 4552:14, 4552:20, 4552:24, 4553:20
**Rosenwald's** [2] - 4551:11, 4551:16
**round** [1] - 4597:6
**RPR** [1] - 4517:23
**RTRX** [3] - 4556:24, 4556:25, 4559:3
**Rule** [7] - 4576:14, 4580:6, 4580:7, 4592:3, 4595:10, 4595:12
**rule** [5] - 4579:1, 4579:6, 4579:13, 4579:25, 4585:4
**rules** [1] - 4585:14
**rulings** [1] - 4526:9
**run** [1] - 4522:5
**rwbarrycourtreporter@gmail.com** [1] - 4517:24

## S

**Salt** [1] - 4518:25
**sample** [1] - 4571:18
**sampling** [2] - 4572:2, 4572:3
**sands** [1] - 4581:14
**Sarah** [2] - 4538:3, 4539:5
**saw** [12] - 4529:5, 4532:4, 4536:10, 4537:24, 4539:10, 4540:13, 4542:1, 4543:9, 4551:13, 4559:9, 4566:10, 4588:5
**schedule** [1] - 4603:25
**scheduling** [1] - 4591:17
**scheme** [1] - 4582:25
**school** [1] - 4519:9
**Schuyler** [2] - 4538:4, 4539:5
**scope** [1] - 4573:6
**screen** [2] - 4547:2, 4566:22
**scroll** [2] - 4546:11, 4552:25
**seam** [1] - 4581:12
**seat** [4] - 4518:12, 4568:16, 4569:14, 4570:15
**SEC** [9] - 4576:23, 4577:1, 4583:11, 4583:13, 4583:18, 4583:25, 4587:17, 4588:6
**second** [7] - 4520:14, 4536:1, 4537:24, 4552:1, 4559:11, 4562:5, 4567:2
**Secretary** [1] - 4576:12
**section** [6] - 4547:4, 4547:8, 4567:14,

4583:15, 4587:5, 4587:21
**Section** [1] - 4580:8
**sections** [1] - 4576:24
**securities** [1] - 4548:8
**security** [2] - 4548:13, 4601:24
**see** [19] - 4527:15, 4528:3, 4530:4, 4530:9, 4539:4, 4540:11, 4542:6, 4545:24, 4551:12, 4551:18, 4553:18, 4563:14, 4564:6, 4570:10, 4574:19, 4588:8, 4593:21, 4599:12, 4603:11
**seeking** [1] - 4526:5
**sees** [5] - 4562:23, 4563:3, 4563:9, 4581:10
**selection** [1] - 4571:7
**send** [16] - 4533:17, 4534:11, 4539:2, 4543:13, 4554:25, 4555:3, 4555:6, 4557:7, 4559:7, 4562:3, 4562:6, 4565:11, 4568:20, 4572:2, 4594:5
**sending** [1] - 4597:1
**sends** [1] - 4601:15
**sense** [2] - 4518:4, 4582:20
**sent** [17] - 4533:15, 4533:23, 4536:2, 4536:4, 4549:1, 4549:6, 4553:4, 4554:22, 4556:21, 4556:22, 4557:5, 4557:20, 4559:6, 4560:13, 4565:6, 4597:3, 4602:9
**separate** [5] - 4538:4, 4589:14, 4589:23, 4597:21, 4598:14
**September** [1] - 4587:18
**series** [3] - 4536:25, 4541:14, 4550:23
**serves** [1] - 4560:20
**service** [1] - 4570:6
**set** [6] - 4531:2, 4531:3, 4547:10, 4570:25, 4584:5, 4598:18
**settlement** [7] - 4561:1, 4576:4, 4580:11, 4583:3, 4594:25, 4600:17, 4600:18
**seventh** [1] - 4548:1
**shall** [5] - 4552:14, 4552:15, 4552:16, 4552:20, 4552:21
**shape** [2] - 4578:22, 4595:9
**share** [2] - 4535:9, 4555:20
**shareholder** [5] - 4520:10, 4522:10, 4522:12, 4522:13, 4560:22
**shareholders** [3] - 4548:6, 4548:11, 4548:12
**shares** [115] - 4520:15, 4520:18, 4520:20, 4520:23, 4521:9, 4521:15, 4521:18, 4521:23, 4522:2, 4522:5, 4522:6, 4522:8, 4523:11, 4529:20, 4529:22, 4529:23, 4530:6, 4530:11, 4530:13, 4531:11, 4532:4, 4533:10, 4534:6, 4534:7, 4534:8, 4535:10, 4535:12, 4535:14, 4535:22, 4537:13, 4538:1, 4538:2, 4538:3, 4538:4, 4538:5, 4538:6, 4539:1, 4539:13, 4540:7, 4540:9, 4540:11, 4540:13, 4540:16, 4541:2, 4541:24, 4542:4, 4542:10, 4543:4, 4543:5, 4543:13, 4544:11, 4544:12, 4544:14, 4544:16, 4544:23, 4545:21, 4546:19, 4546:24,

4547:11, 4547:20, 4547:22, 4548:6, 4548:17, 4549:6, 4549:10, 4549:23, 4550:16, 4550:18, 4551:11, 4551:16, 4551:22, 4551:24, 4552:12, 4552:14, 4552:15, 4552:16, 4552:19, 4552:21, 4552:24, 4553:10, 4554:8, 4554:9, 4554:10, 4554:12, 4554:13, 4555:3, 4555:4, 4555:5, 4555:18, 4556:8, 4556:11, 4556:12, 4556:23, 4558:9, 4558:17, 4558:19, 4559:3, 4560:1, 4560:2, 4560:23, 4560:25, 4564:20, 4564:22, 4565:12, 4565:25, 4566:20, 4567:17, 4575:25, 4577:10, 4585:5, 4585:12

**sharp** [1] - 4587:25

**shift** [1] - 4589:15

**shifting** [1] - 4581:14

**shipped** [1] - 4541:11

**shkreli** [3] - 4586:12, 4588:22, 4589:2

**Shkreli** [50] - 4524:5, 4524:9, 4530:9, 4533:16, 4533:24, 4533:25, 4534:12, 4534:16, 4536:3, 4536:6, 4536:14, 4537:10, 4538:20, 4540:4, 4540:20, 4541:8, 4542:14, 4543:8, 4543:13, 4552:10, 4554:15, 4555:5, 4570:9, 4571:3, 4571:10, 4571:20, 4575:17, 4578:18, 4578:25, 4579:7, 4579:25, 4580:19, 4580:25, 4581:11, 4585:4, 4585:11, 4585:17, 4585:19, 4585:21, 4587:13, 4587:16, 4588:16, 4589:22, 4590:6, 4590:23, 4598:5, 4598:7, 4598:10, 4601:15

**SHKRELI** [1] - 4517:8

**Shkreli's** [4] - 4566:18, 4567:15, 4601:19, 4601:21

**shocked** [1] - 4580:17

**show** [2] - 4596:23, 4601:17

**showed** [1] - 4580:25

**showing** [2] - 4526:21, 4539:19

**Side** [3] - 4561:21, 4562:1, 4563:23

**side** [9] - 4529:9, 4551:21, 4561:18, 4561:20, 4567:1, 4567:18, 4586:5, 4586:6, 4597:2

**side-bar** [2] - 4561:18, 4561:20

**Side-bar** [3] - 4561:21, 4562:1, 4563:23

**sides** [1] - 4584:19

**signature** [1] - 4522:14

**signed** [4] - 4538:21, 4542:13, 4560:24, 4577:2

**significance** [5] - 4534:13, 4540:24, 4542:25, 4555:9, 4557:8

**significantly** [1] - 4575:17

**similar** [1] - 4522:5

**simply** [3] - 4562:16, 4577:4, 4590:7

**sincerely** [1] - 4565:22

**single** [1] - 4602:9

**sit** [1] - 4599:25

**sitting** [2] - 4589:2, 4594:11

**situation** [4] - 4533:8, 4572:4, 4575:22, 4593:11

**six** [1] - 4600:24

**sixth** [2] - 4547:3, 4561:2

**small** [2] - 4572:22, 4572:25

**smaller** [1] - 4520:13

**SMITH** [33] - 4517:17, 4518:3, 4563:17, 4569:25, 4570:18, 4571:14, 4571:21, 4572:6, 4572:12, 4572:17, 4574:7, 4574:25, 4575:11, 4575:16, 4578:2, 4580:5, 4582:2, 4582:18, 4593:19, 4594:21, 4595:12, 4595:25, 4596:21, 4598:4, 4598:24, 4599:3, 4599:20, 4600:11, 4600:16, 4601:3, 4601:10, 4602:2, 4603:16

**sole** [1] - 4542:20

**soliciting** [1] - 4562:25

**someone** [5] - 4553:15, 4571:3, 4576:12, 4577:18, 4586:10

**sometime** [1] - 4591:12

**soon** [3] - 4522:24, 4523:1, 4574:12

**sorry** [7] - 4521:25, 4534:22, 4534:23, 4551:20, 4561:14, 4566:20, 4567:8

**sort** [2] - 4578:3, 4578:21

**sounds** [3] - 4591:20, 4599:20, 4599:22

**Spaulding** [1] - 4602:8

**speaking** [1] - 4561:19

**special** [1] - 4522:15

**specific** [2] - 4585:22, 4592:24

**specifically** [1] - 4587:5

**specify** [2] - 4522:1, 4532:14

**speculative** [1] - 4603:15

**spent** [1] - 4572:18

**split** [2] - 4547:2, 4566:22

**spreadsheet** [1] - 4531:3

**Srinivasan** [1] - 4526:11

**SRINIVASAN** [50] - 4517:17, 4518:14, 4518:20, 4518:21, 4521:21, 4525:25, 4526:4, 4526:18, 4526:19, 4545:14, 4546:10, 4547:8, 4547:25, 4548:3, 4548:21, 4549:3, 4549:9, 4550:23, 4552:1, 4552:11, 4553:19, 4554:19, 4555:19, 4556:14, 4556:17, 4557:2, 4557:10, 4558:10, 4558:23, 4559:1, 4559:15, 4560:8, 4560:19, 4561:18, 4562:8, 4562:19, 4563:2, 4563:19, 4564:2, 4564:3, 4564:9, 4565:1, 4565:10, 4566:1, 4566:6, 4566:22, 4567:1, 4567:21, 4567:23, 4605:7

**stake** [1] - 4542:19

**stamp** [1] - 4522:16

**stand** [3] - 4518:15, 4518:16, 4570:2

**Standard** [72] - 4519:18, 4519:19, 4519:24, 4520:11, 4521:17, 4522:17, 4523:6, 4523:18, 4523:20, 4524:1, 4524:18, 4524:25, 4525:23, 4527:17, 4528:7, 4528:9, 4529:13, 4530:17, 4530:19, 4531:21, 4531:24, 4532:9, 4532:23, 4533:4, 4533:10, 4533:19, 4533:21, 4534:14, 4536:2, 4536:18, 4538:16, 4539:8, 4540:19, 4540:25, 4541:4, 4541:9, 4542:8, 4542:12, 4543:2, 4543:6, 4543:12, 4543:13, 4544:12, 4545:15, 4545:22, 4548:15,

4548:22, 4549:4, 4549:6, 4552:2, 4553:8, 4554:20, 4555:10, 4555:16, 4556:15, 4557:11, 4557:23, 4557:25, 4558:8, 4558:24, 4559:13, 4560:9, 4560:20, 4561:3, 4561:11, 4563:15, 4564:5, 4565:2, 4565:23, 4566:15, 4567:12

**standard** [3] - 4595:1, 4595:6, 4602:18

**Standard's** [2] - 4522:24, 4523:3

**start** [5] - 4527:21, 4528:25, 4532:10, 4568:2, 4573:15

**started** [4] - 4519:16, 4563:21, 4579:23, 4580:1

**starting** [1] - 4598:6

**starts** [1] - 4548:4

**State** [3] - 4546:16, 4576:12, 4582:8

**statement** [7] - 4542:23, 4585:24, 4595:21, 4597:19, 4601:20, 4601:21, 4602:9

**statements** [9] - 4595:14, 4597:3, 4597:21, 4597:24, 4598:2, 4598:7, 4601:15, 4602:6

**states** [1] - 4576:22

**STATES** [3] - 4517:1, 4517:3, 4517:12

**States** [3] - 4517:5, 4517:14, 4517:18

**status** [1] - 4595:24

**Statute** [1] - 4576:15

**stenography** [1] - 4517:25

**step** [1] - 4543:16

**still** [5] - 4588:9, 4590:10, 4590:13, 4601:4, 4603:17

**stipulating** [1] - 4572:13

**stipulation** [2] - 4572:10, 4572:12

**stock** [59] - 4519:20, 4519:22, 4520:7, 4520:8, 4520:9, 4520:21, 4522:6, 4522:7, 4522:9, 4522:11, 4522:12, 4522:16, 4522:24, 4523:7, 4523:9, 4523:16, 4523:18, 4523:20, 4524:2, 4524:18, 4524:21, 4525:15, 4525:20, 4527:4, 4528:6, 4529:25, 4530:3, 4531:1, 4531:4, 4531:5, 4531:14, 4532:14, 4532:15, 4534:2, 4535:5, 4536:18, 4536:21, 4539:18, 4542:1, 4542:23, 4543:16, 4544:8, 4553:21, 4555:3, 4557:2, 4557:3, 4558:1, 4559:3, 4559:4, 4559:11, 4559:16, 4560:23, 4560:25, 4563:4, 4563:5, 4565:12, 4565:13, 4565:16, 4565:18

**stocks** [1] - 4597:2

**streamline** [1] - 4603:17

**Street** [1] - 4549:8

**study** [1] - 4519:10

**styled** [1] - 4546:17

**subject** [11] - 4526:6, 4526:10, 4526:14, 4526:15, 4546:19, 4546:24, 4547:9, 4547:11, 4581:19, 4596:18, 4605:13

**subjects** [1] - 4596:6

**submission** [1] - 4599:12

**submissions** [1] - 4584:22

**submitted** [1] - 4550:12

**subsection** [1] - 4587:24

**subsequent** [1] - 4547:5
**subsequently** [1] - 4549:10
**substantial** [1] - 4589:1
**sufficient** [1] - 4593:9
**suggest** [4] - 4562:2, 4572:6, 4585:17, 4590:23
**suggested** [1] - 4577:7
**suggesting** [1] - 4585:11
**suggestion** [1] - 4577:8
**Sullivan** [3] - 4545:10, 4547:19, 4552:19
**Sullivan's** [1] - 4549:6
**summarize** [1] - 4528:22
**summarized** [2] - 4602:8, 4602:19
**summary** [6] - 4528:6, 4528:11, 4601:6, 4601:9, 4602:6, 4602:16
**summations** [1] - 4592:4
**summertime** [1] - 4569:1
**Sunday** [3] - 4574:3, 4574:23, 4593:17
**supervise** [1] - 4520:3
**supervisory** [1] - 4520:1
**supporting** [1] - 4528:13
**supposed** [2] - 4581:15, 4591:2
**surprise** [1] - 4579:4
**sworn** [1] - 4518:16

## T

**tab** [17] - 4526:22, 4528:14, 4533:13, 4534:22, 4534:23, 4537:1, 4539:19, 4541:14, 4543:18, 4549:11, 4549:13, 4550:24, 4553:22, 4555:23, 4558:10, 4559:17, 4564:10
**table** [12] - 4527:19, 4527:22, 4529:17, 4535:7, 4537:18, 4541:22, 4543:6, 4544:6, 4554:6, 4566:7, 4566:10, 4583:3
**team** [1] - 4574:18
**telephone** [1] - 4524:10
**ten** [5] - 4548:8, 4568:6, 4568:11, 4579:20, 4600:1
**ten-minute** [1] - 4568:11
**term** [2] - 4531:9, 4550:9
**terminology** [1] - 4581:1
**terms** [4] - 4577:9, 4592:12, 4595:5, 4597:12
**territory** [1] - 4590:4
**testified** [4] - 4518:17, 4524:24, 4580:12, 4580:15
**testifies** [1] - 4574:16
**testify** [4] - 4574:4, 4575:9, 4583:19, 4584:5
**testifying** [1] - 4577:22
**testimony** [8] - 4577:3, 4578:7, 4579:17, 4579:19, 4579:22, 4581:25, 4582:21, 4589:5
**THE** [94] - 4517:11, 4518:1, 4518:6, 4518:11, 4518:18, 4519:4, 4519:6, 4521:20, 4521:22, 4521:24, 4521:25, 4526:3, 4526:8, 4526:12, 4536:21, 4536:23, 4536:24, 4553:13, 4553:16, 4553:18, 4561:14, 4561:19, 4562:22,

4563:5, 4563:20, 4567:25, 4568:3, 4568:4, 4568:8, 4568:11, 4568:15, 4568:16, 4568:20, 4568:24, 4569:5, 4569:10, 4569:11, 4569:13, 4569:18, 4569:21, 4569:23, 4570:3, 4570:12, 4570:15, 4571:13, 4571:16, 4571:22, 4572:10, 4572:15, 4573:18, 4574:15, 4574:20, 4575:15, 4577:24, 4582:3, 4584:11, 4584:14, 4586:9, 4586:23, 4590:7, 4591:9, 4591:18, 4592:6, 4592:9, 4592:12, 4593:3, 4593:24, 4594:13, 4594:15, 4594:17, 4594:20, 4595:16, 4596:10, 4598:1, 4598:17, 4598:23, 4599:2, 4599:4, 4599:9, 4599:16, 4599:25, 4600:5, 4600:9, 4600:12, 4600:14, 4600:18, 4600:22, 4601:9, 4602:24, 4603:2, 4603:6, 4603:8, 4603:23, 4604:3
**themselves** [1] - 4572:7
**theory** [1] - 4575:19
**therefore** [3] - 4542:20, 4588:14, 4589:4
**thereon** [1] - 4531:3
**thin** [1] - 4581:3
**thinking** [1] - 4592:18
**Third** [3] - 4517:19, 4534:10, 4536:15
**third** [4] - 4530:16, 4538:16, 4540:18, 4565:1
**thirteen** [1] - 4541:24
**Thomas** [5] - 4544:25, 4547:14, 4551:17, 4551:23, 4552:17
**thousand** [2] - 4550:20, 4551:20
**thousands** [3] - 4571:4, 4571:21, 4572:19
**three** [4] - 4527:6, 4572:23, 4584:17, 4594:2
**three-week** [1] - 4584:17
**Thursday** [3] - 4573:11, 4592:5, 4592:16
**Tilles** [6] - 4596:6, 4597:12, 4597:14, 4597:15, 4597:16, 4598:5
**timeframe** [1] - 4533:11
**timing** [1] - 4531:6
**Timothy** [2] - 4545:4, 4547:16
**Title** [2] - 4576:15, 4577:14
**title** [1] - 4560:15
**today** [18] - 4524:24, 4525:7, 4572:18, 4572:22, 4573:8, 4574:8, 4574:13, 4574:14, 4575:12, 4593:20, 4593:22, 4594:22, 4594:25, 4598:21, 4599:12, 4599:22, 4600:23, 4603:10
**together** [4] - 4523:21, 4548:9, 4582:21, 4594:5
**tomorrow** [6] - 4598:25, 4599:2, 4600:10, 4600:19, 4600:20, 4604:1
**tonight** [1] - 4600:17
**took** [3] - 4518:16, 4528:22, 4557:23
**top** [11] - 4527:7, 4528:25, 4529:2, 4530:17, 4537:17, 4537:23, 4545:24, 4553:1, 4554:22, 4566:6, 4596:14
**total** [3] - 4535:22, 4544:14, 4571:19
**totally** [1] - 4597:9

**tough** [1] - 4599:13
**tracking** [2] - 4557:7, 4559:7
**traded** [3] - 4550:16, 4551:24, 4554:17
**trading** [16] - 4521:16, 4521:23, 4521:24, 4521:25, 4522:2, 4535:14, 4540:16, 4542:10, 4544:16, 4544:17, 4544:18, 4550:17, 4551:25, 4554:18, 4556:12, 4560:6
**transaction** [67] - 4522:23, 4527:2, 4527:16, 4527:25, 4528:1, 4528:21, 4528:23, 4529:4, 4529:7, 4534:19, 4535:3, 4535:5, 4535:8, 4537:5, 4537:7, 4537:12, 4538:14, 4539:18, 4539:24, 4540:6, 4541:16, 4541:18, 4541:20, 4541:23, 4542:4, 4543:15, 4543:17, 4544:2, 4544:4, 4544:7, 4544:14, 4544:20, 4549:17, 4549:21, 4551:3, 4551:5, 4551:9, 4551:21, 4553:20, 4553:21, 4554:2, 4554:4, 4554:7, 4556:2, 4556:7, 4559:16, 4559:22, 4559:24, 4562:7, 4562:24, 4564:7, 4564:11, 4564:15, 4564:19, 4566:11, 4566:16, 4566:19, 4567:4, 4567:6, 4567:10, 4567:12, 4580:14, 4583:16, 4587:7, 4588:10, 4588:11, 4588:13
**transactions** [19] - 4524:2, 4524:18, 4524:21, 4528:4, 4536:25, 4541:14, 4550:24, 4576:4, 4576:17, 4577:12, 4580:11, 4580:13, 4586:12, 4587:15, 4587:17, 4587:20, 4588:12, 4588:24, 4588:25
**TRANSCRIPT** [1] - 4517:11
**Transcript** [2] - 4517:25, 4543:21
**Transcription** [1] - 4517:25
**transfer** [39] - 4519:15, 4519:16, 4519:20, 4519:21, 4519:22, 4520:7, 4520:8, 4520:9, 4522:4, 4522:6, 4522:8, 4523:7, 4525:10, 4525:11, 4525:12, 4525:20, 4533:20, 4537:14, 4538:25, 4540:1, 4542:21, 4543:1, 4544:10, 4549:19, 4550:11, 4550:12, 4552:23, 4553:21, 4555:20, 4556:4, 4556:10, 4558:1, 4558:21, 4559:16, 4560:4, 4563:4, 4567:15
**Transfer** [2] - 4519:18, 4560:21
**transferred** [14] - 4537:13, 4538:1, 4541:24, 4549:10, 4549:23, 4551:11, 4551:16, 4553:10, 4554:8, 4554:12, 4554:14, 4555:18, 4564:20, 4565:25
**transfers** [8] - 4520:7, 4520:15, 4523:20, 4525:13, 4527:2, 4528:6, 4553:15, 4563:5
**transmittal** [23] - 4527:23, 4527:24, 4528:4, 4528:14, 4528:19, 4528:20, 4529:10, 4534:20, 4535:1, 4537:3, 4539:21, 4541:16, 4543:19, 4547:23, 4549:15, 4551:2, 4553:25, 4555:25, 4558:13, 4559:20, 4564:13, 4566:8, 4567:4
**TRIAL** [1] - 4517:11
**trial** [14] - 4574:25, 4575:19, 4576:9,

4579:17, 4579:18, 4579:23, 4579:25, 4580:24, 4581:11, 4581:24, 4582:14, 4584:17, 4585:23, 4593:10
**Troy** [11] - 4545:12, 4546:14, 4546:17, 4547:21, 4549:23, 4549:25, 4550:1, 4550:3, 4550:21, 4554:8, 4554:16
**true** [1] - 4590:24
**truth** [2] - 4588:23, 4597:20
**try** [7] - 4571:8, 4578:12, 4584:2, 4592:3, 4593:3, 4593:9, 4600:3
**trying** [9] - 4563:19, 4570:21, 4572:19, 4574:25, 4579:16, 4582:21, 4586:5, 4588:21, 4603:17
**Tuesday** [3] - 4573:11, 4591:21, 4592:1
**turn** [5] - 4522:9, 4542:1, 4555:22, 4556:14, 4557:10
**turned** [3] - 4544:12, 4550:13, 4551:19
**turning** [8] - 4535:7, 4537:11, 4540:5, 4549:21, 4550:4, 4551:9, 4554:6, 4556:6
**turns** [1] - 4603:16
**twelve** [1] - 4600:20
**twice** [1] - 4550:3
**two** [20] - 4520:4, 4523:20, 4528:14, 4534:3, 4543:12, 4552:23, 4572:23, 4576:8, 4584:11, 4589:14, 4589:23, 4590:11, 4591:1, 4592:17, 4592:24, 4599:15, 4601:6, 4602:11, 4603:12, 4603:14
**type** [1] - 4533:7
**typically** [5] - 4520:13, 4521:16, 4521:17, 4533:7, 4557:25

## U

**ultimately** [1] - 4590:8
**unacceptable** [1] - 4584:23
**under** [9] - 4528:4, 4539:1, 4578:1, 4578:13, 4582:10, 4583:14, 4587:11, 4587:22
**underlining** [5] - 4528:10, 4540:23, 4542:20, 4542:22, 4602:22
**understood** [2] - 4575:20, 4580:8
**unique** [2] - 4528:1, 4529:25
**UNITED** [3] - 4517:1, 4517:3, 4517:12
**United** [3] - 4517:5, 4517:14, 4517:18
**universe** [2] - 4571:19, 4574:8
**unrestricted** [4] - 4535:24, 4538:7, 4555:6, 4564:24
**up** [13] - 4532:17, 4535:16, 4536:18, 4550:23, 4552:25, 4566:3, 4579:14, 4581:19, 4583:20, 4594:19, 4596:11, 4596:12, 4602:13
**USD** [1] - 4546:21
**Utah** [1] - 4518:25

## V

**Vaino** [2] - 4545:8, 4547:18
**valid** [2] - 4550:14, 4587:11
**valuation** [1] - 4603:2
**value** [5] - 4601:16, 4601:17, 4601:23,

4602:4, 4602:5
**various** [2] - 4571:10, 4576:24
**veering** [1] - 4590:3
**Ventures** [4] - 4556:8, 4557:2, 4558:18, 4559:3
**version** [1] - 4523:14
**versus** [2] - 4544:9, 4546:17
**via** [1] - 4555:6
**view** [2] - 4571:23, 4602:21
**violate** [4] - 4581:1, 4581:20, 4585:4, 4585:25
**violated** [8] - 4578:18, 4578:25, 4579:25, 4580:25, 4581:4, 4581:21, 4581:23, 4590:24
**violating** [2] - 4588:16, 4589:9
**violation** [2] - 4589:8, 4589:12
**vision** [1] - 4593:5
**voluminous** [1] - 4602:18
**vote** [1] - 4587:9
**voted** [1] - 4587:15
**VRC** [5] - 4570:21, 4572:21, 4572:23, 4573:2, 4601:3

## W

**waiting** [1] - 4518:8
**walk** [5] - 4520:17, 4528:16, 4529:18, 4583:8, 4583:24
**wants** [3] - 4577:9, 4598:11, 4599:11
**Warner** [1] - 4538:3
**Washington** [1] - 4546:16
**ways** [1] - 4523:9
**wealth** [1] - 4575:5
**Wednesday** [3] - 4555:1, 4592:16, 4601:11
**week** [8] - 4573:14, 4573:16, 4584:17, 4591:12, 4592:4, 4592:15, 4593:2, 4603:14
**weekend** [5] - 4570:10, 4573:16, 4593:17, 4595:13, 4598:19
**weeks** [2] - 4579:17, 4579:18
**welcome** [1] - 4589:16
**whereby** [1] - 4546:15
**whole** [4] - 4519:2, 4528:17, 4572:4, 4585:7
**wing** [1] - 4586:5
**wire** [13] - 4582:25, 4586:1, 4586:17, 4586:18, 4586:19, 4586:20, 4586:21, 4586:24, 4587:1, 4587:2, 4589:10
**wish** [5] - 4538:25, 4569:6, 4569:15, 4570:1, 4591:15
**wishes** [1] - 4569:7
**witness** [22] - 4518:5, 4519:3, 4562:16, 4568:23, 4569:17, 4569:20, 4569:24, 4570:1, 4573:2, 4573:9, 4577:20, 4577:22, 4580:4, 4582:16, 4582:20, 4584:5, 4594:2, 4596:18, 4599:21, 4600:24, 4603:20
**WITNESS** [6] - 4519:6, 4521:24, 4536:23, 4553:16, 4569:21, 4605:5
**Witness** [1] - 4569:22

**witness'** [1] - 4581:25
**witnesses** [15] - 4570:20, 4574:5, 4574:9, 4574:17, 4575:2, 4589:17, 4591:4, 4591:23, 4592:7, 4592:12, 4592:18, 4592:25, 4595:8, 4601:1, 4603:10
**wonderfully** [1] - 4599:16
**word** [1] - 4588:4
**worse** [1] - 4563:9
**worst** [1] - 4593:6
**writing** [2] - 4542:15, 4552:9
**written** [4] - 4521:8, 4583:7, 4585:17, 4594:4
**wrote** [11] - 4532:11, 4532:12, 4532:17, 4533:24, 4536:6, 4540:20, 4542:17, 4552:7, 4552:12, 4555:2, 4565:10

## X

**X"** [3] - 4601:16, 4601:22, 4601:23

## Y

**Yaffee** [7] - 4559:16, 4560:1, 4560:23, 4561:9, 4565:7, 4565:10, 4565:22
**Yaffee's** [2] - 4561:1, 4564:20
**year** [1] - 4572:8
**years** [1] - 4575:4
**yesterday** [16] - 4526:9, 4531:1, 4570:19, 4571:2, 4573:3, 4575:20, 4578:5, 4579:3, 4580:22, 4581:19, 4583:10, 4584:22, 4584:25, 4595:1, 4597:8, 4598:2
**yesterday's** [2] - 4586:6, 4595:17
**YORK** [1] - 4517:1
**York** [9] - 4517:6, 4517:15, 4517:16, 4517:20, 4534:11, 4549:2, 4549:8
**yourselves** [1] - 4600:2

## Z

**ZELLAN** [7] - 4517:21, 4526:9, 4562:21, 4568:17, 4569:4, 4569:9, 4569:16
**Zellan** [1] - 4569:5
**zoom** [3] - 4527:6, 4529:1, 4548:3