<u>Verdict Sheet</u><br>
<u>July 28, 2017 Court Ex. 5A</u>

Verdict Sheet

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
:
UNITED STATES OF AMERICA,                :
:
    -against-                           :
:    10-CR-637 (KAM)
MARTIN SHKRELI,                          :
:
        *Defendant.*                  :
----------------------------------------x

### AS TO COUNT ONE
### (Conspiracy to Commit Securities Fraud)

On the charge of conspiracy to commit securities fraud in connection with MSMB Capital in Count One, how do you unanimously find the defendant, MARTIN SHKRELI?

    Guilty _____        Not Guilty __✓__ 8/3/17

### AS TO COUNT TWO
### (Conspiracy to Commit Wire Fraud)

On the charge of conspiracy to commit wire fraud in connection with MSMB Capital in Count Two, how do you unanimously find the defendant, MARTIN SHKRELI?

    Guilty _____        Not Guilty __✓__ 8/3/17

### AS TO COUNT THREE
### (Securities Fraud)

On the charge of securities fraud in connection with MSMB Capital in Count Three, how do you unanimously find the

<u>Verdict Sheet</u>
<u>July 28, 2017 Court Ex. 5A</u>

defendant, MARTIN SHKRELI?

  Guilty ✓  Not Guilty ____

1 - 8/1/17

**AS TO COUNT FOUR**
**(Conspiracy to Commit Securities Fraud)**

On the charge of conspiracy to commit securities fraud in connection with MSMB Healthcare in Count Four, how do you unanimously find the defendant, MARTIN SHKRELI?

  Guilty ____  Not Guilty ✓  8/3/17

**AS TO COUNT FIVE**
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in connection with MSMB Healthcare in Count Five, how do you unanimously find the defendant, MARTIN SHKRELI?

  Guilty ____  Not Guilty ✓  8/4/17

**AS TO COUNT SIX**
**(Securities Fraud)**

On the charge of securities fraud in connection with MSMB Healthcare in Count Six, how do you unanimously find the defendant, MARTIN SHKRELI?

  Guilty ✓  Not Guilty ____

r 8/2/17

**AS TO COUNT SEVEN**
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in connection with Retrophin in Count Seven, how do you unanimously

<u>Verdict Sheet</u><br><u>July 28, 2017</u> Court Ex. 5A

find the defendant, MARTIN SHKRELI?

    Guilty _____        Not Guilty ✓ , 8/4/17

<u>AS TO COUNT EIGHT</u><br>(Conspiracy to Commit Securities Fraud)

On the charge of conspiracy to commit securities fraud in connection with Retrophin in Count Eight, how do you unanimously find the defendant, MARTIN SHKRELI?

/ 8/4/17 Guilty ✓        Not Guilty _____

Dated: Brooklyn, New York
August ~~July~~ 4, 2017

                                  REDACTED
                                  Jury Foreperson