```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,

                  Plaintiff,        Docket No.:
                                    15 CR 637 (KAM)
        versus

MARTIN SHKRELI,                     U.S. Courthouse
                                    225 Cadman Plaza East
                  Defendant.        Brooklyn, NY 11201
---------------------------------------x
                                    August 3, 2017
                                    9:00 a.m.

           Transcript of Criminal Cause for Trial

Before:   HONORABLE KIYO A. MATSUMOTO,
                        District Court Judge
          (and a jury.)

                        APPEARANCES

For the Government:         BRIDGET M. ROHDE, ESQ.
                            Acting United States Attorney
                            Eastern District of New York
                            271 Cadman Plaza East
                            Brooklyn, New York 11201
                            BY:  JACQUELYN M. KASULIS, ESQ.,
                                 ALIXANDRA E. SMITH, ESQ.,
                                 G. KARTHIK SRINIVASAN, ESQ.,
                                 Assistant U.S. Attorneys

For the Defendant:          BRAFMAN & ASSOCIATES, P.C.
                            767 Third Avenue
                            New York, New York 10017
                            BY:  BENJAMIN BRAFMAN, ESQ.
                                 MARC AGNIFILO, ESQ.
                                 ANDREA ZELLAN, ESQ.
                                 JACOB KAPLAN, ESQ.

Court Reporter:             MICHELE NARDONE, CSR
                            Official Court Reporter
                            Phone:  718-613-2601
                            Email:  Mishrpr@aol.com

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.
```

1       (In open court.)

2       (Defendant present.)

3       THE COURT:  Hi.  Good morning.

4       MR. BRAFMAN:  Good morning, Your Honor.

5       MS. KASULIS:  Good morning.

6       THE COURT:  Have a seat, please.  We are still
7  awaiting the arrival of one juror.

8       Juror number 2 reported to the case manager, our
9  deputy here, a comment that I want to report to you; and we
10 should talk about perhaps discussing this with the juror
11 involved.

12      Would you like to convey what Juror number 2 told you?

13      THE CLERK:  Yes, judge.  Juror number 2 came up to me,
14 and she stated that she overheard on her way to the courthouse
15 a member of the press stating that Elizabeth the sketch artist
16 stated there is two to three holdouts.

17      MR. BRAFMAN:  I'm sorry?

18      THE CLERK:  That --

19      THE COURT:  Go ahead.  Maybe you should say it into
20 the microphone.  I'm sorry.

21      THE CLERK:  Sure.  Juror number 2 overheard, on her
22 way to the courthouse, that a member of the press stated that
23 Elizabeth the sketch artist stated there were two to three
24 holdouts.

25      THE COURT:  Now, I don't know who Elizabeth the sketch

MICHELE NARDONE, CSR - Official Court Reporter

5646

USA v. Shkreli

1   artist is.
2              MS. WILLIAMS:  I am, and I apologize, Your Honor.  I
3   was just talking to my crew.  They were asking me what I
4   thought, and there were no jurors present when I was speaking
5   to my crew; and I, you know, they were asking me what do you
6   think of the jurors, and I was simply commenting in
7   conversation with my crew, and I never --
8              THE COURT:  Do you have any reason to say that?  Were
9   you speaking to a juror?
10             MS. WILLIAMS:  I didn't say that to the juror, no,
11  Your Honor.
12             THE COURT:  What is your name?
13             MS. WILLIAMS:  My name is Elizabeth.
14             THE COURT:  Elizabeth what?
15             MS. WILLIAMS:  Williams.
16             THE COURT:  Williams.  So when you say you did state
17  to your crew, there were two or three holdouts --
18             MS. WILLIAMS:  I just -- they asked me very early this
19  morning, around 7:15, when I arrived here, oh, what do you
20  think; and I said, well, some of them looked frustrated when
21  they came in, and I was just saying, you know, that it was --
22  they were asking me what do you think, and it was just my
23  opinion; but there were no jurors present, Your Honor.
24             THE COURT:  Well, there was a juror present because
25  she heard you say it.

MICHELE NARDONE, CSR - Official Court Reporter

1    MS. WILLIAMS:  She heard me say it, or she heard my
2    crew say it, that they said?
3    THE COURT:  I guess your crew was talking.
4    MS. WILLIAMS:  About what I had said.
5    THE COURT:  Yes.
6    MS. WILLIAMS:  And I need to tell my crew not to
7    repeat those things that I say in public, but I know, quite
8    frankly, what the jurors look like, and I know who -- I mean I
9    know what they look like.  I would never say anything like
10   that, Your Honor, in front of a juror ever, ever.
11          I mean that would just never -- I mean, I have been
12   doing this for 30-some-odd years, and that must have been one
13   of my members of my crew, who I will have to go tell to not say
14   those things in public out here, because you don't know who is
15   walking by.  I mean, it was just my opinion, and they asked me
16   what does the jury look like.  I said maybe there is a couple
17   of holdouts.  I don't know.  It just looked like, you know,
18   some of them looked frustrated, some of them, but, you know, it
19   was just my opinion.  It wasn't like -- they will ask during a
20   trial.  They will ask.
21          THE COURT:  I just want to make sure you did not speak
22   to any juror.
23          MS. WILLIAMS:  No.
24          THE COURT:  You were just expressing your own opinion.
25          MS. WILLIAMS:  To my crew, to my crew.

MICHELE NARDONE, CSR - Official Court Reporter

1        MR. BRAFMAN:  May I make a suggestion?

2        THE COURT:  Yes, Mr. Brafman.

3        Juror number 2 did tell the deputy that she could

4   elaborate further, if necessary.

5        MR. BRAFMAN:  Well, my suggestion, Your Honor, is that

6   you speak to the juror in our presence, alone; and that if in

7   fact what happened is what the sketch artist claims, then I

8   think your instructing her that this was, you know,

9   unauthorized, random speculation, she is to ignore it, and put

10  it out of her mind, and continue the deliberations, and please

11  not discuss it with her fellow jurors.

12       That's my main concern, that she not repeat the

13  conversation to her fellow jurors.

14       MS. KASULIS:  I think that sounds appropriate, Your

15  Honor, considering the circumstances.

16       THE COURT:  All right.  Why don't we bring Juror

17  number 2 in.

18       (Pause.)

19       (Juror number 2 enters the courtroom at 9:26 a.m.)

20       THE COURT:  Hello, Juror number 2.  Good morning.

21  Just have a seat.  Thank you.

22       We just wanted to explore further what you reported to

23  the deputy this morning.  So, we won't identify you by name at

24  this point, but obviously -- have a seat, please.  We would

25  just like to know what you overheard, and let me first ask you:

MICHELE NARDONE, CSR - Official Court Reporter

1    Have you discussed this with any of your fellow jurors?

2           JUROR:  No, I have not.

3           THE COURT:  I appreciate that very much.  Will you

4    please tell us what you overheard.

5           JUROR:  As I came to the front, one of the camera

6    people said to another camera person that the sketch artist for

7    the court, Elizabeth, had told him that there were one or two

8    holdouts.

9           THE COURT:  All right.  Well --

10          JUROR:  Two to three holdouts.  I'm sorry.

11          THE COURT:  Two to three.

12          JUROR:  Two to three holdouts.

13          THE COURT:  What we were able to ascertain from the

14   sketch artist was that she was just speculating and probably

15   making comments that were, A, not appropriate for public

16   discussion in an area where a juror could overhear.  I think

17   she was aware that there were no jurors at the time, but her

18   staff may not have been aware of your presence when they were

19   just speculating.

20          We want to make sure that these comments will not

21   affect your deliberations.

22          JUROR:  No.

23          THE COURT:  And that you will continue, that you will

24   be able to continue to deliberate with your fellow jurors based

25   only on the evidence and the instructions of law.  Will you be

MICHELE NARDONE, CSR - Official Court Reporter

1   able to do that, ma'am?

2           JUROR:  Yes, I will.

3           THE COURT:  Will you be able to put that comment out
4   of your mind?

5           JUROR:  Yes, I will.

6           THE COURT:  All right.  Now, I would also ask you not
7   to share that comment with any fellow jurors, if you would.
8   Would you agree to do that, just keep it to yourself?

9           JUROR:  Yes, I would.

10          THE COURT:  All right.  Thank you very much.

11          Let me ask you then to please retire to the jury room,
12  and we will soon, when your fellow jurors -- are they all there
13  yet?

14          JUROR:  Yes, they are.

15          THE COURT:  All right.  Great.  Thank you.

16          We will then ask you to retire.  You may tell the
17  jurors that they may start their deliberations, given that all
18  12 are there.  Okay.

19          JUROR:  Thank you, Your Honor.

20          THE COURT:  Thank you so much for your service.  I
21  appreciate it.

22          (Juror number 2 exits courtroom at 9:28 a.m.)

23          THE COURT:  All right.  Have a seat.  Is there
24  anything anyone else needs to bring to my attention?

25          I would just please ask, be careful, press and

1   everybody else.

2              MS. WILLIAMS:  I'm going to go down and tell them
3   right now.

4              THE COURT:  We have come this far.  We just want to
5   make sure that the jury can focus on the work before it and not
6   be distracted by speculation.

7              MS. WILLIAMS:  I'm going to go down and talk to them
8   right now.

9              THE COURT:  I appreciate it.  Thank you.

10             MS. WILLIAMS:  Absolutely.

11             THE COURT:  All right.  Thank you.

12             MS. KASULIS:  Thank you, Your Honor.

13             THE COURT:  Thanks.

14             (Court in recess awaiting the verdict of the jury.)

15             (In open court.)

16             (Defendant present.)

17             (Court Exhibit 11 so marked.)

18             THE COURT:  Please have a seat.  We have a note that
19  we have mark as Court Exhibit number 11 and, again, we are
20  giving copies to the counsel for the parties.  The jurors are
21  ready to be dismissed this evening.

22             So we will bring them in, admonish them, and excuse
23  them for the evening.

24             (Pause.)

25             THE COURT:  May I just please also ask that the media

1  be mindful that the jurors may be walking through the park and
2  just try to keep any comments to yourselves, if you are aware
3  that they are in your presence.  It's very important that they
4  not overhear anything you may have to say about the case.  I
5  would appreciate it.
6          (Pause.)
7          (Jury enters at 5:32 p.m.)
8          THE COURT:  All our jurors are present.  Please have a
9  seat, everybody.
10         I would like to thank the jurors again for another day
11 of hard work.  I appreciate it, as do the parties.
12         We are prepared to dismiss you for the evening; and,
13 again, we would just like to remind you to please not discuss
14 anything regarding your deliberations.  Please avoid all
15 exposure to any media or outside comments or anything else that
16 you might hear outside the courtroom.  I remind you that the
17 case is to be decided based solely on the evidence at the trial
18 and the instructions that I have given you on the law.
19         We are very grateful for your time and efforts.  Have
20 a good evening.  We will see you tomorrow at 9:00, and when you
21 are all here you can recommence your deliberations.  Thank you
22 very much.
23         (Jury exits at 5:33 p.m.)
24         THE COURT:  All right.  Thank you.  I will see you in
25 the morning.

MICHELE NARDONE, CSR - Official Court Reporter

5653
USA v. Shkreli

1  MR. BRAFMAN: Thank you, Your Honor. Have a good
2  night.
3  (Trial adjourned to Friday, August 4, 2017, at
4  9:00 a.m.)
5  oOo
6
7  Certified to be a true and accurate transcript.
   /s/ Michele Nardone
8  MICHELE NARDONE, CSR -- Official Court Reporter

```
                                                              5654
                         USA v. Shkreli
 1
 2
 3                          I N D E X
 4
 5                        COURT EXHIBIT
 6         Court Exhibit 11                       5652
 7
 8                           o O o
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

MICHELE NARDONE, CSR - Official Court Reporter