```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------------x
     UNITED STATES OF AMERICA,
 3
                          Plaintiff,           Docket No.:
 4                                             15 CR 637 (KAM)
             versus
 5
     MARTIN SHKRELI,                           U.S. Courthouse
 6                                             225 Cadman Plaza East
                          Defendant.           Brooklyn, NY 11201
 7   ------------------------------------x
                                               August 4, 2017
 8                                             9:00 a.m.

 9               Transcript of Criminal Cause for Trial

10   Before:   HONORABLE KIYO A. MATSUMOTO,
                               District Court Judge
11             (and a jury.)

12                            APPEARANCES

13   For the Government:        BRIDGET M. ROHDE, ESQ.
                                Acting United States Attorney
14                              Eastern District of New York
                                271 Cadman Plaza East
15                              Brooklyn, New York 11201
                                BY:  JACQUELYN M. KASULIS, ESQ.,
16                                   ALIXANDRA E. SMITH, ESQ.,
                                     G. KARTHIK SRINIVASAN, ESQ.,
17                                   Assistant U.S. Attorneys

18   For the Defendant:         BRAFMAN & ASSOCIATES, P.C.
                                767 Third Avenue
19                              New York, New York 10017
                                BY:  BENJAMIN BRAFMAN, ESQ.
20                                   MARC AGNIFILO, ESQ.
                                     ANDREA ZELLAN, ESQ.
21                                   JACOB KAPLAN, ESQ.

22   Court Reporter:            MICHELE NARDONE, CSR
                                Official Court Reporter
23                              Phone:  718-613-2601
                                Email:  Mishrpr@aol.com
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.
```

MICHELE NARDONE, CSR -- Official Court Reporter

USA v. Shkreli

1          (In open court.)

2          (Defendant present.)

3          THE COURT:  All right.  I just wanted to report that

4   all jurors are present and we've asked them to start their

5   deliberations.

6          We'll advise you of any further notes or anything

7   else.

8          MR. AGNIFILO:  Thank you.

9          MS. KASULIS:  Thank you, Your Honor.

10          (Court in recess awaiting the verdict of the jury.)

11          (Time noted:  9:20 a.m.)

12          (Continued on the next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

HOLLY DRISCOLL, CSR
OFFICIAL COURT REPORTER

USA v. Shkreli

1              A F T E R N O O N     S E S S I O N

2          (In open court.)

3          (Defendant present.)

4          (Court Exhibit 12 so marked.)

5          THE COURT:  Have a seat, please.  We have a note from

6    the jury, which we have marked as Court Exhibit number 12.

7    "The jury has reached a verdict."  So we will be bringing the

8    jury in soon.

9          The question is whether either party would like the

10   jurors -- can everyone just calm down over there.  Would you

11   like the jurors polled, Mr. Brafman?

12         MR. BRAFMAN:  Can I answer that after I hear the

13   verdict?

14         THE COURT:  Sure.  What about the government?

15         MS. KASULIS:  Yes, please, Your Honor.

16         THE COURT:  All right.  They need to calm themselves

17   down or they can't come in.

18         We are going to bring in the jury momentarily.  I

19   think we can line them up now.  We can have the alternates just

20   sit in the front.  Okay.  Thank you.

21         (Pause.)

22         (Jury enters at 2:42 p.m.)

23         THE COURT:  We have all jurors present.  Please have a

24   seat, everybody.  I have a note from the jurors that they have

25   reached a verdict.

MICHELE NARDONE, CSR -- Official Court Reporter

5658

USA v. Shkreli

1    May I ask the foreperson whether the jury has reached

2    a unanimous verdict?

3    THE FOREPERSON:  Yes, Your Honor.

4    THE COURT:  All right.  May I please have the verdict

5    sheet.  Have you signed and dated it, as directed?

6    THE FOREPERSON:  Yes.

7    THE COURT:  Thank you.  The alternate jurors may come

8    up and sit in front.

9    I'm prepared to publish the verdict.  I would ask all

10   jurors to please listen carefully because it is possible that

11   when I finish reading the verdict either side may request that

12   I poll the jury, which means I will ask you each individually

13   whether the verdict as read represents your own individual

14   verdict.

15   In the case of United States of America versus Martin

16   Shkreli, as to count one, conspiracy to commit securities

17   fraud:  On the charge of conspiracy to commit securities fraud

18   in connection with MSMB Capital in count one, how do you

19   find -- how do you unanimously find the Defendant Martin

20   Shkreli?  Not guilty.

21   As to count two, conspiracy to commit wire fraud:  On

22   the charge of conspiracy to commit wire fraud in connection

23   with MSMB Capital in count two, how do you unanimously find the

24   Defendant Martin Shkreli?  Not guilty.

25   As to count three, securities fraud:  On the charge of

MICHELE NARDONE, CSR -- Official Court Reporter

USA v. Shkreli

1   securities fraud in connection with MSMB Capital in count

2   three, how do you unanimously find the Defendant Martin

3   Shkreli?  Guilty.

4           As to count four, conspiracy to commit securities

5   fraud:  On the charge of conspiracy to commit securities fraud

6   in connection with MSMB Healthcare in count four, how do you

7   unanimously find the Defendant Martin Shkreli?  Not guilty.

8           As to count five, conspiracy to commit wire fraud:  On

9   the charge of conspiracy to commit wire fraud in connection

10  with MSMB Healthcare in count five, how do you unanimously find

11  the Defendant Martin Shkreli?  Not guilty.

12          As to count six, securities fraud:  On the charge of

13  securities fraud in connection with MSMB Healthcare in count

14  six, how do you unanimously find the Defendant Martin Shkreli?

15  Guilty.

16          As to count seven, conspiracy to commit wire fraud:

17  On the charge of conspiracy to commit wire fraud in connection

18  with Retrophin in count seven, how do you unanimously find the

19  Defendant Martin Shkreli?  Not guilty.

20          As to count eight, conspiracy to commit securities

21  fraud:  On the charge of conspiracy to commit securities fraud

22  in connection with Retrophin in count eight, how do you

23  unanimously find the Defendant Martin Shkreli?  Guilty.

24          Would the parties like the jurors to be polled?  The

25  government, I believe, would like that.

MICHELE NARDONE, CSR -- Official Court Reporter

5660

USA v. Shkreli

1          MS. KASULIS:  Yes, Your Honor.

2          THE COURT:  And the defense as well?

3          MR. BRAFMAN:  Yes, Your Honor.

4          THE COURT:  All right.

5          Juror number 1, with respect to the verdict as read,

6   does it represent your own true verdict?

7          JUROR:  Yes.

8          THE COURT:  Juror number 2?

9          JUROR:  Yes, Your Honor.

10          THE COURT:  Juror number 3?

11          JUROR:  Yes, Your Honor.

12          THE COURT:  Juror number 4?

13          JUROR:  Yes, Your Honor.

14          THE COURT:  Juror number 5?

15          JUROR:  Yes, Your Honor.

16          THE COURT:  Juror number 6?

17          JUROR:  Yes, Your Honor.

18          THE COURT:  Juror number 7?

19          JUROR:  Yes, Your Honor.

20          THE COURT:  Juror number 8?

21          JUROR:  Yes, Your Honor.

22          THE COURT:  Juror number 9?

23          JUROR:  Yes.

24          THE COURT:  Juror number 10?

25          JUROR:  Yes, Your Honor.

MICHELE NARDONE, CSR -- Official Court Reporter

USA v. Shkreli

1          THE COURT:  Juror number 11?

2          JUROR:  Yes, Your Honor.

3          THE COURT:  Juror number 12?

4          JUROR:  Yes, Your Honor.

5          THE COURT:  All right.  We will accept the verdict and

6     enter it in the docket.

7          I would like to thank both the jurors and the

8     alternates for their attention during this trial and their

9     service to the court and the parties.  We will escort you to

10    the back and provide your paperwork to you; and I'm going to

11    have a brief word with the parties before we move forward -- I

12    mean with the jurors.  If you would give me one moment.  Thank

13    you.

14         The alternates can also follow the main jurors out.

15    Will the alternates come forward and come -- we have your

16    paperwork.

17         (Jury exits at 2:48 p.m.)

18         THE COURT:  We will be back in a couple of minutes.

19         (Recess.)

20         THE COURT:  All right.  Please have a seat.

21         I think perhaps we need to schedule the forfeiture

22    phase of this and also talk about any motions that may be made

23    and how we would like to schedule those.  So I'm happy to hear

24    from the parties at this time.

25         MS. KASULIS:  Your Honor, I believe there was a

MICHELE NARDONE, CSR -- Official Court Reporter

5662

USA v. Shkreli

1   stipulation with respect to the forfeiture that we handed up to

2   the court.

3           THE COURT:  Yes.

4           MR. BRAFMAN:  Judge, there was an acquittal on the

5   Retrophin count, which, I think, may impact the amount.  So I

6   think we don't need to schedule -- we will write to the court

7   and the government.  Maybe we can agree on what our respective

8   positions are.

9           MS. KASULIS:  We can do that, Your Honor.

10          THE COURT:  All right.  Are there any motions that the

11  parties would like to make?  I think there was a renewal, or

12  not?

13          MR. BRAFMAN:  Excuse me?

14          THE COURT:  Did you want to renew any of your motions?

15          MR. BRAFMAN:  I think we should, yes.

16          THE COURT:  Shall we schedule those now?

17          MR. AGNIFILO:  It makes sense to schedule it now, I

18  think.

19          THE COURT:  I think so too.

20          MR. BRAFMAN:  We can do it in writing, Your Honor.

21          THE COURT:  Sure.

22          MR. AGNIFILO:  I'm not sure what Your Honor's schedule

23  is.  I mean, two or three weeks.

24          THE COURT:  I know that the rules provide a certain

25  amount of time, and it seems to me that there is quite a record

MICHELE NARDONE, CSR -- Official Court Reporter

USA v. Shkreli

1    that you didn't have, you know, a written transcript when you

2    made your oral motions.  So why don't you tell me.

3            MR. BRAFMAN:  If we could have the first week of

4    September, if that fits with Your Honor's schedule.

5            THE COURT:  Sure.  So shall I say September 8?

6            MR. BRAFMAN:  That's fine, judge.  Thank you.

7            THE COURT:  When would the government like to respond?

8            MS. KASULIS:  Three weeks, Your Honor.

9            THE COURT:  September 29?

10           MS. KASULIS:  It's Yom Kippur, Your Honor.  Could we

11   have the next business day?

12           THE COURT:  Sure.  October 6?

13           MS. KASULIS:  That's fine, Your Honor.  Thank you.

14           THE COURT:  Would the defense like to reserve a reply?

15           MR. BRAFMAN:  Yes, judge, for a week after that date.

16           THE COURT:  All right.  There are no holidays at that

17   time.  October 13 is fine?

18           MR. AGNIFILO:  Fine.

19           MS. KASULIS:  I think that's fine, Your Honor.

20           THE COURT:  All right.

21           MR. BRAFMAN:  Does Your Honor want to hear oral

22   argument on that motion?

23           THE COURT:  I'm happy to hear you, if you would like

24   to be heard.  Otherwise, I will take it on submission.

25           MR. BRAFMAN:  I think we will do it on papers.  I

MICHELE NARDONE, CSR -- Official Court Reporter

5664

USA v. Shkreli

1   think if we need to respond, we will write to the court.

2          THE COURT:  Of course, and we will continue

3   Mr. Shkreli's bail.

4          MR. BRAFMAN:  Thank you, Your Honor.  Is the court

5   going to set a sentencing date today or wait until after you

6   hear the motions?

7          THE COURT:  I thought perhaps it might be best that --

8   I'm happy to entertain sentencing dates.  I do have other

9   trials lined up.

10          MR. BRAFMAN:  Well, the difficulty is once we -- once

11   you set a date, then Probation gets geared up; and, if we still

12   have motions pending, I would hope to avoid having to do that.

13          THE COURT:  All right.  Why don't we do this then.  I

14   will --

15          MR. BRAFMAN:  I would ask not to set a sentencing date

16   today.  We can always revisit the issue, since you are going to

17   be hearing motions.

18          THE COURT:  All right.  That's fine.

19          MR. BRAFMAN:  Thank you.

20          THE COURT:  Is there anything else the parties would

21   like me to address at this time?

22          MR. BRAFMAN:  No.  We want to thank you for your

23   patience, judge.

24          THE COURT:  I want to thank all the attorneys for

25   their hard work.

MICHELE NARDONE, CSR -- Official Court Reporter

5665

USA v. Shkreli

1           I wish you well, Mr. Shkreli.  I will see you soon.

2           MS. KASULIS:  Thank you, Your Honor.

3           THE COURT:  At some point you might want to come and

4    retrieve your exhibits.

5           MR. BRAFMAN:  Can we do that Monday, judge?

6           THE COURT:  Yes.  We will gather things from the jury

7    room, and then you can come and retrieve your exhibits.

8           MS. KASULIS:  All right.

9           THE COURT:  Thank you.

10          (End of proceedings.)

11                          o O o

12

13   Certified to be a true and accurate transcript.
     /s/ Michele Nardone
14   MICHELE NARDONE, CSR -- Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

USA v. Shkreli

I N D E X

COURT EXHIBIT

Court Exhibit 12                    5658

o O o

MICHELE NARDONE, CSR -- Official Court Reporter