# BuzzFeed

News  Videos  Quizzes  Tasty  DIY  More ˅   Get Our News App

       

TRENDING
53,648 VIEWS  

## "Pharma Bro" Martin Shkreli Suspended From Twitter After Harassing A Teen Vogue Writer

"He's an entitled creep and absolutely deserves to have his account suspended—perhaps indefinitely," writer Lauren Duca said.

Originally posted on Jan. 8, 2017, at 1:56 p.m.
Updated on Jan. 8, 2017, at 2:10 p.m.



**David Mack**
BuzzFeed News Reporter

### BuzzFeedNEWS

**In The News Today**

- Four people have died after a truck rammed into a group of soldiers on a busy Jerusalem sidewalk in what police say is a terrorist attack.
- The suspected gunman who opened fire at a Fort Lauderdale airport, killing 5 people, has been charged with three federal counts.
- The Golden Globe Awards air tonight at 8 p.m. ET on NBC. "La La Land," and "Manchester by the Sea" have received multiple nods 🏆
- Former Iranian President Akbar Hashemi Rafsanjani has died at 82, state media reports.

Download the BuzzFeed News app

**This is journalist Lauren Duca.**



US Spy Agencies Say
Russia Tried To Help
Trump But Fail To Prove
It

by Sheera Frenkel

Connect With BuzzFeed USNews

Like Us On Facebook

Follow Us On Twitter




Twitter

Last month, Duca had a massive viral hit when she penned a *Teen Vogue* opinion piece that argued Donald Trump had conned the American public.

News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address

Sign up

**More News**


**Suspect Charged In Deadly Shooting At Fort Lauderdale Airport That Killed Five**


**Here's What We Know About The Alleged Fort Lauderdale Airport Shooter**


**These Are The Victims Of The Fort Lauderdale Airport Shooting**


**Carrie Fisher "Squealed With Joy" When She Saw Princess Leia In "Rogue One"**


**Hackers Tried To Break Into DNC Computers Right Before New Year's Eve**



"Pharma Bro" Martin Shkreli Suspended From Twitter After Harassing A Teen Vogue W... Page 3 of 13



teenvogue.com

**This is Martin Shkreli, a former pharmaceutical executive who earned widespread scorn for hiking the price of a lifesaving drug before he was charged in 2015 with fraud.**



Drew Angerer / Getty Images

Shkreli has routinely voiced his support for Donald Trump to his almost 200,000 Twitter followers.

**Duca told BuzzFeed News on Sunday that she has never met Shkreli, but that he has recently been tweeting about trying to date her.**

"He has been harassing me for a while. It's an ongoing thing," she said. "He's been actively tweeting about dating me."




DNC: That Fight With FBI Over Hacked Servers Was All A Misunderstanding



Lyft Co-Founder John Zimmer Drives And Dishes On Automation, Car Subscriptions, And Cash



Police Say A Man Killed His Friend During A Drunken Game Of Russian Roulette



Photos Capture Panic And Chaos After Deadly Ft. Lauderdale Airport Shooting



SeaWorld's Orca Tilikum Has Died And People Have Strong Feelings About It

More News >

**Now Buzzing**



Carrie Fisher "Squealed With Joy" When She Saw Princess Leia In "Rogue One"



https://www.buzzfeed.com/davidmack/martin-shkreli-suspended-from-twitter?utm_term=.ie... 1/8/2017

"I don't know if he's encouraging people to do this, but there's been a small contingent of trolls telling me to sleep with him — but not that politely," she said.

**On Thursday, Shkreli contacted Duca via direct message and asked her to accompany him to Trump's inauguration.** "I saw that as an act of trolling, so I didn't see the need to respect his privacy," she said of her decision to share his message with her Twitter followers.



**On Sunday, Duca said she noticed that Shkreli had altered his profile to include a collage of photos of her, along with the words, "For Better or Worse, Til Death do Us Part, I'll Love You With Every Single Beat of my Heart."**



Twitter

He also changed his Twitter profile picture to an image of Duca and her husband, but with his face photoshopped over her spouse.

 


37 Seriously Amazing Tips Every Clean Freak Needs To Know


Weekday Meal-Prep Turkey Taco Bowls


These Vanilla Protein Pancakes Are Healthy AF


8 Life-Changing Things To Try In January


Can You Name The Twenty One Pilots Music Video From A Blurred Image?


19 Wiener Pics You'd Actually Like To Receive


Can You Tell Which Photo These Black Celebs Are Younger In?

Duca said she was "disturbed" when she saw the images, which she said are from Google, Twitter, and Facebook.

"I don't know how could this could possibly be allowed because this is an act of targeted harassment," she said. "I know Twitter is struggling to figure out what makes the most sense [with its user guidelines]…but this is an entire profile dedicated to upsetting me."

**Duca tweeted the pictures out on Sunday, asking Twitter founder and CEO Jack Dorsey why Shkreli's actions were permissible on the social network.**



**The tweet soon went viral, prompting strong reactions from Duca's supporters.**




Can You Identify The 2007 Movie From A Screenshot?


What Kind Of Countertops Should Your Dream Home Have?


18 Pictures Of Samoyeds Just Being Their Perfect Selves

More Buzz >



Twitter

Twitter

Shkreli then replied directly to Duca's tweet, writing, "dont [sic] disrespect the sovereignty of my love for you. your [sic] being unfair."



Twitter

In a series of tweets, he also defended his actions as a simple "collage."





Twitter

**BuzzFeed News contacted Shkreli on Twitter, but he then tweeted out the exchange with the words, "And also what is the buzzing feed."**



*Twitter*

**Twitter representatives did not immediately respond to requests for comment on whether Shkreli's actions constituted harassment.**



*Drew Angerer / Getty Images*

Case 1:15-cv-00637-KAM Document 362-2 Filed 09/07/17 Page 10 of 11 PageID #: 8416

However, after BuzzFeed News first contacted Twitter, Shkreli's account was subsequently suspended from the network.



Twitter

A company spokesperson then told BuzzFeed News, "The Twitter Rules prohibit targeted harassment, and we will take action on accounts violating those policies."

**BuzzFeed News then informed Duca that Shkreli's account had been suspended, to which she responded: "He's an entitled creep and absolutely deserves to have his account suspended —perhaps indefinitely."**

https://www.buzzfeed.com/davidmack/martin-shkreli-suspended-from-twitter?utm_term=.ie...   1/8/2017

Case 1:15-cv-00637-KAM Document 362-2 Filed 09/07/17 Page 11 of 11 PageID #: 18417



Lauren Duca/Twitter

"I think Martin should know that under no circumstances would I touch him with a 10-foot pole," she said. "It has nothing to do with Donald Trump, but with the fact that he has committed an act of pharmaceutical terrorism."

### Martin Shkreli Charged With Running A "Ponzi" Scheme Released On $5 Million Bond
buzzfeed.com

### Meet The Man Who Raised The Price Of A Lifesaving Drug From $13.50 To $750
buzzfeed.com

David Mack is a reporter and weekend editor for BuzzFeed News in New York. Contact David Mack at david.mack@buzzfeed.com.

More ▾



NEXT ON NEWS›

**Uber Launches Tool To Analyze Traffic Patterns**