METRO

# Pharma Bro quotes Trump in post-closing arguments rant

By Emily Saul                                                                July 27, 2017  |  8:08pm



Martin Shkreli
Stefan Jeremiah

Pharma cad Martin Shkreli, in usual fashion, took to the internet Thursday following closing arguments in his Brooklyn federal court Ponzi scheme trial, and proceeded to quote President Trump and harass two of his favorite targets.

"My case is a silly witch hunt perpetrated by self-serving prosecutors," Shkreli wrote on Facebook at 6:12 p.m.

"Thankfully my amazing attorney sent them back to junior varsity where they belong. Drain the swamp. Drain the sewer that is the DOJ. MAGA" the bratty Trump supporter posted.

The Facebook post, referencing his top attorney Ben Brafman's closing arguments, echoed statements that got Shkreli barred from discussing his securities fraud case on courthouse grounds.

Brooklyn federal court Judge Kiyo Matumoto gagged the loudmouth mid-trial after he burst into an overflow courtroom full of reporters, and called his federal prosecutors "junior varsity."

Still in his courthouse duds, Shkreli started livestreaming mere minutes after writing the post, yelling at callers and pontificating.

Case 1:15-cr-00637-KAM   Document 362-3   Filed 09/07/17   Page 2 of 2 PageID #: 8419

"Trial's over tomorrow, bitches," he wrote. "Then if I'm acquitted, I get to f–k Lauren Duca."

"And Anna Kasperian, she's pretty hot," he added as an afterthought of the political pundit.

Duca, a writer for Teen Vogue, told Shkreli in January she would "rather eat [her] own organs" than go to Trump's inauguration with him.

Shkreli was booted from Twitter after turning his account into a tribute to Duca, papering his page with photos of the brunette.

"As soon as I win I'm gonna sue everybody, don't worry about that," Shkreli told his followers Thursday night.

And then, apparently strapped for cash, Shkreli offered to sell his long-suffering cat, Trashy, for $25,000.

Shkreli is due back in court Friday, when defense closings will continue. The jury is expected to get the case Friday afternoon.

FILED UNDER   **DONALD TRUMP**, **FRAUD**, **MARTIN SHKRELI**, **PONZI SCHEMES**, **TRIALS**

Recommended by