# MARTIN SHKRELI

September 11, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Dear Judge Matsumoto:

I wanted to personally apologize to this Court and my lawyers for the aggravation that my recent postings have caused. I understand now, that some may have read my comments about Mrs. Clinton as threatening, when that was never my intention when making those comments. I used poor judgment but never intended to cause alarm or promote any act of violence whatsoever. To the contrary, within minutes of posting my remarks about Mrs. Clinton's hair, I posted quite clearly that I was absolutely "not" encouraging anyone to assault anyone. It never occurred to me that my awkward attempt at humor or satire would cause Mrs. Clinton or the Secret Service any distress.

I want to assure Your Honor that I am not a violent person, have never personally engaged in any violent behavior, nor have I ever intentionally encouraged anyone to do so. I apologize for my behavior and ask you respectfully not to change my bail status so that I may continue to assist my attorneys in preparing for my sentencing.

Respectfully,

Martin Shkreli