# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

December 15, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Martin Shkreli, Crim. No. 15-637 (KAM)**

Dear Judge Matsumoto:

We respectfully write on behalf of Martin Shkreli to request an extension to respond to the government's Forfeiture Motion and a brief adjournment of the Sentencing date. We have conferred with the government and they consent to the revised schedule.

Mr. Shkreli is currently scheduled to respond to the government's Forfeiture Motion on Monday, December 18th. We propose the following schedule: Mr. Shkreli will submit his response on January 8, 2018 and the government will submit its reply on January 29, 2018.

Mr. Shkreli is currently scheduled to be sentenced on January 16, 2018. We request a brief continuance to February 21, 2018.

Thank you for your consideration.

Respectfully submitted,

Benjamin Brafman, Esq.

cc:   AUSA Jacquelyn Kasulis (via ECF)
      AUSA Alixandra Smith (via ECF)
      AUSA Karthik Srinivasan (via ECF)