# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

January 8, 2018

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **United States v. Martin Shkreli, Crim. No. 15-637 (KAM)**

Dear Judge Matsumoto:

We respectfully write on behalf of Martin Shkreli to request an extension to respond to the government's Forfeiture Motion. The government consents to this request.

Mr. Shkreli is currently scheduled to respond to the Motion today, Monday, January 8, 2018. We request a brief extension to Thursday, January 11, 2018. The government's reply is currently due January 29, 2018. We request that the government's reply should be extended to February 1, 2018.

Thank you for your consideration.

Respectfully submitted,

*/s/*

Benjamin Brafman

cc:    All Counsel (via ECF)