

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

February 1, 2018

<u>By Hand and ECF</u>

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v. Martin Shkreli
       <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

  As oral argument regarding forfeiture in the above-captioned case is now scheduled for February 23, 2018, the government respectfully requests a brief adjournment of the due date for its forfeiture reply brief to Monday, February 5, 2018. The government has conferred with defense counsel regarding this request, and defense counsel has no objection to the extension.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

      By:  /s/
            Alixandra E. Smith
            Assistant U.S. Attorneys
            (718) 254-6370

cc:  All counsel (via ECF)