# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

February 6, 2018

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Martin Shkreli, Crim. No. 15-637 (KAM)**

Dear Judge Matsumoto:

On February 5, 2018 the government submitted a reply brief (Dkt. #523) on its motion for forfeiture. (Dkt. #464). We respectfully request permission to file a short sur-reply. If the Court grants our request, we propose submitting the sur-reply on Monday, February 12, 2018.

We thank the Court for its consideration in this and all other matters.

Respectfully submitted,

Benjamin Brafman, Esq.

cc:   AUSA Jacquelyn Kasulis (via ECF and email)
      AUSA Alixandra Smith (via ECF and email)
      AUSA Karthik Srinivasan (via ECF and email)