

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMK:AES/GKS                     *271 Cadman Plaza East*
F.#2014R00501                   *Brooklyn, New York 11201*

March 7, 2018

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Martin Shkreli
             Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

        The government has conferred with counsel for the victim whose statement appears in the third addendum to the Pre-Sentence Investigation Report ("PSR") in the above-captioned case, and can confirm that the victim is not making a formal request for restitution. Instead, the victim's description of the time, efforts and money he expended to recover his investment, as well as in connection with the regulatory and criminal proceedings that have followed, were included in his statement in order to help the Court understand the full scope of the impact that the defendant's actions have had on the victim.

        The government further advises the Court that, to date, it has not been made aware that any victim has determined to advance a claim for restitution in connection with the offense conduct in this case.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:     /s/
        Jacquelyn M. Kasulis
        Alixandra E. Smith
        G. Karthik Srinivasan
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    All counsel (via ECF)