

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMK:AES/GKS | *271 Cadman Plaza East* |
| F.#2014R00501 | *Brooklyn, New York 11201* |

March 8, 2018

<u>By ECF</u>

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Martin Shkreli
              <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

          Pursuant to the Court's order dated March 7, 2018, the government, having provided notice to defense counsel, respectfully submits under separate cover redacted versions of sentencing letters that have been marked Court Exhibits 14-22 and 24-28. Pursuant to the Court's order, the following information has been redacted: (1) personal identifying information (contact information and handwritten signatures); and (2) information that could result in an association between a specific individual and a specific medical condition. The redactions protect the privacy interests of third parties and therefore, there is an adequate basis for specific, on the record findings regarding the propriety of filing these documents in redacted form. <u>See, e.g.</u>, <u>In re Motion for Civil Contempt by John Doe</u>, No. 12-mc-557 (BMC), 2016 WL 3460368 (E.D.N.Y. Jun. 22, 2016); <u>United States v. Doe</u>, 63 F.3d 121, 128 (2d Cir. 1995); <u>United</u>

States v. Aref, 533 F.3d 72, 83 (2d Cir. 2008); United States v. Amodeo, 71 F.3d 1044, 1050-51 (2d Cir. 1995).

                                       Respectfully submitted,

                                       RICHARD P. DONOGHUE
                                       United States Attorney

By:      /s/_____
                                      Jacquelyn M. Kasulis
                                      Alixandra E. Smith
                                      G. Karthik Srinivasan
                                      Assistant U.S. Attorneys
                                      (718) 254-7000

cc:     All counsel (via ECF)