

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK:AES/GKS
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

March 16, 2018

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Martin Shkreli
             Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      As noted in footnote 1 on page 3 of the government's sentencing memorandum (Dkt. No. 549), the government initially redacted portions of the publicly-filed version of its sentencing memorandum to mirror redactions made in the defendant's sentencing memorandum. At the sentencing hearing of the defendant Martin Shkreli on March 9, 2018, the parties and the Court agreed that certain of those redactions should be lifted. (3/9/2018 Tr. at 10-12). The government subsequently consulted with defense counsel on the appropriate scope of any remaining redactions, and encloses herein a revised version of its sentencing memorandum.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Jacquelyn M. Kasulis
      Alixandra E. Smith
      G. Karthik Srinivasan
      Assistant U.S. Attorneys
      (718) 254-7000

cc:      All counsel (via ECF)