Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Eastern District of New York

Caption:

United States of America v.

Martin Shkreli

Docket No.: 15-cr-637

Kiyo A. Matsumoto
(District Court Judge)

Notice is hereby given that Martin Shkreli appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify) entered in this action on April 9, 2018 (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: March 9, 2018     N/A |___|

Bail/Jail Disposition: Committed |✓|   Not committed |   | N/A |

Appellant is represented by counsel? Yes ✓ | No |    | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Benjamin Brafman, Esq. |
| Counsel's Address: | 767 3rd Avenue, 26th Fl. |
| | New York, NY 10017 |
| Counsel's Phone: | (212) 750- 7800 |
| Assistant U.S. Attorney: | Jacquelyn M. Kasulis, Alixandra E. Smith, G. Karthik Srinivasan |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | (718) 254-6103 |

*[Signature]*

Signature