# CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** JUDGE KIYO A. MATSUMOTO    Amended 4/11/2018    TIME: 11:00am-2:00pm.

## DOCKET: 15-CR-637 [KAM] USA VS. SHKRELI

**DEFENDANT NAME:** Martin Shkreli  X  present                    X custody

**DEFENSE COUNSEL:** Benjamin Brafman  X  Present                 X Retained

**AUSA:** Alixander Smith        **Law Clerk:** Sandra Jackson        **Court Reporter:** Denise Parisi

*Docket & File*

X CASE CALLED        X DEFENDANT        X Sworn        X Informed of Rights

X STATEMENTS OF DEFENDANT AND COUNSEL HEARD

X  DEFENDANT WAS FOUND GUILTY ON COUNTS **3, 6 & 8** of an **Eight Count Superseding Indictment**

**SENTENCE:** Eighty-four months, with credit for time served, on each of Counts Three & Six. Sixty months, with credit for time served, on Count Eight. The custodial terms for all counts are to run concurrently.

**SUPERVISED RELEASE:** 3 years on each count, to run concurrently, with special conditions.

1. Participate in mental health treatment under the supervision of the Probation Department, truthfully disclose his financial conditions to enable the Probation Department to seek reasonable costs and contributions for treatment, and cooperate with the Probation Department to secure payment for treatment from any third-party source of insurance.

2. Comply with the fine and forfeiture orders in this case.

3. Engage in 20 hours per month of community service, under Probation Department supervision.

4. Refrain from engaging in self-employment which involves access to clients' assets, investments, or money, or solicitation of assets, investments, or money, and assist probation in verifying any employment that he secures while under supervision. For the purposes of this order, self-employment includes companies or entities in which Mr. Shkreli is a controlling majority stakeholder or an officer or director, or otherwise in a position to exercise, control, or direct the operations of the company or entity.

5. Provide the Probation Department and the United States Attorney's Office with complete and truthful disclosure of his financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking, savings or other financial accounts for either personal or business purposes without the knowledge and prior approval of the Probation Department. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income and expenses. The defendant shall cooperate in the signing of any necessary authorizations to release information forms permitting the US Probation Department access
to his financial information and records.

**OTHER**
Special Assessment $300.00            Restitution: $388,336.49            Fine: $75,000.00

Forfeiture: $ **Order attached to the judgment** .    ✔ Deft advised of right to appeal.    ✔Transcript Ordered.

✔Defendant found not guilty on counts **1, 2, 4-5, and 7** of an Eight Count Superseding Indictment

✔The underlying indictment is dismissed on the motion of the govt.