UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                    15-CR-0637 (KAM)

MARTIN SHKRELI,                          NOTICE OF APPEARANCE

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that Assistant United States Attorney Peter A. Laserna from this point forward will be added as counsel in the above-captioned matter. All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Peter A. Laserna
> United States Attorney's Office (Civil Division)
> 271 Cadman Plaza East, 8th Floor
> Brooklyn, New York 11201
> Tel:  (718) 254-6152
> Fax:  (718) 254-8702
> Email: peter.laserna@usdoj.gov

      In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Peter A. Laserna at the email address set forth above.

Dated:   Brooklyn, New York
           May 1, 2018

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                    United States Attorney

                       By:   /s/ Peter A. Laserna
                               Peter A. Laserna
                               Assistant U.S. Attorney

cc:    Clerk of the Court (KAM)