**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand and eighteen,

United States of America,

    Appellee,

v.

Evan Greebel,

    Defendant,

Martin Shkreli,

    Defendant – Appellant.

**ORDER**
Docket No. 18-1084

On March 26, 2018, Appellant filed a notice of appeal in the United States District Court for the Eastern District of New York. The appeal was opened in this Court, under docket number 18-819, on that date.

On April 13, 2018, the Appellant filed a new notice of appeal challenging the amended judgment. That appeal was opened in this Court, under docket number 18-1084, on April 13, 2018.

On April 17, 2018, the district court modified the April 13, 2018 notice of appeal docket entry to read SUBSEQUENT/AMENDED NOTICE OF APPEAL.

IT IS HEREBY ORDERED that docket number 18-1084 is administratively closed. The notice of appeal filed in docket number 18-1084 will be filed in docket number 18-819 as an amended notice of appeal as of the April 17, 2018 date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/31/2018**