

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:CSK
F. #2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

June 29, 2018

<u>By Hand and ECF</u>
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Martin Shkreli, Ancillary Proceeding;
                Criminal Action No. 15-CR-637 (S-1)(KAM)</u>

Dear Judge Matsumoto:

        The United States respectfully writes to advise the Court that it has reached a resolution of the third-party petitions filed in the ancillary proceeding in the referenced matter by the New York State Attorney General ("NYS-AG") and the U.S. Department of Treasury, Internal Revenue Service ("IRS"). The United States has circulated, and the NYS-AG and the IRS are currently reviewing, a Stipulation of Settlement memorializing the terms of the resolution, along and an accompanying proposed Final Order of Forfeiture.

        To allow the parties additional time to complete their review and proceed with executing the Stipulation, the United States, along with the NYS-AG and IRS, jointly request that all deadlines in this matter be extended to and including July 13, 2018. By that date, the parties anticipate that they will be able to submit the executed Stipulation and proposed Final Order of Forfeiture for the Court's approval, thereby avoiding the need for any further litigation in the ancillary proceeding. This is the third request to extend the original deadline to respond to the NYS-AG's petition, and the second requested extension since the IRS filed its petition.

We thank the Court for its consideration of this request, and apologize that it was not submitted earlier due to the parties' on-going discussions as to how to proceed.

    Respectfully submitted,

    RICHARD P. DONOGHUE
    United States Attorney

By:   Laura D. Mantell
    Laura D. Mantell
    Claire S. Kedeshian
    Assistant U.S. Attorney
    (718) 254-6253/6051

cc:  (via ECF) All Counsel of Record