UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| - against - | Criminal Docket No. CR-15-0637 |
| | (Matsumoto, J.) |
| MARTIN SHKRELI, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, pursuant to his conviction for securities fraud, pursuant to 15 U.S.C. §§ 78j(b), 78ff, and conspiracy to commit securities fraud, pursuant to 18 U.S.C. § 371, this Court imposed a Judgment against defendant Martin Shkreli on March 9, 2018, and sentenced him to pay an assessment of $300.00 and a fine of $75,000.00, plus interest, among other things;

      WHEREAS, this Court amended the Judgment imposed against defendant by issuing a Restitution Order, dated April 9, 2018, and sentenced defendant to pay restitution in the amount $388,336.49, among other things;

      WHEREAS, as of June 12, 2018, the outstanding combined balance for the fine and restitution imposed against defendant, with interest, is $464,894.13; and

      WHEREAS, on or about January 7, 2016, the Court issued a Restraining Order, upon the United States' application and with the defendant's consent, against a brokerage account belonging to the defendant, held at E*TRADE Securities LLC and ending in digits "0258" (the "E*Trade Account"), for the purposes of securing the defendant's $5 million bond in connection with the above-captioned matter, now

1

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2044, within ten days of service of this Order, E*TRADE Securities LLC shall withdraw $464,894.13 from the E*Trade Account and issue a check in that amount, made payable to the "Clerk of Court," which check shall be mailed to the Clerk of Court, U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, and shall reference "United States v. Martin Shkreli, CR-15-0637";

IT IS FURTHER ORDERED that E*TRADE Securities LLC shall, if necessary, liquidate as much of the E*Trade Account as required to effectuate the withdrawal of $464,894.13 from the E*Trade Account;

IT IS FURTHER ORDERED THAT the Clerk of the Court, after receiving the above-described check from E*TRADE Securities LLC shall apply the funds to the defendant's outstanding fine and restitution liabilities; and

IT IS FURTHER ORDERED THAT the Clerk of the Court shall forward five certified copies of this order to Assistant U.S. Attorney Peter A. Laserna, U.S. Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York, 11201.

Dated: Brooklyn, NY

_____July 10_____, 2018

_____
HONORABLE KIYO M. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK