

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:CSK
F. #2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 12, 2018

<u>By Hand and ECF</u>
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  <u>United States v. Martin Shkreli, Ancillary Proceeding;</u>
      <u>Criminal Action No. 15-CR-637 (S-1)(KAM)</u>

Dear Judge Matsumoto:

   The United States, along with the New York State Attorney General ("NYS-AG"), on behalf of the Commissioner of Taxation & Finance of the State of New York, and the U.S. Department of Treasury, Internal Revenue Service ("IRS") respectfully submit for the Court's approval the enclosed Stipulation of Settlement to Resolve Third-Party Proceedings Under 21 U.S.C. § 853(n) (the "Stipulation") and accompanying proposed Final Order of Forfeiture (the "Final Order").

   As set forth in both the Stipulation and the Final Order, the parties have resolved the third-party petitions filed by the NYS-AG and the IRS to substitute assets listed in the Preliminary Order of Forfeiture (the "Preliminary Order") entered by the Court on or about March 5, 2018. Specifically, the parties have agreed to request that the Court lift the restraints set forth in the Preliminary Order to allow the IRS to collect the federal tax debt from one of the substitute assets consisting of funds held in an account at E*TRADE Securities LLC (the "E*Trade Account"), and to allow the NYS-AG to collect a portion of the New York State tax debt from the same account. Further, consistent with the Court's Order, dated July 10, 2018, permitting collection of the restitution, fine and special assessment that the defendant was ordered to pay, the enclosed Stipulation and Final Order confirm that the restraints set forth in the Preliminary Order shall not apply to the government's collection of these liabilities from the E*Trade Account.

We thank the Court for its consideration of the enclosed.

                                                     Respectfully submitted,

                                                     RICHARD P. DONOGHUE
                                                     United States Attorney

                            By:     <u>Laura D. Mantell</u>
                                             Laura D. Mantell
                                             Claire S. Kedeshian
                                             Assistant U.S. Attorney
                                             (718) 254-6253/6051

Encls.

cc:  (via ECF) All Counsel of Record