# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

August 6, 2018

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Martin Shkreli, Crim. No. 15-637 (KAM)**

Dear Judge Matsumoto,

We respectfully request the Court's permission to submit a brief reply on behalf of Mr. Shkreli in order to address issues raised in submissions by the Attorney General for the State of New York (Dkt. No. 652), the Department of Justice Tax Enforcement Division (Dkt. No. 656) and the government (Dkt. No.657).

If the Court grants this request, Mr. Shkreli will file his reply no later than August 7, 2018 at 5:00pm, or by any other deadline Ordered by this Court. We thank the Court for its courtesy in this and all other matters.

Respectfully submitted,

Andrea Zellan

cc:   All Counsel via ECF