FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 12 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        - against -

MARTIN SHKRELI,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

Criminal Docket No.
CR-15-0637 (KAM)

WHEREAS, pursuant to his conviction for securities fraud and conspiracy to commit securities fraud, this Court imposed an Amended Judgment against defendant Martin Shkreli (the "Defendant"), entered on the docket on April 17, 2018, and sentenced him to pay a $300 special assessment, $75,000 fine, and $388,336.49 in restitution; and

WHEREAS, as of October 9, 2018, $465,665.47 has been paid towards the criminal monetary penalties imposed against the Defendant, of which $465,083.29 remains on deposit with the Registry of the Court; and

WHEREAS, the Defendant has appealed his conviction and sentence, now

IT IS HEREBY ORDERED that the Clerk of the Court is respectfully directed to transfer any funds currently on deposit in the Court's Registry with respect to the above-captioned case to an interest-bearing account with the Court Registry Investment System administered by the Administrative Office of the United States Courts, where such funds will remain until further order of the Court.

Dated: Brooklyn, NY

    10/10/2018_____, 2018

                                  /s/ USDJ KIYO A. MATSUMOTO
                                  _____
                                  HONORABLE KIYO A. MATSUMOTO
                                  UNITED STATES DISTRICT JUDGE
                                  EASTERN DISTRICT OF NEW YORK