# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

August 2, 2019

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **United States v. Martin Shkreli**, Crim. No. 15-637 (KAM)

Dear Judge Matsumoto,

We write in response to the government's request that the Court order the release of funds currently held in the Court Registry Investment System ("CRIS"). (Docket #714).

We respectfully request that the Court deny the government's request to disburse and apply the funds currently held in the CRIS account because Mr. Shkreli has not yet exhausted his right to appeal his conviction. Mr. Shkreli will be filing a petition for Certiorari to the United States Supreme Court seeking permission to appeal the Second Circuit's decision affirming his conviction.

Should the Court have any questions, we stand ready to assist and we thank the Court for its continuing courtesy in this and all other matters.

Respectfully,

Andrea Zellan

cc:     All Counsel (via ECF)