

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES
F.#2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 23, 2019

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Martin Shkreli
            Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      On March 6, 2018, the government and counsel for defendant Martin Shkreli agreed that certain letters received by the Court in the above-captioned matter, and marked as Court Exhibits 14-22 and 24-28, should be filed on the public docket in redacted form. (See ECF No. 548). Copies of those redacted letters were provided to the Court in hard copy on March 8, 2018 (see ECF No. 552), but were never publicly docketed. Pursuant to the Court's order dated September 16, 2019, the government has conferred with defense counsel and confirmed that both parties continue to agree with the previously-applied redactions. As a result, the government now dockets redacted versions of Court Exhibits 14-22 and 24-28 as exhibits to this letter.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Alixandra E. Smith
      Assistant U.S. Attorney
      (718) 254-7000

cc:     All counsel (via ECF)