COURT'S
EXHIBIT NO. 14
IDENTIFICATION/EVIDENCE
DKT.#
DATE: Feb. 28 2018

August 5, 2017

Hon. Kiyo A. Matsumoto
District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor

Thank you so much for your effort in the case, UNITED STATES OF AMERICA, v. MARTIN SHKRELI, No. 15-CR-637 (KAM). I would think it would be hard to be a moderate judiciary on the bench. I am betting you have heard of shkreli's out bursts from gouging the price of medicine for Aids patients to having an all-out Twitter war with the Wu-Tang Clan band. I know his lawyer said in his opening arguments that "He Was Born this Way" from Lady Gaga's song. I have to ask did you buy Shkreli's claim that he was born to be an arrogant and eccentric man? I thought Lady Gaga's song meant that own your gender identity or mentor/physical deformity you might have, not being a prick.

The sentence you impose on Shkreli, I think it is one of the fairer ones I have seen in a while. I would thought that you would've sentenced him like the judge did in Madoff's Ponzi Scheme or sentenced him to death, even though that wasn't even on the table for this white collar crime. In the end the only lifetime punishment he will get is being social piranha after he gets out of a white collar prison in twenty years' time no one wants to be around him. I just have one question, did you ever issue that gag order for Shkreli to be off of social media sites and talking about the case? I know there was a blurb in the paper that you were considering it but never heard if it was granted or not. In finding Shkreli not guilty of five counts on the other crimes he was not found guilty of, how did the jury get to that verdict? I just wonder because you do the jury debriefs and I found it odd that he was only found guilty of three charges securities and wire fraud. So thank you again for helping this man gets his karma in the end for hiking up the price of an Aids curable drug.

Daniel LeClair
62 Hathaway Ave
Beverly MA 01915