COURT'S
EXHIBIT NO. 15
IDENTIFICATION/EVIDENCE
DKT.#
DATE: Feb. 28 2018

The Honorable Kiyo A. Matsumoto
Judge of the US District Court Eastern District
225 Cadman Plaza E, Brooklyn, NY 11201

Lynette Bech

8/6/2017

Dear Judge Matsumoto,

We write as amici curiae in the matter of the United States v. Martin Shkreli.

Your Honor needn't look far to find ample recorded video, audio and print evidence of Mr. Shkreli's flippant attitude freely stated to the media regarding his crimes, those prosecuting him and his potential sentence to which he referred as "close to nil." He further publically stated that if he were sentenced to prison it would be in a "Club Fed," "playing basketball, tennis and Xbox", and getting "back out on these streets very quickly." Further flaunting his cavalier attitude, within an hour following the verdict Mr. Shkreli was drinking a beer and boasting of his wealth during an interview with a New York Daily News reporter via a live video stream.

It is our firm our belief, based upon Mr. Shkreli's actions prior to, during and after his trial that if he were not given a substantial prison sentence and subjected to a truly punishing fine he will learn absolutely nothing having suffered no real consequences for his criminal acts. Further, should he not be appropriately punished it will send a message to those entrusted to the prudent investment and safeguarding of the funds of others that they may act with relative impunity to further their greed.

Therefore, we implore Your Honor to send Mr. Shkreli and those of his ilk a clear, firm message that the people, through our courts, will not suffer their greed to our detriment and that such greed will be met with punishment sufficient to deter further financial crimes.

Respectfully submitted,



Lynette Bech