**Katrina Gordon**

COURT'S
EXHIBIT NO. 18
IDENTIFICATION/EVIDENCE
DKT.#
DATE: Feb. 28 2018

10h September 2017

**The Honorable Judge Kiyo Matsumoto**
United States District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, New York 11201

Dear Judge Matsumoto,.

I am writing you in regards to the case against Martin Shkreli. I don't wish to waste the court's time in regards to the verdict of the case but the reasons for not revoking his bail due to inflammatory comments made on the internet.

M. Shkreli is a kind person with a bizarre personality and general sense of mischief. He means no one harm and in fact it is my opinion he should have filed for bankruptcy protection instead of attempting to make his "investor/consultants" whole again financially.

Why the likes of investors such as Darren Blanton were given sham agreements and not prosecuted for fraud after their court testimony is a puzzle, for sure. Were they given immunity deals and if so, why? They were the ones who ultimately benefitted financially.

Judge Matsumoto, the only thing worse than the price of a drug being raised is being told you have a disease or condition so rare no pharmaceuticals make enough money to manufacture the drug(s) you need.

But as you and I know he's not trial for that and what he is on trial for is a case without victims in my opinion, As I stated before I do believe there was a crime committed but it was in the consultants accepting agreements they testified under oath they did nothing to deserve and Martin Shkreli is facing you for sentencing of a crime they benefitted directly from as a result.

But back to the hearing in front of you on the 14th about his bail revocation. Please don't, he was just what the kids call trolling today with his online antics and if he could be jailed for a comment on the internet that leads our country down a very dark road. Perhaps even darker than going to prison over a crime with the only person hurt being the defendant.

Mr Shkreli has put forth a substantial cash bond, I believe the largest in U.S. history and has done nothing to indicate he's a flight risk or a danger to society. He is working on important projects that take kids from a place of hopeless confinement to a wheelchair to baseball fields, again. He is their hope and they love his greed because without it some good doctor somewhere will have to tell them the same words my brother heard.

Please Judge, don't do that, please. Everybody deserves the chance to hope, even those condemned to the most hopeless conditions in life and especially to the ones who bravely stand up and say "I can do something if I get enough money.". I believe that is Martin Shkreli's biggest crime, his hope to make a difference in the world. Nobody should go to prison for that.

I'm grateful to you for receiving this letter. I hope it makes a difference in your opinion and you're fair in your execution of the law and in all matters concerning Mr, Shkreli and I trust you and your wisdom, both.

Sincerely,

Katrina Gordon