COURT'S
EXHIBIT NO. 19
IDENTIFICATION/EVIDENCE
DKT.#
DATE: Feb. 28 2018

# CONFIDENTIAL

14 December 2017

Subject:
**USA v. Shkreli et al.**, CRIMINAL CASE # 1:15-cr-00637-KAM-1 (Filed 12/14/2015)

To: **Honorable Kiyo A. Matsumoto**, United States District Judge, Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, Secretary:(718) 613-2180

Cc: **Ms. Alixandra Eleis Smith** – US Attorney
718-254-6370, Fax: 718-254-6076, alixandra.smith@usdoj.gov

**Dear Honorable Matsumoto:**

As I have brought to your attention before, I am one of Shkreli's victims. I know others too in the same shoes as me where that crook engaged in deceptive and highly immoral activities to enrich himself at the cost of us little people.

That crook has no respect for truth whatsoever. We are so happy you put him behind bars, and we encourage you to please give him the MAXIMUM sentence allowed by law. Otherwise, being the evil man he is, he will influence the society that crime pays off.

Thanks for being as harsh on him as possible. It will also send a very important and badly needed sign to other criminal entities including some on Wall Street that justice will catch up with you.

Many Thanks & Best regards

Reza Ganjavi