**COURT'S EXHIBIT NO. 20**
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: Feb 28 2018

# CONFIDENTIAL

16 January 2017

Subject:
**USA v. Shkreli et al.**, CRIMINAL CASE # 1:15-cr-00637-KAM-1 (Filed 12/14/2015)

To: **Honorable Kiyo A. Matsumoto**, United States District Judge, Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, Secretary:(718) 613-2180

Cc: US Attorney: alixandra.smith@usdoj.gov , Jacquelyn.Kasulis@usdoj.gov

**Dear Honorable Matsumoto:**

It was shocking to read Shkreli argue in his most recent filing that his fraud was not about money. That he slept at his parents' house blah blah, and this was not about money.

As one of that crook's victim, I assure you that his fraud was all about money.

Looking forward February 21, when you will hopefully pass him the stiffest sentence possible. I hope he rots in prison and thereby set an example for all the other crook-wanna-be's that cheating, lying, stealing, arrogance, and having zero respect for truth, will not pay.

Many Thanks & Best regards

[redacted]

Reza Ganjavi

[redacted]