COURT'S
EXHIBIT NO. 21
IDENTIFICATION/EVIDENCE
DKT.#
DATE: Feb. 28 2018

To the Honorable Judge Matsumoto,

You may have already read my support statement, and you may have read my personal introduction, so I will summarize. I am a former friend of Martin Shkreli's. His friend and employee urged me to write a support statement for him asking to give him the most lenient sentence deemed fit. I also adopted a cat for Martin who is now named Trashy. I am writing to rebuke my support statement.

I mentioned the online community where I met Martin Shkreli; although, I still see meeting new and interesting people online as fun and interesting, I cannot say I disagree with the choice to revoke his bail based on things he has said online. After spending over a year online in that community, I have many questions about his ethics, and I would dare to say he lead people to support Donald Trump. People can choose to support whom they would like, but I saw an obvious transition in people, especially during the election. I voted for Trump, and I would not have otherwise. I've been left with more questions than answers, and I no longer frequent that community. Aside, from a former acquaintance of mine, friend and employee of Martin's, contacting me for a support statement.

Although, Martin did a good thing and was very close to the cat I adopted for him. That was one of the few things I felt he has done that was genuinely good. He and I ended on poor terms. I was left feeling very confused about the entire situation. As I wrote the last paragraph of my support statement; where I claimed his intentions are to help others succeed like he has. That reminded me of a private conversation with him about politics. His response was I quote, "Why not close off America and let the rest of the world burn."

I feel that writing the support statement was a poor decision based on my clear confusion, and I see court ordering him to open a cat sanctuary away from society, where he lives with and cares for the cats, as the most lenient sentence deemed fit. Thank you for, again, reading my letter.

Amber Emmertz