COURT'S
EXHIBIT NO. 22
IDENTIFICATION/EVIDENCE
DKT.#
DATE: Feb 28 2018

February 15, 2017

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Martin Shkreli

My name is Daniela Rodriguez. I am a full time student attending my local community college in Salinas, California. I am acquainted with Martin Shkreli and have been a regular viewer on his live show since 2015. From the beginning, it was clear to see that he was a hardworking man who cared deeply about his work. However, over the years, I have also seen a side of him that is full of creativity, kindness, and community values.

I have watched Martin teach over 70 hours of free education on subjects such as investing, finance, and chemistry. All of these hours are available to the public via YouTube. He puts clear effort and time into his educational videos, with no other benefit than helping his audience learn these subjects. Additionally, he has provided guidance and life advice to countless people who have contacted him through email or phone number, both of which he has also provided to the public. Despite facing unrelenting animosity from the public and media, he has never abandoned the side of him that is abundant in support and benignity.

In addition to my belief that Martin is a man of good character, I also believe that he is valuable to society. Not only has he touched the lives of many people, but he has also utilized his talent and intelligence to innovate.

I followed to case to the best of my ability and believe I understand the trouble that Martin is in. I realize that this is a high profile case, and therefore, deciding upon the adequate sentencing time for Martin will be crucial. However, given what I've learned about Martin over the past few years, I don't believe that his only hope for redemption is through prison.

Thank you for your time.

Daniela Rodriguez