# Tariq Ahmad

COURT'S EXHIBIT NO. 24
IDENTIFICATION/EVIDENCE
DKT.# 15-cr-637 (1)
DATE: 3/6/18

February 28, 2018

Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Subject:  Martin Shekreli
Cause No. 1:15-cv-07175 KAM RML

Honorable Judge:

Mr. Shekreli over the years has made a mockery of our justice system. While being incarcerated he has continued with his commentary on what he thinks of the United States Attorney and the courts.  Now that it has dawned on the defendant that he is about to be sentenced he has written a self-serving letter asking for a shorter sentence.

Federal Sentencing Guidelines are just guidelines; they are not binding upon the court.  The court here should sentence the defendant to the maximum allowable by law on each and every count and maybe run these consecutively rather than concurrently.

As I understand, punishment is a deterrent so that others would not engage in similar conduct.  A light sentence would send a message that one can be  instrumental in criminal and anti social behavior and just get a slap on the wrist.  In sentencing defendant here, the court should consider defendants behavior over the past four or five years, including his behavior while being incarcerated.  His conduct in  raising prices on medicines, making light of congressional hearings, talking down to people who cannot afford high prices for medicines, speaks volumes about his intention and his mind set.

Contrary to his assertion, Mr. Shekreli is not a "good person"  he has shown in his past that he only cares about money, he does not care about humanity, he does not care about the courts.  His statements to the press, on Facebook, YouTube and other social media are diametrically opposed to his letter to the court.

In short, defendant is a disgusting human being who needs long term rehabilitation which can only be provided by the Bureau of Prisons over a long period of time.

Sincerely,

Tariq Ahmad