COURT'S
EXHIBIT NO. 25
IDENTIFICATION/EVIDENCE
DKT.# 15-␣-637 (1)
DATE: 3/6/18

February 28, 2018

Honorable Kiyo A. Matsumoto
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: My Martin Shkreli Plea for Leniency

Dear Judge Matsumoto:

My name is Brian Firestone, I am an accountant with more than 20 years of experience. I worked for The Coca-Cola Company for 11 years and I am currently working temporarily for the Georgia Dept. of Public Health. I'm writing to you to plea for leniency in the sentencing of Martin Shkreli.

As a shareholder of Impax Laboratories, I have been following Martin Shkreli's public actions since I learned that his company, Turing Pharmaceuticals, was the buyer of Impax's drug Daraprim. I've been able to get to know Martin somewhat via Twitter and from watching his livestreams. He really is a genius. I learned so much from him as he was sharing how he researches companies, the different data sources he uses and more. I've also exchanged a few messages with him. He's been an inspiration for me and others in the research and analysis field.

While has been a bit arrogant and foolish many times, I believe he does have moral character and can be a valuable citizen of the community rather than be sentenced to wasting away in a jail cell for an extended period of time. He displays a strong work ethic, he keeps promises, shares his knowledge and has high standards for himself. I don't agree that he is the most hated man in America. I've witnessed that he actually has quite a reputable and loving following. Martin should be finding treatments for sick patients and helping the pharmaceutical community instead of rotting in jail.

I believe Martin might need some psychological help rather than a prison term. I also believe that he's a first offender and not a threat to society and should be afforded a second chance. Sitting in the jail in Metropolitan Detention Center in Brooklyn amongst hardened criminals since September may be lesson enough for Martin.

I would be willing to assist Martin in any capacity I can after his legal troubles are over.

Thank you in advance for your help and support to Martin Shkreli in this important time.


Respectfully yours,

Brian Firestone