COURT'S
EXHIBIT NO. 28
IDENTIFICATION/EVIDENCE
DKT.# 15-cv-637
DATE: March 7, 2018

Your Honor, 2/26/18

In the name of the King of Kings, Lord Jesus Christ, I write you today on behalf Mr. Martin Shkreli, and plead to you with all sincerity of heart and the humility of Christ on the cross for mercy on him and his case.

Hardly anyone in this technology age been handed a full list of gifts and played them right and maintained a dignity or behavior that is becoming a good steward of said gifts, to such a lofty and noble standard society sometimes hold them too, while being under microscopic media scrutiny and all the pressures that it entails. Given such God given talents and gifts Mr. Shkreli has, genuine personal expressions or outspoken ways to garner attention in sometimes awkward ways do not register to a casual observer that the mind of a genius is at work, and they themselves become outcasts for their eccentricities, when only if someone was able to guide the person on a right path and a right way of doing things effectively could the person be saved from themselves, and be found more agreeable in the sight of others. Your Honor, no one has been able to reach Mr. Shkreli the way the law through you has, and the light of the law you're able to shine has shown him the errors of his ways, only through your love of the law and holding law breakers accountable. That lesson will stay with him for the remainder of his life that it's not a game out there.

You see Abraham Lincoln lit the path almost 200 years ago with how we should hold each other accountable, "The question recurs, "how shall we fortify against it (law breaking)?" The answer is simple. Let every American, every lover of liberty, every well-wisher to his posterity, swear by the blood of the Revolution, never to violate in the least particular, the laws of the country; and never to tolerate their violation by others… And, in short, let it become the *political religion* of the nation; and let the old and the young, the rich and the poor, the grave and the gay, of all sexes and tongues, and colors and conditions, sacrifice unceasingly upon its altars.

Most American's don't know how to sacrifice unceasingly upon the laws alters anymore in both moral and human laws, since today the light of the law has dimmed and we cannot find the alter, much due to fog covering said alter by famous figures receiving light sentences for heinous crimes an average person would get 30 years no question for, to politicians whom in the court of public opinion should be tried and found guilty of treason, are found not guilty by the courts, and to professional sports players on multiple accounts of DUI's, domestic violence and drug abuse, paying a fine to the court and after a short suspension are back out soaking in the adulation of screaming fans. Given the past nature of Mr. Shkreli and how he became notorious, is it any wonder with the way our system treats people with means and a modicum of fame, that he wouldn't think a *possibility* of a light sentence was out of the question and act in such a manner? Certainly not! He has found that alter through you, and will sacrifice himself on it daily, and God's mercy through you will make that evident and an example for others.

Your Honor, through the Love of Jesus Christ I would gladly take Mr. Shkreli's place of his sentencing, leaving behind my wife of 1 month today and our daughter of 17 months. I would do that gladly because of what a free Mr. Shkreli can and will do for humankind with his enormous capacity for the science of medicine, and how to utilize the most of his time fighting for us in that field. His life away

for decades would mean the loss of life, for without him on the front lines creating medicines humanity needs, is a loss for us all. That is why I would gladly take his place. He has a brilliant mind that has saved lives, with potential to save many, many more. If his burden of the sentence imposed was on me, I'd sit in my cell knowing Martin is out there creating medicines that help others enjoy more time with their families, and for them to live a better and more productive life. That to me would be *worth it.*

If anyone we knew were dying, we wouldn't care how a lifesaving drug was put next to them, or the politics behind how it became available, or the past personality of the person who invented it. We'd be thanking God it was invented, and Martin has been given that gift of life to share with humanity.

I plead and beg you with all my heart and through the Holy Spirit on my knees, your mercy be shown to him for humanity's sake. Martin won't let us down, and he will be someone the World can lift up proudly.

May God bless you and keep you and place on your heart His righteous judgement.



Daniel Fennessy