UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                                             15-CR-0637 (KAM)

MARTIN SHKRELI,

             Defendant.

– – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Thomas R.

Price from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Thomas R. Price
        Assistant U.S. Attorney
        United States Attorney's Office (Civil Division)
        271 Cadman Plaza East, 8th Floor
        Tel:  (718) 254-6360
        Fax: (718) 254-8702
        Email: TPRICE@usa.doj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Thomas R. Price at the email address set forth above.

Dated:   Brooklyn, New York
          November 13, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/ *Thomas R. Price*

Thomas R. Price
Assistant U.S. Attorney

cc:    Clerk of the Court (KAM)