UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,             [PROPOSED] ORDER

       - against -                             Criminal Docket No.
                                                                    CR-15-0637 (KAM)

MARTIN SHKRELI,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, pursuant to his conviction for securities fraud and conspiracy to commit securities fraud, this Court imposed an Amended Judgment against defendant Martin Shkreli ("Defendant"), entered on the docket on April 17, 2018, and sentenced him to pay a special assessment of $300, a fine of $75,000, plus interest, and restitution of $388,336.49, plus interest; and

      WHEREAS, by order dated October 10, 2018, certain funds were transferred to an interest bearing account with the Court Registry Investment System ("CRIS") until further order of the Court; and

      WHEREAS, on July 18, 2019, the Second Circuit issued a decision affirming the Defendant's sentence and conviction; and

      WHEREAS, on November 18, 2019, the Supreme Court of the United States denied Defendant's Petition for a Writ of Certiorari; and

      WHEREAS, as of January 9, 2020, the balance in the CRIS is $477,529.40; and

      WHEREAS, as of January 9, 2020, the Clerk of the Court has an additional $1025.19 on deposit in a noninterest-bearing account comprised of funds paid by Defendant through the Inmate Financial Responsibility Program; and

WHEREAS, as of January 9, 2020, the balance owed on the fine and restitution is $468,504.40, including interest;

IT IS HEREBY ORDERED that the Clerk of the Court shall transfer all funds on deposit in the CRIS into the Registry of the Court to be disbursed and applied, in the following order, to: (1) the principal and interest owed on Defendant's restitution liability; (2) the principal and interest owed on Defendant's fine; and (3) a refund of any resulting overpayment to the Defendant.

Dated: Brooklyn, NY

_____, 2020

_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK