# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

January 28, 2020

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **United States v. Martin Shkreli**, Crim. No. 15-637 (KAM)

Dear Judge Matsumoto,

    We write in response to the Court's Order of January 22, 2020 and in response to the government's Supplemental Motion for Release of Funds. (Docket #722).

    As the Court is aware pursuant to this Court's prior Orders, in July 2018 funds were transferred from Mr. Shkreli's E*Trade account to the Clerk of the Court. The Clerk of the Court then released those funds to a Court Registry Investment System ("CRIS") account. At this time, the interest bearing CRIS account is holding the funds for distribution and application to the fine and restitution judgment imposed on Mr. Shkreli. It is our understanding that the balance in the CRIS account as of January 9, 2020 is $477,529.40, which includes a $1,025.19 contribution from Mr. Shkreli via the Inmate Financial Responsibility Program. (Id.)

    In light of the rulings by this Court, the Court of Appeals for the Second Circuit and the Supreme Court of the United States, Mr. Shkreli does not oppose the government's Supplemental Motion for the Release of the funds currently held in the CRIS account so that the funds may be applied to satisfy his liabilities as follows:

**BRAFMAN & ASSOCIATES, P.C.**

      (1) the principal and interest owed on the Court Ordered restitution;
      (2) the principal and interest owed on the Court Ordered fine; and
      (3) a refund of any remainder in the "CRIS" account to Mr. Shkreli.[1]

Should the Court have any questions, we stand ready to assist and we thank the Court for its continuing courtesy in this and all other matters.

Respectfully,

*Andrea Zellan*
Andrea Zellan

cc:    All Counsel (via ECF)

---

[1] We advise the Court that Mr. Shkreli is in communication, through Counsel, with the Forfeiture Unit of the United States Attorney's Office for the Eastern District of New York regarding his forfeiture obligation.