UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

- against -

MARTIN SHKRELI,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

CR-15-0637 (KAM)

     WHEREAS, pursuant to his conviction for securities fraud and conspiracy to commit securities fraud, the Court imposed an Amended Judgment against defendant Martin Shkreli ("Defendant"), entered on April 17, 2018, and sentenced him, among other things, to pay a special assessment of $300, a fine of $75,000, plus interest, and restitution of $388,336.49, plus interest; and

     WHEREAS, as part of Defendant's conviction and sentence, by orders dated March 5, 2018 (the "Preliminary Order of Forfeiture") and September 10, 2018 (the "Final Order of Forfeiture"), Defendant was also ordered to pay a forfeiture money judgment in the amount of $7,360,450.00 (the "Forfeiture Money Judgment");

     WHEREAS, by order dated October 10, 2018, certain funds were transferred to an interest bearing account with the Court Registry Investment System ("CRIS") until further order of the Court;

     WHEREAS, on July 18, 2019, the Second Circuit issued a decision affirming the Defendant's sentence and conviction, including the Forfeiture Money Judgment;

     WHEREAS, on November 18, 2019, the Supreme Court of the United States denied Defendant's Petition for a Writ of Certiorari;

WHEREAS, as of January 9, 2020, the balance in the CRIS was $477,529.40;

WHEREAS, as of January 9, 2020, the Clerk of the Court had an additional $1,025.19 on deposit in a noninterest-bearing account comprised of funds paid by Defendant through the Inmate Financial Responsibility Program;

WHEREAS, as of January 9, 2020, the balance owed on the fine and restitution was $468,504.40, including interest; and

WHEREAS, the balance owed on the Forfeiture Money Judgment significantly exceeds the anticipated balance remaining in the Court Registry after satisfaction of Defendant's fine and restitution obligations;

IT IS HEREBY ORDERED that the Clerk of the Court shall transfer all funds on deposit in the CRIS into the Registry of the Court to be disbursed and applied, in the following order, to: (1) the principal and interest owed on Defendant's restitution liability; (2) the principal and interest owed on Defendant's fine; and (3) the balance of any and all funds, including interest, to be distributed and paid to the United States Marshals Service for the Eastern District of New York in partial satisfaction of the Forfeiture Money Judgment.

Dated: Brooklyn, NY

_February 6_, 2020

_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK