# EXHIBIT A

## Teny Geragos

**From:** Kevin Mulleady
**Sent:** Tuesday, April 14, 2020 8:16 PM
**To:** Andrea Zellan; Kandis (office) Kovalsky
**Subject:** Martin asked me to send

This is a conversation between one of our research assistants and the company ▓ a clinical research organization, that we plan to hire to run some studies on potential treatments for COVID-19.

Kevin P. Mulleady

can you send this to andrea/kandis asap please?
-----Mulleady, Kevin on 4/14/2020 6:36 PM wrote:

>

From: ▓
Date: Monday, April 13, 2020 at 11:56 AM
To: ▓
Subject: RE: Introducing ▓ from Prospero Pharma, NYC

Thanks ▓

Dear ▓
It is pleasure to e-meet you. Please see my responses in {red} below.
We can have a TC, if needed.

Best regards,
▓

From: ▓
Sent: 2020 4 11  8:13
To: ▓
Cc: ▓
Subject: FW: Introducing ▓ from Prospero Pharma, NYC

HI ▓

Thanks for your email and sharing the information, I am cc'ing ▓ our head of virology

Best

▓

From: ▓
Sent: Friday, April 10, 2020 5:28 PM
To: ▓
Subject: Re: Introducing ▓ Prospero Pharma, NYC

Hi D▓,

Thank you for providing me with the list of assays. We have developed several novel non-nucleoside RdRp inhibitors that we'd love to test in ▓ assays head-to-head and in combination with remdesivir. The compound, clofazimine, appeared to elicit the most promising results in our study. I have attached a copy of the most recent version of our study for your reference.

I have also attached a paper that mentions a study with similar methods to what we want to accomplish as I think this might be helpful to serve as a blueprint for the project. (Brown, et al.)

After reviewing the list of assays, I had a few questions I was hoping you could answer:

1

- When might the RdRp enzymatic assay, spike protein-mediated pseudovirus receptor binding/entry, and replicon assay be available to perform studies? {ZG: these assays are still under development.. The RdRp and pseudovirus assays are expected to be ready in few weeks. However, establishment of the replicon assay will take 2-3 months.}
- Can ▮ procure the compound clofazimine? {ZG: we can procure the compound from a vendor in China.}
- Where would the sites conducting the studies be located? {ZG: Shanghai, China.}
- What kind of in vivo capabilities are available? {ZG: we do not have CoV animal models yet, but plan to set up human general CoV 229E and/or OC43, and pseudovirus mouse models.}

What kind of battery of in vivo/in vitro tests could you design to test our molecules if we are interested in:
- Cell-based assays that feed in the novel coronavirus to measure cell death, amount of viral RNA, etc. Ideally we would like to run clofazimine and its derivatives against remdesivir as well as clofazimine and its derivatives in combination with remdesivir. {ZG: we can test your compound in the 229E and OC43 CPE and/or RT-qPCR assays alone (first tier) and in combination with remdesivir (second tier).}
- In vitro studies that test the binding affinity to confirm what we think in silico is really happening. Specifically, we are interested in in vitro assays for RdRp enzyme and ACE/S protein. We would like to see if RdRp enzyme is shut down from doing its job of polymerizing RNA, as well as explore ACE/S protein binding (or lack of). {ZG: we can do these experiments upon availability of our RdRp and pseudovirus assays.}
- In vivo animal assays {ZG: we can test the compound in animal models mentioned above, if the compound show activity in the relevant in vitro assays.}

For future reference, I will be available around the clock via my cell phone, ▮

Warm Regards,

▮