# EXHIBIT B

**Teny Geragos**



3:07 PM

Hi Kevin Thanks for the paper. I found it interesting. I think we could begin a discussion. I have access to the Schrodinger suite running on an i9 with 12 cores. The one thing I'm not clear about is that did you take the nucleoside drug down to their active forms. Most of them are pro-drugs and don't bind in the form that the are shown in the pharmacopoeia. It was nice to hear Martin's kind words.

1