**EXHIBIT E**

## BOP-Reported Positive Tests for COVID-19 Nationwide[1]

| Date | Number of Positive Inmates | Number of Positive Staff | Number of Inmate Deaths |
|---|---|---|---|
| 3/19/2020 | 0 | 0 | 0 |
| 3/20/2020 | 0 | 2 | 0 |
| 3/21/2020 | 1 | 2 | 0 |
| 3/22/2020 | 1 | 2 | 0 |
| 3/23/2020 | 3 | 3 | 0 |
| 3/24/2020 | 6 | 3 | 0 |
| 3/25/2020 | 6 | 3 | 0 |
| 3/26/2020 | 10 | 8 | 0 |
| 3/27/2020 | 14 | 13 | 0 |
| 3/28/2020 | 19 | 19 | 1 |
| 3/29/2020 | 19 | 19 | 1 |
| 3/30/2020 | 28 | 24 | 1 |
| 3/31/2020 | 29 | 30 | 1 |
| 4/1/2020 | 57 | 37 | 3 |
| 4/2/2020 | 75 | 39 | 6 |
| 4/3/2020 | 91 | 50 | 7 |
| 4/4/2020 | 120 | 54 | 8 |
| 4/5/2020 | 138 | 59 | 8 |
| 4/6/2020 | 195 | 63 | 8 |
| 4/7/2020 | 241 | 72 | 8 |
| 4/8/2020 | 272 | 105 | 8 |
| 4/9/2020 | 283 | 125 | 8 |
| 4/10/2020 | 318 | 163 | 9 |
| 4/11/2020 | 335 | 185 | 9 |
| 4/12/2020 | 352 | 189 | 10 |
| 4/13/2020 | 388 | 201 | 13 |
| 4/14/2020 | 446 | 248 | 14 |
| 4/15/2020 | 451 | 280 | 16 |
| 4/16/2020 | 473 | 279 | 18 |
| 4/17/2020 | 465 | 296 | 18 |
| 4/18/2020 | 479 | 305 | 21 |
| 4/19/2020 | 495 | 309 | 22 |

---

[1] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).





BOP-Reported Positive Tests for COVID-19 Nationwide[2]

| Date | Number of BOP Cases[3] |
|---|---|
| 3/20/2020 | 2 |
| 3/21/2020 | 3 |
| 3/23/2020 | 6 |
| 3/24/2020 | 9 |
| 3/26/2020 | 18 |
| 3/27/2020 | 27 |
| 3/29/2020 | 38 |
| 3/30/2020 | 52 |
| 3/31/2020 | 59 |
| 4/1/2020 | 94 |
| 4/2/2020 | 114 |
| 4/3/2020 | 141 |
| 4/4/2020 | 174 |
| 4/5/2020 | 197 |
| 4/6/2020 | 259 |
| 4/7/2020 | 313 |
| 4/8/2020 | 377 |
| 4/9/2020 | 408 |
| 4/10/2020 | 481 |
| 4/11/2020 | 520 |
| 4/12/2020 | 541 |
| 4/13/2020 | 589 |
| 4/14/2020 | 694 |
| 4/15/2020 | 731 |
| 4/16/2020 | 752 |
| 4/17/2020 | 761 |
| 4/18/2020 | 784 |
| 4/19/2020 | 804 |

---

[2] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[3] Includes the number of both BOP inmates and staff who have tested positive for COVID-19.

