**EXHIBIT G**

April 14, 2020

Judge Kiyo Matsumoto
US District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Matsumoto



