**EXHIBIT H**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARTIN SHKRELI,<br><br>Defendant. | [PROPOSED] ORDER<br><br>Case No. 15-cr-637 (KAM) |

Defendant, by his attorneys, having moved, pursuant to 18 U.S.C. § 3582(c)(1)(A), for an order granting him compassionate release and directing him to serve the remainder of his prison sentence on home confinement; and having moved, in the alternative, for an order recommending that the Federal Bureau of Prisons ("BOP") grant his petition that was made pursuant to 28 C.F.R. § 571.60, et seq., and was faxed to BOP Allenwood Low FCI on March 30, 2020 and mailed to Allenwood Low FCI on March 31, 2020 it is hereby,

ORDERED that, in light of the coronavirus pandemic and Defendant's underlying health conditions, Defendant's request for compassionate release is GRANTED; and it is

FURTHER ORDERED that Defendant be IMMEDIATELY RELEASED from the Allenwood Low FCI; and it is

FURTHER ORDERED that Defendant serve the remainder of his prison sentence on home confinement, at ███████████████████████████, where he will be subject to GPS-enabled electronic monitoring and subject to the conditions of supervised release that were imposed at the original sentencing; and it is

FURTHER ORDERED that Defendant be released immediately and not place into any quarantine at Allenwood Low FCI of any other Bureau of Prisons facility, and it is

1

FURTHER ORDERED that Defendant be in quarantine at the place of home confinement for fourteen days, and it is

FURTHER ORDERED that Defendant be subject to the following additional conditions of home confinement:

_____

_____

_____

_____; and it is

FURTHER ORDERED that Defendant's request for an order of recommendation to the BOP is DENIED as moot.

Dated: Brooklyn, NY
       April ___, 2020

ENTER:

_____
Hon. Kiyo A. Matsumoto
United States District Judge