# EXHIBIT I

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MARTIN SHKRELI, <br><br>          Defendant. | **[PROPOSED] ORDER** <br><br> Case No. 15-cr-637 KAM) |

  Defendant, by his attorneys, having moved, pursuant to 18 U.S.C. § 3582(c)(1)(A), for an order granting him compassionate release and directing him to serve the remainder of his prison sentence on home confinement; and having moved, in the alternative, for an order recommending that the Federal Bureau of Prisons ("BOP") grant his petition that was made pursuant to 28 C.F.R. § 571.60, et seq., and was faxed to Allenwood Low FCI on March 30, 2020 and mailed to the BOP on March 31, 2020 it is hereby,

  ORDERED that Defendant's request for compassionate release is DENIED for failure to exhaust his administrative remedies; and it is

  FURTHER ORDERED that, in light of the coronavirus pandemic and Defendant's underlying health conditions, Defendant's request for an order of recommendation to the BOP is GRANTED; and it is

  RECOMMENDED that Defendant's petition to the BOP be GRANTED AS SOON AS POSSIBLE.

Dated: Brooklyn, NY
    April ___ 2020

              E N T E R :

                      _____
                       Hon. Kiyo A. Matsumoto
                       United States District Judge