UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,                               SATISFACTION OF JUDGMENT

             -against-                              Criminal Docket
                                                      No. CR-15-0637

MARTIN SHKRELI,                                         (Matsumoto, J.)

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $463,636.49, that is, restitution in the amount of $388,336.49, plus interest, a fine in the amount of $75,000.00, plus interest, and a special assessment in the amount of $300.00, on March 26, 2018, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on April 17, 2018; and

       WHEREAS, said judgment has been fully paid as to the defendant MARTIN SHKRELI;

       THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant MARTIN SHKRELI.

Dated:     Brooklyn, New York
            July 21, 2020

                                     SETH D. DuCHARME
                                     Acting United States Attorney
                                     Eastern District of New York
                                     271 Cadman Plaza East, 8th Fl.
                                     Brooklyn, New York 11201

              By:     /s/
                                     THOMAS R. PRICE
                                     Assistant U.S. Attorney
                                     (718) 254-6360