

# LSCI Allenwood

# INMATE BULLETIN

## Modified Operations Update

### December 7, 2020

Due to positive cases of COVID-19, the institution is on strict modified operations. Inmate movement is restricted solely to the housing-units in assigned cubicles. There is no compound movement, including work details. All meals, pill line, sick-call, etc., will be conducted in the housing-units. Staff access to housing-units is also limited. Phones, TRULINCS stations, and showers will be made available throughout the week. Commissary & Laundry will be evaluated and a notice regarding the spending limit and procedures will be posted. Visitation is suspended until further notice. It should be noted, all positive cases have been removed from general population and placed in isolation.

Starting December 7, 2020, TRULINCS stations, Phones, and Showers will be available during the previous unit schedule. This schedule must be followed with no congregating in the units.

We remain committed to mitigating all risks associated with the COVID-19 pandemic. As such, please continue sanitation efforts throughout your living quarters and wear your face covering when outside your assigned cubicle. Continue to adhere to CDC guidelines, including social distancing of six feet, frequent hand washing, coughing/sneezing into elbow or tissue, refrain from touching your face, and report if you feel ill.

December 7, 2020                                    R. Thompson

**Date**                                                          **Warden**