# Andrea Zellan

| | |
|---|---|
| **From:** | SHKRELI MARTIN (87850053) |
| **Sent Date:** | Saturday, October 31, 2020 1:35 PM |
| **To:** | azellan@braflaw.com |
| **Subject:** | Renewed Furlough Request |

I filed this today, 10/31:

Dear Warden,

  I am renewing my request of 10/20/2020 which was not responded to. I am requesting furlough status for the purpose of assisting my attorneys in the litigation against me, Federal Trade Commission v. Martin Shkreli, et al (SDNY 2020). This lawsuit is the first-ever litigation brought using the Sherman Act "section 2" statute against a private individual. Several States Attorney Generals have also joined the case, including my home State of New York. I must assist my attorneys to prepare in the defense of this extremely important litigation. The government has alleged that I may be responsible for millions of dollars of penalties and the possibility of a permanent ban from working in my field. My attorneys do not, and cannot have the full scope of facts and event history that I do with respect to depositions that are scheduled starting in December. I cannot assist them given the limited access to attorney phone calls. Our emails and non-legal phone calls are recorded and provided to our opposition in the case.

Please grant me furlough status immediately, so that I can properly defend myself in this extremely important litigation.

SHKRELI, Martin
Register No.: 87850-053
Unit Brady B
Page 1

---

### Inmate Request to Staff Response

This is in response to your correspondence to staff, dated October 20, 2020, wherein you request to be released on a temporary furlough to Home Confinement.

Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") grants discretion to the BOP to place inmates on home confinement for a longer term under 18 U.S.C. § 3624(c)(2). The BOP's discretion is guided by criteria listed in memoranda from the Attorney General.

After a comprehensive review of your circumstances, in accordance with the Attorney General's criteria, you are not eligible for priority home confinement placement. The Health Services department has indicated you do not have vulnerability in accordance with the CDC guidelines.

10/30/2020
Date

T. Gubbiotti
Acting Warden

FILE COPY