PROB 12A
(6/22) WPA

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Report on Person Under Supervision

| | |
|---|---|
| Name of Person under Supervision: Martin Shkreli | Case Number: 0207 1:15CR00637 |

Name of Sentencing Judicial Officer: The Honorable Kiyo A. Matsumoto, U.S. District Judge

Date of Original Sentence: March 9, 2018

Original Offense:
**Count 3**:
SECURITIES FRAUD
15 U.S.C. § 78j(b), 15 U.S.C. § 78ff
Not more than 20 years imprisonment/$5,000,000 fine
(Class C Felony)

**Count 6**:
SECURITIES FRAUD
15 U.S.C. § 78j(b), 15 U.S.C. § 78ff
Not more than 20 years imprisonment/$5,000,000 fine
(Class C Felony)

**Count 8**:
CONSPIRACY TO COMMIT SECURITIES FRAUD
18 U.S.C. § 371, 18 U.S.C. § 371
Not more than 5 years imprisonment/$250,000 fine
(Class D Felony)

Original Sentence: Eighty-four months' custodial time with credit for time served on Counts three and six. Sixty months, with credits for time served on Count Eight, to all run concurrently; followed by a term of supervised release of three years, on each count, to run concurrently. The following special conditions were imposed: 1) Mental Health Treatment; 2) Comply with fine and forfeiture orders; 3) Engage in 20 hours per month of community service; 4) Refrain from engaging in self-employment which involves access to client's assets, investments, or money, and assist probation in verifying employment; and 5) Financial disclosure. A $300 special assessment fee was ordered, along with a $75,000 fine, restitution in the amount of $388,336.49, and a forfeiture order.

Type of Supervision: Supervised Release    Date Supervision Commenced: September 14, 2022

### NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to participate in community service |

Case 1:15-cr-00637-AKH Document 848 *SEALED* Filed 05/23/23 Page 3 of 5 PageID #: 25857
Case 1:15-cr-00637-AKH Document 878 Filed 05/23/23 Page 3 of 5 PageID #: 25864

Prob 12A - Report on Person Under Supervision                                                                      Page 3
Martin Shkreli                          PACTS: 2026712                   Case Number: 0207 1:15CR00637

U.S. Probation Officer Action:

By way of background, Martin Shkreli (Shkreli) was sentenced by Your Honor, as noted above. Shkreli commenced supervised release on September 14, 2022, in the Eastern District of New York (EDNY), due to his residence in Queens, New York. The purpose of this memorandum is to advise the Court of Shkreli's failure to participate in the mandated 20 hours monthly of community service.

Shkreli was initially referred to community service provider, Hour Children, on October 18, 2022. Shkreli initially completed the intake process for Hour Children, however failed to comply with the mandated twenty hours a month. Shkreli informed Probation, that the community service provider was not responsive with giving him a schedule to complete the community service and that their availability did not work with his weekday schedule. Shkreli reported to Probation that he was reaching out to other agencies to complete his community service hours. Shkreli provided email correspondence that demonstrated his efforts in reaching out to other agencies.

On February 27, 2023, the undersigned discussed Shkreli's failure to participate in community service and he indicated that he is struggling with his mental health. Shkreli informed that he had not seen his psychiatrist since December 2022, although her reported still having refills of his psychotropic medications. Shkreli was informed that he would be re-referred to mental health treatment and he was directed to complete his outstanding community service. On April 3, 2023, Shkreli informed the undersigned officer that he completed community service the day prior. The undersigned will contact Hour Children monthly to make sure the hours are logged and that Shkreli is complying with the community service, as ordered.

Regarding other aspects of supervision, Shkreli maintains residence with his sister in Queens, New York. He is currently employed as a consultant for the Law Office of Christopher K. Johnston LLC and earns $2,500 monthly. In addition, Shkreli reports that he is employed for a company called Druglike, a software company, which Shkreli denied any ownership or executive role. Shkreli has satisfied his special assessment, restitution and forfeiture and has no outstanding financial obligations with the Court. With regards to mental health treatment, Shkreli successfully completed mental health treatment at Tri-Center on September 2, 2022. However, due to Shkreli's self-reported struggles he will be re-referred for mental health treatment.

Given Shkreli's otherwise positive adjustment, we are respectfully requesting that the Court take no action. The Probation Department will continue to monitor Shkreli to ensure that he is completing the twenty hours of community service monthly. The Probation Department will notify the Court of any non-compliance

Case 1:15-cr-00637-KAM Document 848 *SEALED* Filed 05/23/26 Page 23 of 5 PageID #: 25858
Case 1:15-cr-00637-KAM Document 848 *SEALED* Filed 05/23/26 Page 4 of 5 PageID #: 25865

*Prob 12A - Report on Person Under Supervision* — *Page 4*
*Martin Shkreli* — *PACTS:2026712* — *Case Number: 0207 1:15CR00637*

We await your Honor's decision.

Respectfully submitted,

*[signature]*

Ivette Farfan
U.S. Probation Officer
Date: April 4, 2023

Approved by,

*[signature]*

Joanmarie Langone
Supervisory U.S. Probation Officer
Date: April 4, 2023

---

**THE COURT ORDERS that this document be filed under permanent seal as it contains treatment information and that the probation department:**

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☑ No Action — Continue to monitor Mr. Shrekeli's compliance to ensure that he completes the 20 hours of community service monthly, and notify the court of any noncompliance.
☐ Other

*[signature]*

Signature of Judicial Officer

5.23.2023
Date



**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************************

U.S.

-v-

Shkreli, Martin

0207 1:15CR00637
Docket Number

*********************************************

SUBMITTED BY: Plaintiff ☐  Defendant ☐  DOJ ☑
Name: Ivette Farfan
Firm Name: U.S. Probation
Address: 147 Pierrepont St.
Brooklyn, NY 11201
Phone Number: (347) 534-3757
E-Mail Address: Ivette_Farfan@nyep.uscourts.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐  NO ☑
If yes, state description of document to be entered on docket sheet: _____

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application**, the statute, regulation, or other legal basis that authorizes filing under seal

Contains treatment information

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: _____ , NEW YORK

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE
                RECEIVED IN CLERK'S
                OFFICE  _____ DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____ ; or C.) ☑ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

04/05/2023                          _Ivette Farfan_
DATE                                SIGNATURE