# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NEW YORK

### Report on Person Under Supervision

| | | | |
|---|---|---|---|
| Name of Person under Supervision: | Martin Shkreli | Case Number: | 0207 1:15CR00637 |

Name of Sentencing Judicial Officer: The Honorable Kiyo A. Matsumoto, U.S. District Judge

Date of Original Sentence: March 9, 2018

Original Offense:
**Count 3**:
SECURITIES FRAUD
15 U.S.C. § 78j(b), 15 U.S.C. § 78ff
Not more than 20 years imprisonment/$5,000,000 fine
(Class C Felony)

**Count 6**:
SECURITIES FRAUD
15 U.S.C. § 78j(b), 15 U.S.C. § 78ff
Not more than 20 years imprisonment/$5,000,000 fine
(Class C Felony)

**Count 8**:
CONSPIRACY TO COMMIT SECURITIES FRAUD
18 U.S.C. § 371, 18 U.S.C. § 371
Not more than 5 years imprisonment/$250,000 fine
(Class D Felony)

Original Sentence: Eighty-four months' custodial time with credit for time served on Counts three and six. Sixty months, with credits for time served on Count Eight, to all run concurrently; followed by a term of supervised release of three years, on each count, to run concurrently. The following special conditions were imposed: 1) Mental Health Treatment; 2) Comply with fine and forfeiture orders; 3) Engage in 20 hours per month of community service; 4) Refrain from engaging in self-employment which involves access to client's assets, investments, or money, and assist probation in verifying employment; and 5) Financial disclosure. A $300 special assessment fee was ordered, along with a $75,000 fine, restitution in the amount of $388,336.49, and a forfeiture order.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | September 14, 2022 |

# NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Not leave the judicial district without permission |

**U.S. Probation Officer Action:**

By way of background, Martin Shkreli (Shkreli) was sentenced by Your Honor, as noted above. Shkreli commenced supervised release on September 14, 2022, in the Eastern District of New York (EDNY), due to his residence in Queens, New York. The purpose of this memorandum is to advise the Court of Shkreli's failure to notify the undersigned officer of out of state travel.

On November 6, 2023, Shkreli appeared for an in-person interview with Tucker Carlson for his show on X (formerly known as Twitter). During the interview, Shkreli mused on various topics related to his time in prison, upbringing, and prior business dealings. On November 7, 2023, the undersigned officer became aware of the existence of the interview. Subsequent to the interview taking place, the undersigned officer conducted an open sourced investigation into the location of Tucker Carlson's studio, which revealed its location to be in the state of Maine. Notably, at no time did Shkreli advise the undersigned officer, nor any other officer within the Probation Department of his desire to travel out of state to participate in an interview.

On November 15, 2023, the undersigned officer met with Shkreli at his residence in Queens, New York. During this home contact, the undersigned officer confronted Shkreli on his participation in the interview, and asked Shkreli to confirm the location of Tucker Carlson's television studio, to which he confirmed was in the state of Maine. When further queried as to his method of travel to and from Maine, Shkreli advised he travelled by plane and train. Shkreli continued to explain that his leaving the judicial district without permission, was a reaction to his perception that his previous supervising probation officer was often non-responsive to his requests for travel. As a result of the undersigned officer's conversation with Shkreli about his non-compliance, Shkreli was ordered to report to the Probation Department's office in Brooklyn on December 6, 2023. On December 6, 2023, Shkreli appeared for his scheduled office visit, and the undersigned informed Shkreli that in response to his non-compliance, he will be required to resume monthly office reporting, and no travel will be considered for a period of 90 days.

Regarding other aspects of supervision, Shkreli maintains residence in Queens, New York. He is currently employed as a consultant for the Law Office of Christopher K. Johnston LLC, and as a software developer for DL Software, earning a total of approximately $6,967 monthly. Shkreli has denied having any ownership or executive role in DL Software. Shkreli has satisfied his special assessment, restitution and forfeiture and has no outstanding financial obligations with the Court. Shkreli continues to complete his monthly 20 hours of community service through Leading by Example. With regards to mental health treatment, Shkreli successfully completed mental health treatment while completing his custody term in the Brooklyn Residential Re-entry Center (RRC). Shkreli attended weekly therapy at Tri-Center, located in Brooklyn, New York, and was discharge successfully on September 2, 2022. Shkreli was prescribed medications for anxiety and no further treatment was recommended at the inception of his supervision term. However, due to Shkreli's self-reported mental health struggles, he was re-referred on October 3, 2023, for monthly individual mental health counseling at First Light Psychological Services.

Given Shkreli's otherwise positive adjustment, we are respectfully requesting that the Court take no action. The Probation Department will continue to monitor Shkreli to ensure that he is completing the twenty hours of community service monthly, and attending all monthly mental health counseling sessions. The Probation Department will notify the Court of any non-compliance.

We await Your Honor's decision.

Res ectfull  submitted,

‾ arren ‾a·er· 'n
U.S. Probation Officer
Date: December 6, 2023

Approved by,

Joanmarie Langone
Supervisory U.S. Probation Officer
Date: December 6, 2023

---

**THE COURT ORDERS that this document be filed under permanent seal as it contains treatment information and that the probation department:**

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ No Action.
☒ Other. Based upon probation's recommendation the Court takes No Action.

_____
Signature of Judicial Officer

12-6-23
_____
Date



TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

**********************************

USA

-v-

# Martin Shkreli

**********************************

15CR637

Docket Number

SUBMITTED BY: Plaintiff ☐  Defendant ☐  DOJ ☑
Name: USPO Darren Galkern
Firm Name: _____
Address: _____

Phone Number: _____
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐   NO ☑
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) If a new application, the statute, regulation, or other legal basis that
authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,
AND MAY NOT BE UNSEALED UNLESS ORDERED BY
THE COURT.

DATED: 12-6-23 _____, NEW YORK

U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S
OFFICE _____ DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action. B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by
the following other statute or regulation: _____ ; or C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

12/06/2023
DATE                                    SIGNATURE